IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SONICBLUE INCORPORATED //, <br><br> Plaintiff, <br><br> v. <br><br> RE: SONICBLUE INCORPORATED //, <br><br> Defendant. | No. C-07-02553 RMW <br> NOTICE OF FILING OF BANKRUPTCY APPEAL AND ORDER SETTING STATUS CONFERENCE |

RE:

    Bankruptcy Case:    03-51775-MM
    Adversary No.:
    BAP No.:
    Appellant:    PORTSIDE GROWTH & OPPORTUNITY FUND, SMITHFIELD FIDUCIARY LLC AND CITADEL EQUITY FUND LTD.

The appeal has been assigned the following case number C-07-02553 RMW before the Honorable Ronald M. Whyte.

Upon the completion by parties of the perfection of the record pursuant to BR 8006 and 8007, the Bankruptcy Court will transmit a copy of the record on appeal to this court for docketing and issuance of a briefing schedule.

This matter is calendared for status conference on 8/24/2007 in Courtroom 6, 4th Floor, SJ.

This date will stand vacated upon the filing in this Court of the record on appeal, at which time a briefing schedule will issue.

Dated: May 15, 2007

                                    For the Court
                                    Richard W. Wieking, Clerk

By: Deputy Clerk

cc: USBC
    Counsel of Record