UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SONICBLUE INCORPORATED // et al,<br><br>        Plaintiff,<br><br>  v.<br><br>IN RE: SONICBLUE INCORPORATED // et al,<br><br>        Defendant.                     / | Case Number: CV07-02553 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 16, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

 USBC Manager-San Jose
US Bankruptcy Court
280 South First Street
Room 3035
San Jose, CA 95113

Anne E. Wells
Levene Neale Bender Ranklin & Brill LLP
10250 Constellation Blvd
Suite 1700
Los Angeles, CA 90067

Austin K. Barron
O'Melveny & Myers LLP
400 South Hope Street
Los Angelses, CA 90071-2899

Cecily A. Dumas
Friedman Dumas & Springwater LLP
One Maritime Plaza, Suite 2475
San Francisco, CA 94111

Craig Matthew Rankin

Levene Neale & Bender Rankin and Brill
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067

Elizabeth Jane Gehlhar
The Heritage Law Group, A P.C.
99 Almaden Blvd., Suite 710
San Jose, CA 95113

Grant T. Stein
Alston and Bird
1201 West Peachtree Street
Atlanta, GA 30309-3424

J. Michael Hennigan
Hennigan, Bennett & Dorman
865 south Figueroa Street
Suite 2900
Los Angeles, CA 90017

Joshua M. Mester
Hennigan Bennett and Dorman
865 South Figueroa Street
Suite 2900
Los Angeles, CA 90017

Marilyn Morgan
U.S. Bankruptcy Court
280 South First Street
Room 3035
San Jose, CA 95113

Mark Porter
Law Offices of Fenwick and West
275 Battery Street
Suite 1500
San Francisco, CA 94111

Mark Dominique Houle
Pillsbury Winthrop Shaw Pittman LLP
650 Town Center Drive
7th Floor
Costa Mesa, CA 92626

Matthew A. Gold
Argo Partners
12 W 37th Street
9th Floor
New York, NY 10018

Nannette Dumas
Office of the U.S. Trustee
280 South First Street, #268

San Jose, CA 95113

Richard A. Rogan
Jeffer, Mangels, Butler & Marmaro LLP
Two Embarcadero Center
Suite 500
San Francisco, CA 94111-3824

Ron Bender
Levene & Eisenberg
1801 Avenue of the Stars
Suite 1120
Los Angeles, CA 90067

Shannon L. Mounger-Lum
Office of the U.S. Trustee
280 South First Street
Suite 268
San Jose, CA 95113-0002

Thomas B Watson
Hennigan, Bennett & Dorman LLP
865 South Figueroa Street
Suite 2900
Los Angeles, CA 90017

Todd Morris Arnold
Levene, Neale, Bender, Rankin & Brill L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, CA 90067

Dated: May 16, 2007

                Richard W. Wieking, Clerk
                By: Sandy Morris, Deputy Clerk