HENNIGAN, BENNETT & DORMAN LLP
J. MICHAEL HENNIGAN (SBN 59491)
JOSHUA M. MESTER (SBN 194783)
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone    (213) 694-1200
Facsimile    (213) 694-1234

Counsel for Portside Growth & Opportunity Fund, Smithfield Fiduciary LLC, and Citadel Equity Fund Ltd.

FILED
2007 MAY 24 P 3:44
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>SONICBLUE INCORPORATED, a Delaware corporation; DIAMOND MULTIMEDIA SYSTEMS, INC., a Delaware corporation; REPLAYTV, INC., a Delaware corporation; and SENSORY SCIENCE CORPORATION, a Delaware corporation<br><br>Debtors and Debtors in Possession. | Case No. 03-51775 MM<br><br>Chapter 11<br><br>(Case Nos. 03-51775; 03-51776, 03-51777 and 03-51778 MM (Jointly Administered)<br><br>**APPELLANTS' DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND STATEMENT OF ISSUES ON APPEAL** |

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Appellants Portside Growth & Opportunity Fund, Smithfield Fiduciary LLC, and Citadel Equity Fund Ltd. (collectively, the "**Senior Noteholders**" or the "**Appellants**"), holders of the 7 3/4 % Senior Subordinated Debentures Due 2005 issued by the above-captioned Debtor and Debtor in Possession SonicBlue Incorporated, hereby designate the following items to be included in the record of their appeal from the Memorandum Decision and Order on Motion to Appoint a Chapter 11 Trustee, Motion to Convert Case, and Motion to Disqualify Pillsbury Winthrop Shaw Pittman LLP and for Disgorgement of Attorneys' Fees (the "**First Order**," Docket No. 2220), entered on March 26, 2007 in the above-captioned proceeding by the Honorable Marilyn Morgan, United States Bankruptcy Judge, and the related Memorandum Decision and Order on Motion of the Senior Noteholders for

Clarification, or in the Alternative, Reconsideration (the "**Order Denying Clarification**," Docket No. 2279), entered on May 4, 2007:

| Filing Date/ Entry Date | Docket No. | Document[1] |
|---|---|---|
| 03/21/03 | 26 | Appointment of Committee of Unsecured Creditors |
| 03/24/03 | 28 | Declaration of Bruce Bennett in Support of Debtors' Emergency Motion for Order (1) Establishing Notice, Sales, and Bidding Procedures For Sale of Substantially all of the Debrtors' Operating Assets Free and Clear of all Liens, Claims and Encumbrances; (2) Authorizing the Assumption and Assignment, or Rejection of Certain Executory Contracts and Unexpired Leases in Connection with Asset Sale; and (3) Setting Hearing on Sale of Assets on Shortened Notice |
| 03/28/03 | 43 | Notice of Appearance and Request for Notices and Services of Papers |
| 03/31/03 | 63 | Application of the Official Committee of Unsecured Creditors to Employ Levene, Neale, bender, Rankin & Brill L.L.P. as Bankruptcy Counsel |
| 03/31/03 | 64 | Declaration of Ron Bender, Esq., in Support of Application of Official Committee of Unsecured Creditors to Employ Levene, Neale, Bender, Rankin & Brill L.L.P. as Bankruptcy Counsel |
| 04/07/03 | 119 | First Amended Appointment of Committee of Unsecured Creditors |
| 07/14/03 | 334 | Stipulation Providing Relief from the Automatic Stay to Senior Noteholders, Filed 7/14/03, with attached order entered 7/16/03 |
| 10/06/03 | 528 | Second Amended Appointment of Committee of Unsecured Creditors |
| 10/17/03 | 529 | Stipulated Protective Order |
| 10/27/03 | 545 | Stipulation Providing Relief from Automatic Stay to Senior Noteholders, Filed 10/16/03, with attached order entered 10/27/03 |
| 12/15/06 | 2047 | Disclosure Statement for Liquidating Plan of Reorganization Dated as of December 15, 2006 |

---

[1] Designations are intended to include all attachments, declarations, and other documents accompanying the pleading listed.

| Filing Date/<br>Entry Date | Docket No. | Document[1] |
|---|---|---|
| 12/15/06 | 2048 | Liquidating Plan of Reorganization Dated as of December 15, 2006 Proposed Jointly by Debtors and Creditors' Committee |
| 01/11/07 | 2091 | Objection to Joint Disclosure Statement |
| 01/18/07 | 2103 | First Amended Disclosure Statement Describing First Amended Liquidating Plan of Reorganization Dated as of January 18, 2007 Proposed Jointly by Debtors and Creditors' Committee (Redlined) |
| 01/18/07 | 2104 | First Amended Liquidating Plan of Reorganization Dated as of January 18, 2007 Proposed Jointly by Debtors and Creditors' Committee (Redlined) |
| 01/19/07 | 2107 | Debtors and Creditors' Committee's Response to Riverside's Objection to Disclosure Statement Describing Liquidating Plan of Reorganization Proposed Jointly by Debtors and Creditors' Committee |
| 01/22/07 | 2115 | Supplemental Objection to Joint Disclosure Statement |
| 01/22/07 | 2116 | Objection To Proposed Disclosure Statement Dated January 18, 2007 |
| 01/23/07 | 2117 | Supplemental Brief Regarding Economic Value of 2006 Giveaway |
| 02/12/07 | 2136 | Transcript of Hearing Held on January 23, 2007 re Approval of Disclosure Statement |
| 02/12/07 | 2138 | Submission of Preliminary Status Report and Request for Continuance of Deadline for Submission of Final Status Report and of Disclosure Statement and attached Declarations |
| 02/12/07 | 2139 | Application for Order Shortening Time for Hearing on Motion for Authority to Disclose Confidential Information to People Who Are Not Parties to the Via/Intel Confidentiality Agreement |
| 02/12/07 | 2140 | Motion for Authority to Disclose Confidential Information to People who are not Parties to the Via/Intel Confidentiality Agreement |
| 02/13/07 | 2144 | Sonicblue Claims LLC's Response to Preliminary Status Report Re: Creditors' Committee Counsels' Investigation Into 2006 Giveaway |
| 02/14/07 | 2146 | Sonicblue Claims LLC's Supplemental Response to Preliminary Status Report |

| Filing Date/<br>Entry Date | Docket<br>No. | Document[1] |
|---|---|---|
| 02/14/07 | 2149 | Response of Via Technologies to Committee Motion for Authority to Disclose Confidential Information |
| 02/14/07 | 2150 | Reply to Sonicblue Claims LLC's Response to Preliminary Status Report |
| 02/15/07 | 2153 | Motion to Appoint Trustee Chapter 11 Trustee, or in the Alternative Motion to Appoint Examiner |
| 02/20/07 | 2163 | Motion By United States Trustee to Disqualify Pillsbury Winthrop Shaw Pittman LLP, to Vacate Employment Order, and for Disgorgement of Attorneys' Fees |
| 02/27/07 | 2168 | Amended Motion of United States Trustee for Appointment of Chapter 11 Trustee |
| 02/27/07 | 2171 | Sonicblue Claims LLC's Motion to Convert Case to Chapter 7 |
| 02/28/07 | 2173 | Amended Sonicblue Claims LLC's Motion to Convert Case to Chapter 7 |
| 03/01/07 | 2175 | Sonicblue Claims LLC's Joinder in Motion by United States Trustee to Disqualify Pillsbury Winthorp Shaw Pittman LLP, to Vacate Employment Order, and for Disgorgement of Attorneys' Fees |
| 03/01/07 | 2176 | Transcript of Hearing Held on February 15, 2007 re a) Motion for Authority to Disclose Confidential Information to People Who are Not Parties to the VIA/Intel Confidentiality Agreement by Official Committee of Creditors Holding Unsecured Claims; b) Response by VIA Technologies, Inc.. |
| 03/05/07 | 2180 | Eighth Supplemental Declaration of William B. Freeman in Support of Application for Order Pursuant to Bankruptcy Code Section 327(a) Authorizing the Employment and Retention of Pillsbury Winthrop LLP as General Insolvency Counsel to the Debtors |
| 03/05/07 | 2181 | Response to Motion to Convert Chapter 11 Case to a Case Under Chapter 7 |
| 03/05/07 | 2182 | Opposition of Pillsbury Winthrop Shaw Pittman LLP to U.S. Trustee's Motion to Disqualify Pillsbury, Vacate Employment Order, and Require Disgorgement of Attorneys' Fees and attached Declaration |

| Filing Date/<br>Entry Date | Docket No. | Document[1] |
|---|---|---|
| 03/05/07 | 2184 | Response of the Official Committee of Creditors Holding Secured Claims to (1) the Motion by the Office of the United States Trustee Seeking the Appointment of a Chapter 11 Trustee and (2) the Motion by SBC Seeking to Convert These Chapter 11 Cases to Chapter 7 |
| 03/05/07 | 2185 | Declaration of Ron Bender, Esq. in Response of the Official Committee of Creditors Holding Secured Claims to (1) the Motion by the Office of the United States Trustee Seeking the Appointment of a Chapter 11 Trustee and (2) the Motion by SBC Seeking to Convert These Chapter 11 Cases to Chapter 7 |
| 03/07/07 | 2188 | Notice of Transfer of Claim from CD LIT Digital To Argo Partners |
| 03/08/07 | 2190 | Sonicblue Claims LLC's Reply to Opposition to the US Trustee's Motion to Disqualify Pillsbury |
| 03/12/07 | 2195 | Joinder in Amended Motion of United States Trustee for Appointment of Chapter 11 Trustee |
| 03/12/07 | 2198 | Limited Response of Via Technologies to Pending Motions to Convert, Appoint Chapter 11 Trustee and/or Disqualify Debtor's Counsel |
| 03/12/07 | 2199 | Sonicblue Claims LLC's Reply to Responses of the Creditors' Committee and Noteholders to Motion to Convert to Chapter |
| 03/12/07 | 2200 | Reply by United States Trustee to Opposition of Pillsbury Winthrop Shaw Pittman LLP to U.S. Trustee's Motion to Disqualify Pillsbury, Vacate Employment Order, and Require Disgorgement of Attorneys' Fees |
| 03/12/07 | 2202 | Response by Portside Growth & Opportunity Fund, Smithfield Fiduciary LLC, and Citadel Equity Fund Ltd. to Sonicblue Claims LLC's Reply to Opposition to the U.S. Trustee's Motion to Disqualify Pillsbury |
| 03/13/07 | 2204 | Joinder to United States Trustee's Motion for Appointment of Chapter 11 Trustee |
| 03/16/07 | 2213 | Declaration of Nanette Dumas in Support of Amended Motion by U. S. Trustee for Appointment of Chapter 11 Trustee |
| 03/26/07 | 2220 | Memorandum Decision and Order on Motion to Appoint Chapter 11 Trustee, Motion to Convert Case, and Motion to Disqualify Pillsbury Winthrop Shaw Pittman LLP and for Disgorgement of Attorneys' Fees |

DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL

| Filing Date/<br>Entry Date | Docket<br>No. | Document[1] |
|---|---|---|
| 03/29/07 | 2226 | Transcript of Hearing Held on March 19, 2007 |
| 04/04/07 | 2231 | Motion for Clarification, or in the Alternative, Leave to File a Motion for Reconsideration; Memorandum of Points and Authorities |
| 04/20/07 | 2248 | Amended SonicBlue Claims LLC's Opposition to Senior Noteholders' Alternative Motions for Clarification or Reconsideration of March 26 Memorandum Opinion |
| 04/27/07 | 2263 | Reply of Pillsbury Winthrop Shaw Pittman LLP to Claims Traders' Opposition to Motion for Clarification |
| 04/27/07 | 2265 | Reply Brief in Support of Motion for Clarification, or in the Alternative, for Leave to File a Motion for Reconsideration |
| 04/27/07 | 2266 | Declaration of Joshua M. Mester in Support of Reply Brief in Support of Motion for Clarification, or in the Alternative, for Leave to File a Motion for Reconsideration |
| 05/01/07 | 2268 | Response to Reply of Pillsbury Winthrop Shaw Pittman LLP |
| 05/04/07 | 2279 | Memorandum Decision and Order on Motion of Senior Noteholders for Clarification, or in the Alternative, Reconsideration |
| 05/11/07 | 2292 | Notice of Appeal |
| 05/11/07 | 2293 | Statement of Election |
| 05/14/07 | 2296 | Transmittal of Record on Appeal to District Court |
| 05/19/07 | 2303 | Transcript of Hearing Held on May 4, 2007, re a) Motion for Clarification, or in the Alternative, for Leave to File a Motion for Reconsideration by Portside Growth & Opportunity Fund, Smithfield Fiduciary LLC, and Citadel Equity Fund, Ltd.; b) Amended Opposition by Sonic Blue Claims, LLC |

**ADVERSARY DOCKET – ADV. NO. 04-05556**

| 12/21/04 | 1 | Complaint by SONICBlue against VIA Technologies, *et al.* |

DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL

## STATEMENT OF ISSUES ON APPEAL[2]

1. Did the Bankruptcy Court make factual or legal errors in determining that VIA has a claim (let alone a claim that might qualify as "Senior Indebtedness" under the applicable indenture) against debtor SonicBlue relating to the loss of use of technology by a joint venture in which VIA is a member where the relevant contract provides that the "sole and exclusive" remedy for loss of use of the technology is liquidated damages payable directly to the joint venture (and not VIA)?

2. Did the Bankruptcy Court make factual or legal errors in describing the role of the Senior Noteholders and their counsel (as well as the role of various other involved professionals) in settlement negotiations and the bankruptcy case? Subparts of this issue include:

   a. Did the Court err in finding that the Senior Noteholders' participation on the Official Committee of Unsecured Creditors was "not generally known to this court or the creditor body"?

   b. Did the Court err in finding that the Senior Noteholders used their position on the Committee to "insert themselves into settlement negotiations" regarding the VIA claim?

   c. Did the Court err in finding that the Senior Noteholders and their counsel "operated in the shadows" and appeared to have "concealed" their interest in assuring that VIA and S3G's claims were not misrepresented as Senior Indebtedness?

   d. Did the Court err in finding that the Senior Noteholders' counsel did not cooperate or "volunteer" information relevant to an investigation by Committee counsel regarding the settlement?

Dated: May 21, 2007

Respectfully submitted,

HENNIGAN, BENNETT & DORMAN LLP
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017

By:  /s/ J. MichaelHennigan
       J. Michael Hennigan
Counsel for Portside Growth & Opportunity
Fund, Smithfield Fiduciary LLC, and Citadel
Equity Fund Ltd.

---

[2] Terms not otherwise defined have the meanings given to them in the Bankruptcy Court's First Order and Order Denying Clarification.

- 7 -
DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL

HENNIGAN, BENNETT & DORMAN LLP
J. MICHAEL HENNIGAN (SBN 59491)
THOMAS B. WATSON (SBN 181546)
JOSHUA M. MESTER (SBN 194783)
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Fax: (213) 694-1234

Counsel for Portside Growth & Opportunity
Fund, Smithfield Fiduciary LLC, and
Citadel Equity Fund Ltd.

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| In re | ) Case No. 03-51775-MM |
| | ) |
| SONICBLUE INCORPORATED, a | ) Chapter 11 |
| Delaware Corporation, et al., | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **CERTIFICATE OF SERVICE** |

I am over the age of eighteen years and not a party to the within action. My business address is Hennigan, Bennett & Dorman LLP, 865 South Figueroa Street, Suite 2900, Los Angeles, California 90017.

On May 21, 2007, I served the following pleading:

**APPELLANTS' DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND STATEMENT OF ISSUES ON APPEAL**

on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, with first-class postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as listed on the attached Service List.

I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in an affidavit.

I declare that I am employed in an office of a member of the bar of this Court, at whose direction the within service was made. I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

EXECUTED on May 21, 2007, at Los Angeles, California.

*/s/ Kevin Floyd*
Kevin Floyd, Declarant

CERTIFICATE OF SERVICE

# SERVICE LIST

Craig A. Barbarosh
Mark D. Houle
Pillsbury Winthrop Shaw Pittman LLP
650 Town Center Drive, 7th Floor
Costa Mesa, CA 92626

Sue J. Hodges
Pillsbury Winthrop Shaw Pittman LLP
12255 El Camino Real, Suite 300
San Diego, CA 92130

Albert Boro
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105

William B. Freeman
Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017

Edwina E. Dowell, Assistant US Trustee
Nanette Dumas
Shannon L. Mounger-Lum
Office of the United States Trustee
280 S. First Street, Suite 268
San Jose, CA 95113

Frank A. Merola
K. John Shaffer
Gina Najolia
Stutman, Treister & Glatt PC
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

William McGrane
Bernard S. Greenfield
McGrane Greenfield LLP
One Ferry Building, Suite 220
San Francisco, CA 94111

Ron Bender
Craig M. Rankin
Todd M. Arnold
Levene, Neale, Bender, Rankin & Brill
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067

James L. Lopes
Steven E. Schon
Bernard A. Burk
Howard Rice Nemerovski Canady
    Falk & Rabkin
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111

John M. Grenfell
Ana N. Damonte
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105

Cecily A. Dumas
Friedman Dumas & Springwater LLP
150 Spear Street, Suite 1600
San Francisco, CA 94105

Grant T. Stein
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309

Richard A. Rogan
Nicholas De Lancie
Jennifer S. Coleman
Jeffer, Mangels, Butler & Marmaro LLP
Two Embarcadero Center, Fifth Floor
San Francisco, CA 94111

Henry C. Kevane
Kenneth H. Brown
Pachulski Stang Ziehl Young Jones &
    Weintraub LLP
150 California Street, 15th Floor
San Francisco, CA 94111

Robert A. Franklin
Murray & Murray
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014

Lawrence M. Schwab
Patrick M. Costello
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA 94306

Suzzanne S. Uhland
David R. Eberhart
O'Melveny & Myers LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111

Austin K. Barron
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071

Steven J. Johnson
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304

Scott H. McNutt
McNutt & Litteneker LLP
188 The Embarcadero, Suite 800
San Francisco, CA 94105

Bruce MacIntyre
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101