IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SONICBLUE, INC.,<br><br>Debtor. | ***E-FILED - 8/27/07***<br>CASE NO.: C-07-02553-RMW<br>**CLERK'S NOTICE OF CONTINUANCE** |

PLEASE TAKE NOTICE that the Case Management Conference in the above-entitled matter which was previously set for August 24, 2007, has been continued to **September 28, 2007 @ 10:30 a.m.**, before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are ordered to file a Joint Case Management Statement by September 21, 2007.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

DATED: August 23, 2007

BY: _/s/ Jackie Garcia_
JACKIE GARCIA
Courtroom Deputy for
Honorable Ronald M. Whyte

1
2  Copy of Order E-Filed to Counsel of Record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28