STROOCK & STROOCK & LAVAN LLP
LEWIS KRUGER (admitted *pro hac vice*)
180 Maiden Lane
New York, New York 10038
Telephone: 212-806-5400
Facsimile: 212-806-6006

STROOCK & STROOCK & LAVAN LLP
ALAN Z. YUDKOWSKY (State Bar No. 194994)
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959

Attorneys for Appellants

PORTSIDE GROWTH & OPPORTUNITY FUND, SMITH-
FIELD FIDUCIARY LLC, and CITADEL EQUITY FUND LTD.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>SONICBLUE INCORPORATED, a Delaware corporation; DIAMOND MULTIMEDIA SYSTEMS, INC. a Delaware corporation; RE-PLAYTV, INC., a Delaware corporation, and SENSORY SCIENCE CORPORATION, a Delaware corporation,<br><br>Debtors and Debtors in Possession. | No. C-07-02553 (RMW)<br><br>SUBSITUTION OF ATTORNEY |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that appellants PORTSIDE GROWTH & OPPORTUNITY FUND, SMITHFIELD FIDUCIARY LLC, and CITADEL EQUITY FUND LTD. ("Appellants") hereby substitute Stroock & Stroock & Lavan LLP, 2029 Century Park East, Los Angeles, California 90067, telephone number (310) 556-5800, as their attorney of record in lieu and in place of the law firm of Hennigan, Bennett & Dorman LLP, 865 South Figueroa Street, Suite 2900, Los Angeles, California 90017, telephone number (213) 694-1200.

Please direct all future documents, pleadings and correspondence with respect to any matters in this case to:

SSL-DOCS1 1823413v1

Lewis Kruger, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
Telephone: 212-806-5400
Facsimile: 212-806-6006
Email: lkruger@stroock.com

-and-

Alan Z. Yudkowsky, Esq.
Stroock & Stroock & Lavan LLP
2029 Century Park East
Los Angeles, CA 90067
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: ayudkowsky@stroock.com.

THE UNDERSIGNED CONSENTS TO THE ABOVE SUBSTITUTION:

Dated: August 7, 2007            PORTSIDE GROWTH & OPPORTUNITY FUND

                                 By: _____
                                 Its: Jeffrey C. Smith
                                      Authorized Signatory

Dated: August __, 2007           SMITHFIELD FIDUCIARY LLC

                                 By: _____
                                 Its: _____

Dated: August __, 2007           CITADEL EQUITY FUND LTD.

                                 By: _____
                                 Its: _____

I HAVE GIVEN PROPER NOTICE PURSUANT TO LOCAL RULE 11-5 AND FURTHER CONSENT TO THE ABOVE SUBSTITUTION:

Dated: August __, 2007

                                 HENNIGAN, BENNETT & DORMAN LLP

                                 _____
                                 J. Michael Hennigan (SBN 59491)
                                 Joshua M. Mester (SBN 194783)
                                 865 South Figueroa Street, Suite 2900
                                 Los Angeles, California 90017
                                 Telephone: (213) 694-1200
                                 Facsimile: (213) 294-1234

SSL-DOCS1 1823413v1

```
 1                          Lewis Kruger, Esq.
                       Stroock & Stroock & Lavan LLP
 2                            180 Maiden Lane
                            New York, NY  10038
 3                       Telephone: 212-806-5400
                         Facsimile: 212-806-6006
 4                       Email: lkruger@stroock.com

 5                                -and-

 6                        Alan Z. Yudkowsky, Esq.
                       Stroock & Stroock & Lavan LLP
 7                         2029 Century Park East
                           Los Angeles, CA  90067
 8                       Telephone: 310-556-5800
                         Facsimile: 310-556-5959
 9                     Email: ayudkowsky@stroock.com.
```

10  THE UNDERSIGNED CONSENTS TO THE ABOVE SUBSTITUTION:

11  Dated: August __, 2007                PORTSIDE GROWTH & OPPORTUNITY FUND
12

13                                        By:_____
                                          Its:_____
14
    Dated: August 18, 2007                SMITHFIELD FIDUCIARY LLC
15

16                                        By: /s/ _____
                                          Its: Authorized Signatory
17
    Dated: August __, 2007                CITADEL EQUITY FUND LTD.
18

19                                        By:_____
                                          Its:_____
20

21  I HAVE GIVEN PROPER NOTICE PURSUANT TO LOCAL RULE 11-5 AND FURTHER
    CONSENT TO THE ABOVE SUBSTITUTION:
22

23  Dated: August __, 2007
                                          HENNIGAN, BENNETT & DORMAN LLP
24

25                                        _____
                                          J. Michael Hennigan (SBN 59491)
26                                        Joshua M. Mester (SBN 194783)
                                          865 South Figueroa Street, Suite 2900
27                                        Los Angeles, California 90017
                                          Telephone: (213) 694-1200
28                                        Facsimile: (213) 294-1234

SSL-DOCS1 1823413v1

Lewis Kruger, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
Telephone: 212-806-5400
Facsimile: 212-806-6006
Email: lkruger@stroock.com

-and-

Alan Z. Yudkowsky, Esq.
Stroock & Stroock & Lavan LLP
2029 Century Park East
Los Angeles, CA 90067
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: ayudkowsky@stroock.com.

THE UNDERSIGNED CONSENTS TO THE ABOVE SUBSTITUTION:

Dated: August __, 2007                  PORTSIDE GROWTH & OPPORTUNITY FUND


                                        By:_____
                                        Its:_____

Dated: August __, 2007                  SMITHFIELD FIDUCIARY LLC


                                        By:_____
                                        Its:_____

Dated: August __, 2007                  CITADEL EQUITY FUND LTD.
                                        By: Citadel Limited Partnership, Portfolio Manager
                                        By: Citadel Investment Group, L.L.C.,
                                        its General Partner

                                                    ADAM C. COOPER
                                        By:_____
                                             Senior Managing Director
                                        Its:_____
                                             & General Counsel

I HAVE GIVEN PROPER NOTICE PURSUANT TO LOCAL RULE 11-5 AND FURTHER CONSENT TO THE ABOVE SUBSTITUTION:

Dated: August __, 2007
                                        HENNIGAN, BENNETT & DORMAN LLP


                                        _____
                                        J. Michael Hennigan (SBN 59491)
                                        Joshua M. Mester (SBN 194783)
                                        865 South Figueroa Street, Suite 2900
                                        Los Angeles, California 90017
                                        Telephone: (213) 694-1200
                                        Facsimile: (213) 294-1234

SSL-DOCS1 1823413v1

Lewis Kruger, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
Telephone: 212-806-5400
Facsimile: 212-806-6006
Email: lkruger@stroock.com

-and-

Alan Z. Yudkowsky, Esq.
Stroock & Stroock & Lavan LLP
2029 Century Park East
Los Angeles, CA 90067
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: ayudkowsky@stroock.com.

THE UNDERSIGNED CONSENTS TO THE ABOVE SUBSTITUTION:

Dated: August ___, 2007          PORTSIDE GROWTH & OPPORTUNITY FUND

                                  By:_____
                                  Its:_____

Dated: August ___, 2007          SMITHFIELD FIDUCIARY LLC

                                  By:_____
                                  Its:_____

Dated: August ___, 2007          CITADEL EQUITY FUND LTD.

                                  By:_____
                                  Its:_____

I HAVE GIVEN PROPER NOTICE PURSUANT TO LOCAL RULE 11-5 AND FURTHER CONSENT TO THE ABOVE SUBSTITUTION:

Dated: August 21, 2007

                                  HENNIGAN, BENNETT & DORMAN LLP

                                  _____
                                  J. Michael Hennigan (SBN 59491)
                                  Joshua M. Mester (SBN 194783)
                                  865 South Figueroa Street, Suite 2900
                                  Los Angeles, California 90017
                                  Telephone: (213) 694-1200
                                  Facsimile: (213) 294-1234

SSL-DOCS1 1823413v1

I AM DULY ADMITTED TO PRACTICE IN THIS DISTRICT AND SUBSTITUTION IS HEREBY ACCEPTED:

Dated: August 22, 2007

STROOCK & STROOCK & LAVAN LLP

_____
Alan Z. Yudkowsky (SBN 194994)
2029 Century Park East
Los Angeles, CA 90067
Telephone: (310) 556-5800
Facsimile: (310) 556-5959

-and-

Lewis Kruger, Esq. (admitted *pro hac vice*)
180 Maiden Lane
New York, NY 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

**ORDER**

It is so Ordered.

Dated: _____    _____
United States District Judge / Magistrate Judge

SSL-DOCS1 1823413v1