STROOCK & STROOCK & LAVAN LLP
LEWIS KRUGER (admitted *pro hac vice*)
180 Maiden Lane
New York, New York 10038
Telephone: 212-806-5400
Facsimile: 212-806-6006

STROOCK & STROOCK & LAVAN LLP
ALAN Z. YUDKOWSKY (State Bar No. 194994)
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959

Attorneys for Appellants

PORTSIDE GROWTH & OPPORTUNITY FUND, SMITH-FIELD FIDUCIARY LLC, and CITADEL EQUITY FUND LTD.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>SONICBLUE INCORPORATED, a Delaware corporation; DIAMOND MULTIMEDIA SYSTEMS, INC. a Delaware corporation; REPLAYTV, INC., a Delaware corporation, and SENSORY SCIENCE CORPORATION, a Delaware corporation,<br><br>    Debtors and Debtors in Possession. | No. C-07-02553 (RMW)<br><br>CERTIFICATE OF SERVICE |

50369033v1

## CERTIFICATE OF SERVICE BY MAIL

I am over the age of 18 years and not a party to the within action. I am an employee of Stroock & Stroock & Lavan LLP and my business address is 2029 Century Park East, 16th Floor, Los Angeles, California 90067-3086.

On August 24, 2007, I served the following document:

## SUBSTITUTION OF ATTORNEY

on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, with first-class postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as listed on the attached Service List.

I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in an affidavit.

I declare that I am employed in an office of a member of the bar of this Court, at whose direction the within service was made. I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

EXECUTED on August 24, 2007, at Los Angeles, California.

s/Regina Harcourt
Regina Harcourt

50369033v1

## SERVICE LIST

Ron Bender
Craig M. Rankin
Todd M. Arnold
Levene, Neale, Bender, Rankin & Brill L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, California 90067

Matthew A. Gold
Argo Partners
12 W 37th Street
9th Floor
New York, NY 10018

Mark Dominique Houle
Pillsbury Winthrop Shaw Pittman LLP
650 Town Center Drive
7th Floor
Costa Mesa, CA 92626

Marilyn Morgan
U.S. Bankruptcy Court
280 South First Street
Room 3035
San Jose, CA 95113

Mark Edward Porter
Heller Ehrman White & McAuliffe LLP
333 Bush Street
San Francisco, CA 94104-2878

Grant T. Stein
Alston and Bird
1201 West Peachtree Street
Atlanta, GA 30309-3424

Anne E. Wells
Levene Neale Bender Ranklin & Brill LLP
10250 Constellation Blvd
Suite 1700
Los Angeles, CA 90067

Nannette Dumas
Office of the U.S. Trustee
280 South First Street, #268
San Jose, CA 95113

J. Michael Hennigan
Hennigan, Bennett & Dorman
865 south Figueroa Street
Suite 2900
Los Angeles, CA 90017

Joshua M. Mester
Hennigan Bennett and Dorman
865 South Figueroa Street
Suite 2900
Los Angeles, CA 90017

Shannon L. Mounger-Lum
Office of the U.S. Trustee
280 South First Street
Suite 268
San Jose, CA 95113-0002

Craig Matthew Rankin
Levene Neale & Bender Rankin and Brill
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067

USBC Manager-San Jose
US Bankruptcy Court
280 South First Street
Room 3035
San Jose, CA 95113

50369033v1