STROOCK & STROOCK & LAVAN LLP
LEWIS KRUGER (admitted *pro hac vice*)
180 Maiden Lane
New York, New York 10038
Telephone: 212-806-5400
Facsimile: 212-806-6006

STROOCK & STROOCK & LAVAN LLP
ALAN Z. YUDKOWSKY (State Bar No. 194994)
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959

*E-FILED - 9/12/07*

Attorneys for Appellants

PORTSIDE GROWTH & OPPORTUNITY FUND, SMITH-
FIELD FIDUCIARY LLC, and CITADEL EQUITY FUND LTD.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re

SONICBLUE INCORPORATED, a Delaware corporation; DIAMOND MULTIMEDIA SYSTEMS, INC. a Delaware corporation; RE-PLAYTV, INC., a Delaware corporation, and SENSORY SCIENCE CORPORATION, a Delaware corporation,

    Debtors and Debtors in Possession.

No. C-07-02553 (RMW)

**ORDER GRANTING SUBSITUTION OF ATTORNEY**

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that appellants PORTSIDE GROWTH & OPPORTUNITY FUND, SMITHFIELD FIDUCIARY LLC, and CITADEL EQUITY FUND LTD. ("Appellants") hereby substitute Stroock & Stroock & Lavan LLP, 2029 Century Park East, Los Angeles, California 90067, telephone number (310) 556-5800, as their attorney of record in lieu and in place of the law firm of Hennigan, Bennett & Dorman LLP, 865 South Figueroa Street, Suite 2900, Los Angeles, California 90017, telephone number (213) 694-1200.

Please direct all future documents, pleadings and correspondence with respect to any matters in this case to:

SSL-DOCS1 1823413v1

```
                    Lewis Kruger, Esq.
              Stroock & Stroock & Lavan LLP
                     180 Maiden Lane
                   New York, NY 10038
                 Telephone: 212-806-5400
                 Facsimile: 212-806-6006
                Email: lkruger@stroock.com

                          -and-

                 Alan Z. Yudkowsky, Esq.
              Stroock & Stroock & Lavan LLP
                   2029 Century Park East
                  Los Angeles, CA 90067
                 Telephone: 310-556-5800
                 Facsimile: 310-556-5959
               Email: ayudkowsky@stroock.com.
```

THE UNDERSIGNED CONSENTS TO THE ABOVE SUBSTITUTION:

Dated: August 7, 2007                    PORTSIDE GROWTH & OPPORTUNITY FUND

                                         By: _____
                                         Its: Jeffrey C. Smith
                                              Authorized Signatory

Dated: August __, 2007                   SMITHFIELD FIDUCIARY LLC


                                         By: _____
                                         Its: _____

Dated: August __, 2007                   CITADEL EQUITY FUND LTD.


                                         By: _____
                                         Its: _____

I HAVE GIVEN PROPER NOTICE PURSUANT TO LOCAL RULE 11-5 AND FURTHER CONSENT TO THE ABOVE SUBSTITUTION:

Dated: August __, 2007

                                         HENNIGAN, BENNETT & DORMAN LLP


                                         _____
                                         J. Michael Hennigan (SBN 59491)
                                         Joshua M. Mester (SBN 194783)
                                         865 South Figueroa Street, Suite 2900
                                         Los Angeles, California 90017
                                         Telephone: (213) 694-1200
                                         Facsimile: (213) 294-1234

SSL-DOCS1 1823413v1

1
2
3
4   Lewis Kruger, Esq.
    Stroock & Stroock & Lavan LLP
    180 Maiden Lane
    New York, NY 10038
    Telephone: 212-806-5400
    Facsimile: 212-806-6006
    Email: lkruger@stroock.com

5   -and-

6   Alan Z. Yudkowsky, Esq.
    Stroock & Stroock & Lavan LLP
7   2029 Century Park East
    Los Angeles, CA 90067
8   Telephone: 310-556-5800
    Facsimile: 310-556-5959
9   Email: ayudkowsky@stroock.com.

10  THE UNDERSIGNED CONSENTS TO THE ABOVE SUBSTITUTION:

11  Dated: August __, 2007                    PORTSIDE GROWTH & OPPORTUNITY FUND
12

13                                            By:_____
                                              Its:_____
14
    Dated: August 18, 2007                    SMITHFIELD FIDUCIARY LLC
15

16                                            By:_____
                                              Its: Authorized Signatory
17
    Dated: August __, 2007                    CITADEL EQUITY FUND LTD.
18

19                                            By:_____
                                              Its:_____
20

21  I HAVE GIVEN PROPER NOTICE PURSUANT TO LOCAL RULE 11-5 AND FURTHER
    CONSENT TO THE ABOVE SUBSTITUTION:
22

23  Dated: August __, 2007
                                              HENNIGAN, BENNETT & DORMAN LLP
24

25                                            _____
                                              J. Michael Hennigan (SBN 59491)
26                                            Joshua M. Mester (SBN 194783)
                                              865 South Figueroa Street, Suite 2900
27                                            Los Angeles, California 90017
                                              Telephone: (213) 694-1200
28                                            Facsimile: (213) 294-1234

SSL-DOCS1 1823413v1

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

Lewis Kruger, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
Telephone: 212-806-5400
Facsimile: 212-806-6006
Email: lkruger@stroock.com

-and-

Alan Z. Yudkowsky, Esq.
Stroock & Stroock & Lavan LLP
2029 Century Park East
Los Angeles, CA 90067
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: ayudkowsky@stroock.com.

THE UNDERSIGNED CONSENTS TO THE ABOVE SUBSTITUTION:

Dated: August __, 2007                PORTSIDE GROWTH & OPPORTUNITY FUND


By:_____
Its:_____

Dated: August __, 2007                SMITHFIELD FIDUCIARY LLC


By:_____
Its:_____

Dated: August __, 2007                CITADEL EQUITY FUND LTD.
                                      By: Citadel Limited Partnership, Portfolio Manager
                                      By: Citadel Investment Group, L.L.C.,
                                      its General Partner

                                      By: ADAM C. COOPER
                                      Its: Senior Managing Director
                                           & General Counsel

I HAVE GIVEN PROPER NOTICE PURSUANT TO LOCAL RULE 11-5 AND FURTHER CONSENT TO THE ABOVE SUBSTITUTION:

Dated: August __, 2007
                                      HENNIGAN, BENNETT & DORMAN LLP


                                      _____
                                      J. Michael Hennigan (SBN 59491)
                                      Joshua M. Mester (SBN 194783)
                                      865 South Figueroa Street, Suite 2900
                                      Los Angeles, California 90017
                                      Telephone: (213) 694-1200
                                      Facsimile: (213) 294-1234

SSL-DOCS1 1823413v1

Lewis Kruger, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
Telephone: 212-806-5400
Facsimile: 212-806-6006
Email: lkruger@stroock.com

-and-

Alan Z. Yudkowsky, Esq.
Stroock & Stroock & Lavan LLP
2029 Century Park East
Los Angeles, CA 90067
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: ayudkowsky@stroock.com.

THE UNDERSIGNED CONSENTS TO THE ABOVE SUBSTITUTION:

Dated: August ___, 2007                    PORTSIDE GROWTH & OPPORTUNITY FUND

                                           By:_____
                                           Its:_____

Dated: August ___, 2007                    SMITHFIELD FIDUCIARY LLC

                                           By:_____
                                           Its:_____

Dated: August ___, 2007                    CITADEL EQUITY FUND LTD.

                                           By:_____
                                           Its:_____

I HAVE GIVEN PROPER NOTICE PURSUANT TO LOCAL RULE 11-5 AND FURTHER CONSENT TO THE ABOVE SUBSTITUTION:

Dated: August 21, 2007

                                           HENNIGAN, BENNETT & DORMAN LLP

                                           _____
                                           J. Michael Hennigan (SBN 59491)
                                           Joshua M. Mester (SBN 194783)
                                           865 South Figueroa Street, Suite 2900
                                           Los Angeles, California 90017
                                           Telephone: (213) 694-1200
                                           Facsimile: (213) 294-1234

SSL-DOCS1 1823413v1

1  I AM DULY ADMITTED TO PRACTICE IN THIS DISTRICT AND SUBSTITUTION IS
2  HEREBY ACCEPTED:

3  Dated: August 22, 2007

STROOCK & STROOCK & LAVAN LLP

*[signature]*

Alan Z. Yudkowsky (SBN 194994)
2029 Century Park East
Los Angeles, CA 90067
Telephone: (310) 556-5800
Facsimile: (310) 556-5959

-and-

Lewis Kruger, Esq. (admitted *pro hac vice*)
180 Maiden Lane
New York, NY 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

**ORDER**

It is so Ordered.

Dated: 9/12/07

*Ronald M. Whyte*
United States District Judge ~~Magistrate Judge~~

SSL-DOCS1 1823413v1