STROOCK & STROOCK & LAVAN LLP
LEWIS KRUGER (admitted *pro hac vice*)
180 Maiden Lane
New York, New York 10038
Telephone: 212-806-5400
Facsimile: 212-806-6006

STROOCK & STROOCK & LAVAN LLP
ALAN Z. YUDKOWSKY (State Bar No. 194994)
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959

*E-FILED - 9/12/07*

Attorneys for Appellants

PORTSIDE GROWTH & OPPORTUNITY FUND, SMITH-
FIELD FIDUCIARY LLC, and CITADEL EQUITY FUND LTD.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>SONICBLUE INCORPORATED, a Delaware corporation; DIAMOND MULTIMEDIA SYSTEMS, INC. a Delaware corporation; RE-PLAYTV, INC., a Delaware corporation, and SENSORY SCIENCE CORPORATION, a Delaware corporation,<br><br>Debtors and Debtors in Possession. | No. C-07-02553 (RMW)<br><br>**ORDER GRANTING SUBSITUTION OF ATTORNEY** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that appellants PORTSIDE GROWTH & OPPORTUNITY FUND, SMITHFIELD FIDUCIARY LLC, and CITADEL EQUITY FUND LTD. ("Appellants") hereby substitute Stroock & Stroock & Lavan LLP, 2029 Century Park East, Los Angeles, California 90067, telephone number (310) 556-5800, as their attorney of record in lieu and in place of the law firm of Hennigan, Bennett & Dorman LLP, 865 South Figueroa Street, Suite 2900, Los Angeles, California 90017, telephone number (213) 694-1200.

Please direct all future documents, pleadings and correspondence with respect to any matters in this case to:

SSL-DOCS1 1823413v1

```
                    Lewis Kruger, Esq.
                Stroock & Stroock & Lavan LLP
                       180 Maiden Lane
                     New York, NY 10038
                  Telephone: 212-806-5400
                  Facsimile: 212-806-6006
                 Email: lkruger@stroock.com

                            -and-

                   Alan Z. Yudkowsky, Esq.
                Stroock & Stroock & Lavan LLP
                    2029 Century Park East
                     Los Angeles, CA 90067
                  Telephone: 310-556-5800
                  Facsimile: 310-556-5959
                Email: ayudkowsky@stroock.com.
```

THE UNDERSIGNED CONSENTS TO THE ABOVE SUBSTITUTION:

Dated: August 7, 2007           PORTSIDE GROWTH & OPPORTUNITY FUND

                                By: _____
                                Its: Jeffrey C. Smith
                                     Authorized Signatory

Dated: August __, 2007          SMITHFIELD FIDUCIARY LLC

                                By: _____
                                Its: _____

Dated: August __, 2007          CITADEL EQUITY FUND LTD.

                                By: _____
                                Its: _____

I HAVE GIVEN PROPER NOTICE PURSUANT TO LOCAL RULE 11-5 AND FURTHER CONSENT TO THE ABOVE SUBSTITUTION:

Dated: August __, 2007

                                HENNIGAN, BENNETT & DORMAN LLP


                                _____
                                J. Michael Hennigan (SBN 59491)
                                Joshua M. Mester (SBN 194783)
                                865 South Figueroa Street, Suite 2900
                                Los Angeles, California 90017
                                Telephone: (213) 694-1200
                                Facsimile: (213) 294-1234

SSL-DOCS1 1823413v1

Lewis Kruger, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
Telephone: 212-806-5400
Facsimile: 212-806-6006
Email: lkruger@stroock.com

-and-

Alan Z. Yudkowsky, Esq.
Stroock & Stroock & Lavan LLP
2029 Century Park East
Los Angeles, CA 90067
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: ayudkowsky@stroock.com.

THE UNDERSIGNED CONSENTS TO THE ABOVE SUBSTITUTION:

Dated: August __, 2007                    PORTSIDE GROWTH & OPPORTUNITY FUND

By:_____
Its:_____

Dated: August 18, 2007                    SMITHFIELD FIDUCIARY LLC

By:_____
Its: Authorized Signatory

Dated: August __, 2007                    CITADEL EQUITY FUND LTD.

By:_____
Its:_____

I HAVE GIVEN PROPER NOTICE PURSUANT TO LOCAL RULE 11-5 AND FURTHER CONSENT TO THE ABOVE SUBSTITUTION:

Dated: August __, 2007
                                          HENNIGAN, BENNETT & DORMAN LLP

                                          _____
                                          J. Michael Hennigan (SBN 59491)
                                          Joshua M. Mester (SBN 194783)
                                          865 South Figueroa Street, Suite 2900
                                          Los Angeles, California 90017
                                          Telephone: (213) 694-1200
                                          Facsimile: (213) 294-1234

SSL-DOCS1 1823413v1

```
                    Lewis Kruger, Esq.
                Stroock & Stroock & Lavan LLP
                      180 Maiden Lane
                    New York, NY 10038
                  Telephone: 212-806-5400
                  Facsimile: 212-806-6006
                  Email: lkruger@stroock.com

                           -and-

                  Alan Z. Yudkowsky, Esq.
                Stroock & Stroock & Lavan LLP
                    2029 Century Park East
                    Los Angeles, CA 90067
                  Telephone: 310-556-5800
                  Facsimile: 310-556-5959
                Email: ayudkowsky@stroock.com.
```

THE UNDERSIGNED CONSENTS TO THE ABOVE SUBSTITUTION:

Dated: August ___, 2007                    PORTSIDE GROWTH & OPPORTUNITY FUND


                                           By:_____
                                           Its:_____

Dated: August ___, 2007                    SMITHFIELD FIDUCIARY LLC


                                           By:_____
                                           Its:_____

Dated: August ___, 2007                    CITADEL EQUITY FUND LTD.
                                           By: Citadel Limited Partnership, Portfolio Manager
                                           By: Citadel Investment Group, L.L.C.,
                                           its General Partner

                                                    ADAM C. COOPER
                                           By:_____Senior Managing Director_____
                                           Its:_____& General Counsel_____

I HAVE GIVEN PROPER NOTICE PURSUANT TO LOCAL RULE 11-5 AND FURTHER CONSENT TO THE ABOVE SUBSTITUTION:

Dated: August ___, 2007
                                           HENNIGAN, BENNETT & DORMAN LLP


                                           _____
                                           J. Michael Hennigan (SBN 59491)
                                           Joshua M. Mester (SBN 194783)
                                           865 South Figueroa Street, Suite 2900
                                           Los Angeles, California 90017
                                           Telephone: (213) 694-1200
                                           Facsimile: (213) 294-1234

SSL-DOCS1 1823413v1

Lewis Kruger, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
Telephone: 212-806-5400
Facsimile: 212-806-6006
Email: lkruger@stroock.com

-and-

Alan Z. Yudkowsky, Esq.
Stroock & Stroock & Lavan LLP
2029 Century Park East
Los Angeles, CA 90067
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: ayudkowsky@stroock.com.

THE UNDERSIGNED CONSENTS TO THE ABOVE SUBSTITUTION:

Dated: August ___, 2007                    PORTSIDE GROWTH & OPPORTUNITY FUND

                                           By:_____
                                           Its:_____

Dated: August ___, 2007                    SMITHFIELD FIDUCIARY LLC

                                           By:_____
                                           Its:_____

Dated: August ___, 2007                    CITADEL EQUITY FUND LTD.

                                           By:_____
                                           Its:_____

I HAVE GIVEN PROPER NOTICE PURSUANT TO LOCAL RULE 11-5 AND FURTHER CONSENT TO THE ABOVE SUBSTITUTION:

Dated: August 21, 2007

                                           HENNIGAN, BENNETT & DORMAN LLP

                                           _____
                                           J. Michael Hennigan (SBN 59491)
                                           Joshua M. Mester (SBN 194783)
                                           865 South Figueroa Street, Suite 2900
                                           Los Angeles, California 90017
                                           Telephone: (213) 694-1200
                                           Facsimile: (213) 294-1234

SSL-DOCS1 1823413v1

1 | I AM DULY ADMITTED TO PRACTICE IN THIS DISTRICT AND SUBSTITUTION IS HEREBY ACCEPTED:

Dated: August 22, 2007

STROOCK & STROOCK & LAVAN LLP

_____
Alan Z. Yudkowsky (SBN 194994)
2029 Century Park East
Los Angeles, CA 90067
Telephone: (310) 556-5800
Facsimile: (310) 556-5959

-and-

Lewis Kruger, Esq. (admitted *pro hac vice*)
180 Maiden Lane
New York, NY 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

**ORDER**

It is so Ordered.

Dated: 9/12/07

*Ronald M. Whyte*
United States District Judge ~~Magistrate Judge~~

SSL-DOCS1 1823413v1