IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: SONICBLUE, INC., et al.,

*E-FILED - 9/24/07*

CASE NO.: C-07-02553-RMW

**CLERK'S NOTICE VACATING HEARING**

YOU ARE HEREBY NOTIFIED that the Clerk's Notice which was issued by the Court on August 23, 2007 setting forth a Case Management Conference on September 28, 2007, is hereby VACATED. The parties are directed to contact the Bankruptcy Court to complete the perfection of the record. A certified copy of the record on appeal has not been transmitted for docketing to this Court.

Counsel are hereby informed of the vacated hearing date.

DATED: September 24, 2007

BY: _____
JACKIE GARCIA
Courtroom Deputy for
Honorable Ronald M. Whyte

1
2  Copy of Order E-Filed to Counsel of Record:
3
4
5
...
28