

# UNITED STATES BANKRUPTCY COURT
## Northern District of California
U.S. Courthouse and Federal Building
280 South First Street Room 3035
San Jose, California 95113-3099
(408) 535-5118

**Gloria L. Franklin**
**Clerk of Court**

FILED OCT 15 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RECEIVED OCT 15 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Richard W. Wieking, Clerk
United States District Court
280 South First Street
San Jose, CA 95113

Re:  Case Name: *SonicBlue Inc., et al.*
     Case Number: 03-51775-MM
     Bankruptcy Judge Name: Marilyn Morgan
     District Court #: C-07-02553-RMW

Dear Mr. Wieking:

[ ] Enclosed please find the Notice of Appeal, certified copy of the docket and order being appealed and related papers from BAP and designated items to form the record on appeal for assignment to a district court judge.

[ ] Enclosed please find a conformed copy of the Notice of Appeal, Election to District Court document, as well as a certified copy of the docket and order being appealed for assignment to a district court judge.

[ ] Enclosed please find a conformed copy of the Notice of Appeal, Election to District Court document, a certified copy of the docket, the order being appealed, as well as Motion for Leave to Appeal / ***Non-Final Order/Judgment*** for assignment to a district court judge.

[X] Enclosed please find the record of designated items and a certificate of record for an appeal that has been previously sent to the district court.

[X] Enclosed please find the Appellant's Designation of Record.

[X] Enclosed please find the Appellee's Designation of Record.

[X] Enclosed please find the Statement of Issues.

[ ] Enclosed please find the Motion for Leave to Appeal / *Non-Final Order/Judgment*.

[ ] Other.

Please acknowledge receipt of this appeal by stamping the district court case number on a copy of this letter and return it to [Deputy Clerk].

                                                    Gloria L. Franklin, Clerk
                                                    United States Bankruptcy Court

Dated: October 15, 2007                           By: _____
                                                        [Deputy Clerk], Deputy Clerk



UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re: SonicBlue, Inc.

                      Debtor(s) /

Case Number: 03-51775-MM
Chapter: 11
District Court Number: C-07-0366

CERTIFICATE OF RECORD

The undersigned deputy clerk of the U. S. Bankruptcy Court hereby certifies that the record on appeal is complete and ready for transmission. The Designation of Record and Statement of Issues have been filed. The status of the transcripts are as follows:

[X]    All transcript(s) requested by either the Appellant or Appellee have been filed with this Court.

[ ]    No transcripts were requested by either the Appellant or Appellee.

Gloria L. Franklin, Clerk
United States Bankruptcy Court

Dated: October 15, 2007                    By: *Janet Dustin*
                                                      Janet Dustin, Deputy Clerk