1  FRIEDMAN DUMAS & SPRINGWATER LLP
   CECILY A. DUMAS (S.B. NO. 111449)
2  150 Spear Street, Suite 1600
   San Francisco, CA 94105
3  Telephone Number: (415) 834-3800
   Facsimile Number: (415) 834-1044
4  Email Address: cdumas@friedumspring.com

5
   ALSTON & BIRD LLP
6  GRANT T. STEIN
   1201 West Peachtree Street
7  Atlanta, GA 30309
   Telephone Number: (404) 881-7000
8  Facsimile Number: (404) 881-7777
9  Email Address: grant.stein@alston.com
   (admitted *pro hac vice*)
10

11 *Attorneys for Dennis J. Connolly in His Capacity as
   Chapter 11 Trustee for SONICblue Incorporated, et al.*

12
13                    UNITED STATES DISTRICT COURT
14                   NORTHERN DISTRICT OF CALIFORNIA
15                          SAN JOSE DIVISION

16
   PORTSIDE GROWTH &                         Case No. C-07-02553 RMW
17 OPPORTUNITY FUND et al.,

18           Appellants,                     **CERTIFICATE OF SERVICE**

19      vs.                                  [No hearing requested]

20                                           Judge: Hon. Ronald M. Whyte
   OFFICIAL COMMITTEE OF
21 UNSECURED CREDITORS et al.,

22           Appellees.

23 (Appeal from In re SONICblue,
   Incorporated et al., Bankr. N.D. Cal.
24 (San Jose), No. 03-51775 MM)

25

26

## CERTIFICATE OF SERVICE BY MAIL

I, Celeste Alas, hereby declare:

I am over the age of 18 years and not a party to or interested in the within entitled cause. I am an employee of Friedman Dumas & Springwater LLP and my business address is 150 Spear Street, Suite 1600, San Francisco, California 94105. I am familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On October 22, 2007 at my place of business as listed above, the following document:

1. **CHAPTER 11 TRUSTEE'S MOTION TO DISMISS APPEAL**

was placed for deposit in the United States Postal Service, for collection and mailing on that date, following ordinary business practices, in a sealed envelope(s), with postage fully prepaid, addressed as shown on the attached service list.

I declare under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed at San Francisco, California on October 22, 2007.

/s/Celeste Alas
Celeste Alas

CERTIFICATE OF SERVICE
{00318162.DOC v 1}

| | |
|---|---|
| 1 | **SERVICE LIST** |

| | |
|---|---|
| Office of the U.S. Trustee | Frank A. Merola |
| Nanette Dumas, Esq. | K. John Shaffer |
| 280 South First Street, Room 268 | Robert A. Greenfield |
| San Jose, CA  95113 | H. Alex Fisch |
| | Stutman, Treister, & Glatt PC |
| | 1901 Avenue of the Stars, 12th Floor |
| | Los Angeles, CA  90067 |
| | |
| William McGrane | Lewis Kruger, Esq. |
| Bernard S. Greenfield | Stroock & Stroock & Lavan LLP |
| McGrane Greenfield LLP | 180 Maiden Lane |
| One Ferry Building, Suite 220 | New York, New York 10038 |
| | |
| Alan Z. Yudkowsky, Esq. | Van Durrer |
| Stroock & Stroock & Lavan LLP | Kurt Ramlo |
| 2026 Century Park East, 16th Floor | Skadden, Arps, Slate, Meagher & Flom, LLP |
| Los Angeles, CA 90067-3086 | 300 South Grand Avenue, Suite 3400 |
| | Los Angeles, CA 90071 |
| | |
| Ron Bender, Esq. | James L. Lopes |
| Levene, Neale, Bender, Rankin & Brill L.L.P. | Steven E. Schon |
| 10250 Constellation Blvd., Suite 1700 | Bernard A. Burk |
| Los Angeles, California 90067 | Howard, Rice, Nemerovski, Canady, Falk & Rabkin |
| | Three Embarcadero Center, 7th Floor |
| | San Francisco, CA 94111-4024 |

CERTIFICATE OF SERVICE
{00318162.DOC v 1}