FRIEDMAN DUMAS & SPRINGWATER LLP
CECILY A. DUMAS (S.B. NO. 111449)
150 Spear Street, Suite 1600
San Francisco, CA 94105
Telephone Number:  (415) 834-3800
Facsimile Number:  (415) 834-1044
Email Address: cdumas@friedumspring.com

ALSTON & BIRD LLP
GRANT T. STEIN
1201 West Peachtree Street
Atlanta, GA 30309
Telephone Number:  (404) 881-7000
Facsimile Number:  (404) 881-7777
Email Address: grant.stein@alston.com
(admitted *pro hac vice*)

*Attorneys for Dennis J. Connolly in His Capacity as*
*Chapter 11 Trustee for SONICblue Incorporated, et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PORTSIDE GROWTH & OPPORTUNITY FUND et al., <br><br> Appellants, <br><br> vs. <br><br> OFFICIAL COMMITTEE OF UNSECURED CREDITORS et al., <br><br> Appellees. <br><br> (Appeal from In re SONICblue, Incorporated et al., Bankr. N.D. Cal. (San Jose), No. 03-51775 MM) | Case No. C-07-02553 RMW <br><br> **DECLARATION OF CECILY A. DUMAS IN SUPPORT OF CHAPTER 11 TRUSTEE'S MOTION TO DISMISS APPEAL** <br><br> [No hearing requested] <br><br> Judge:  Hon. Ronald M. Whyte |

I, Cecily A. Dumas, hereby declare:

1. I am a partner with the law firm of Friedman, Dumas & Springwater LLP, counsel for Dennis J. Connolly, the chapter 11 trustee (the "Trustee") in the above-captioned Chapter 11 cases, and am admitted to practice before the courts of the State of California and this Court.  Except as otherwise indicated, I have personal knowledge of the

1  facts stated in this declaration, and if called to testify, could and would competently testify
2  thereto.
3      2.    On June 14, 2007, a hearing was held before the Honorable Marilyn
4  Morgan, Judge in the United States Bankruptcy Court for the Northern District of California,
5  San Jose Division.  A true and correct copy of the official transcript of that hearing is attached
6  hereto as Exhibit A.
7
8      I declare under penalty of perjury under the laws of California that the
9  foregoing is true and correct, and that this declaration was executed on October 22, 2007, at
10 San Francisco, California.
11
12     /s/Cecily A. Dumas
    Cecily A. Dumas