FRIEDMAN DUMAS & SPRINGWATER LLP
CECILY A. DUMAS (S.B. NO. 111449)
150 Spear Street, Suite 1600
San Francisco, CA 94105
Telephone Number:  (415) 834-3800
Facsimile Number:  (415) 834-1044
Email Address: cdumas@friedumspring.com

ALSTON & BIRD LLP
GRANT T. STEIN
1201 West Peachtree Street
Atlanta, GA 30309
Telephone Number:  (404) 881-7000
Facsimile Number:  (404) 881-7777
Email Address: grant.stein@alston.com
(admitted *pro hac vice*)

*Attorneys for Dennis J. Connolly in His Capacity as Chapter 11 Trustee for SONICblue Incorporated, et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PORTSIDE GROWTH & OPPORTUNITY FUND et al.,<br><br>Appellants,<br><br>vs.<br><br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS et al.,<br><br>Appellees.<br><br>(Appeal from In re SONICblue, Incorporated et al., Bankr. N.D. Cal. (San Jose), No. 03-51775 MM) | Case No. C-07-02553 RMW<br><br>**STIPULATION AND ORDER GRANTING EXTENSION AND STAYING BRIEFING**<br><br>[No hearing required] |

1    WHEREAS notice of this appeal was filed on May 14, 2007; and

2    WHEREAS the record on appeal was entered on the Court's docket on
3    October 15, 2007; and

4    WHEREAS the Court entered its notice of briefing directing the appellants to
5    file and serve their opening brief on November 14, 2007; and

6    WHEREAS the chapter 11 trustee filed his Motion to Dismiss the appeal for
7    lack of jurisdiction (the "Motion to Dismiss"); and

8    WHEREAS appellants have requested an extension of time to file and serve
9    their (1) response to the Motion to Dismiss to and including November 21, 2007, and (2)
10   opening brief until thirty (30) days after entry of an order denying the Motion to Dismiss,
11   should the Court so rule; and

12   WHEREAS judicial economy will be served by a stay of briefing on the appeal
13   pending resolution of the Motion to Dismiss; accordingly

14   IT IS HEREBY STIPULATED THAT:

15   1.    Briefing on this appeal shall be stayed pending resolution of the Motion
16   to Dismiss.

17   2.    Responses to the Motion to Dismiss shall be filed and served no later
18   than November 21, 2007.

19   3.    Appellants' opening brief shall be filed and served no later than thirty
20   (30) days after entry of an order, if any, denying the Motion to Dismiss.

1

2

3   Dated: OCT 29, 2007            PORTSIDE GROWTH & OPPORTUNITY
                                   FUND, CITADEL EQUITY FUND LTD.,
4                                  SMITHFIELD FIDUCIARY LLC

5

6                                  By: /s/ Lewis Kruger
                                       Lewis Kruger
7                                      Stroock & Stroock & Lavan LLP

8   Dated: _____         CITADEL EQUITY FUND LTD.

9

10                                 By: _____
                                       Van Durrer
11                                     Skadden Arps Slate Meagher & Flom LLP

12  Dated: _____         SONICBLUE CLAIMS, LLC

13

14                                 By: _____
                                       K. John Shaffer
15                                     Stutman Treister & Glatt P.C.

16  Dated: _____         DENNIS J. CONNOLLY
                                   Chapter 11 Trustee
17

18

19                                 By: _____
                                       Cecily A. Dumas
20                                     Friedman Dumas & Springwater LLP

21

22

23

24

25

26

27

28

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: _____ | PORTSIDE GROWTH & OPPORTUNITY FUND, CITADEL EQUITY FUND LTD., SMITHFIELD FIDUCIARY LLC |
| 4 | | |
| 5 | | |
| 6 | | By: _____ |
| 7 | | Lewis Kruger<br>Stroock & Stroock & Lavan LLP |
| 8 | Dated: October 29, 2007 | CITADEL EQUITY FUND LTD. |
| 9 | | |
| 10 | | By: *Glenn Walter* (signature)<br>Van C. Durrer, II |
| 11 | | Glenn Walter<br>Skadden Arps Slate Meagher & Flom LLP |
| 12 | | |
| 13 | Dated: _____ | SONICBLUE CLAIMS, LLC |
| 14 | | |
| 15 | | By: _____<br>K. John Shaffer |
| 16 | | Stutman Treister & Glatt P.C. |
| 17 | Dated: _____ | DENNIS J. CONNOLLY<br>Chapter 11 Trustee |
| 18 | | |
| 19 | | By: _____ |
| 20 | | Cecily A. Dumas<br>Friedman Dumas & Springwater LLP |

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: _____ | PORTSIDE GROWTH & OPPORTUNITY FUND, CITADEL EQUITY FUND LTD., SMITHFIELD FIDUCIARY LLC |
| 4 | | |
| 5 | | |
| 6 | | By: _____ |
| | | Lewis Kruger |
| 7 | | Stroock & Stroock & Lavan LLP |
| 8 | Dated: _____ | CITADEL EQUITY FUND LTD. |
| 9 | | |
| 10 | | By: _____ |
| | | Van Durrer |
| 11 | | Skadden Arps Slate Meagher & Flom LLP |
| 12 | Dated: 10/29/07 | SONICBLUE CLAIMS, LLC |
| 13 | | |
| 14 | | By: _____ |
| | | K. John Shaffer |
| 15 | | Stutman Treister & Glatt P.C. |
| 16 | Dated: _____ | DENNIS J. CONNOLLY |
| 17 | | Chapter 11 Trustee |
| 18 | | |
| 19 | | By: _____ |
| | | Cecily A. Dumas |
| 20 | | Friedman Dumas & Springwater LLP |

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: _____ | PORTSIDE GROWTH & OPPORTUNITY FUND, CITADEL EQUITY FUND LTD., SMITHFIELD FIDUCIARY LLC |
| 4 | | |
| 5 | | |
| 6 | | By: _____ |
| 7 | | Lewis Kruger<br>Stroock & Stroock & Lavan LLP |
| 8 | Dated: _____ | CITADEL EQUITY FUND LTD. |
| 9 | | |
| 10 | | By: _____ |
| 11 | | Van Durrer<br>Skadden Arps Slate Meagher & Flom LLP |
| 12 | Dated: _____ | SONICBLUE CLAIMS, LLC |
| 13 | | |
| 14 | | By: _____ |
| 15 | | K. John Shaffer<br>Stutman Treister & Glatt P.C. |
| 16 | Dated: <u>October 29, 2007</u>_____ | DENNIS J. CONNOLLY<br>Chapter 11 Trustee |
| 17 | | |
| 18 | | By: <u>/s/Cecily A. Dumas</u>_____ |
| 19 | | Cecily A. Dumas<br>Friedman Dumas & Springwater LLP |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

1
2                                                    ORDER
3                             Pursuant to stipulation, IT IS SO ORDERED.
4
5    DATED: _____        _____
                                         RONALD M. WHYTE
6                                        United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28