STROOCK & STROOCK & LAVAN LLP
Lewis Kruger (admitted *pro hac vice*)
Kenneth Pasquale (admitted *pro hac vice*)
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

STROOCK & STROOCK & LAVAN LLP
Alan Z. Yudkowsky (State Bar No. 194994)
2029 Century Park East, Suite 1800
Los Angeles, California 90067
Telephone: (310) 556-5800
Facsimile: (310) 556-5959

Counsel for Portside Growth & Opportunity Fund,
Smithfield Fiduciary LLC, and Citadel Equity Fund Ltd.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Van C. Durrer II (State Bar No. 226693)
Glenn Walter (State Bar No. 220015)
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

Counsel for Citadel Equity Fund Ltd.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>SONICBLUE INCORPORATED, a Delaware corporation; DIAMOND MULTIMEDIA SYSTEMS, INC., a Delaware corporation; and SENSORY SCIENCE CORPORATION, a Delaware corporation,<br><br>      Debtors and Debtors in Possession. | Case No. C-07-02553 RMW<br><br>**EX PARTE APPLICATION FOR LEAVE TO EXCEED PAGE LIMIT ON SENIOR NOTEHOLDERS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF OPPOSITION AND RELATED RELIEF**<br><br>[No Hearing Requested]<br><br>Judge:   Hon. Ronald M. Whyte |

Appellants Portside Growth & Opportunity Fund, Smithfield Fiduciary LLC, and Citadel Equity Fund Ltd. (collectively, the "Senior Noteholders"), by and through their counsel of record, hereby seek leave of this Court to exceed the page limit prescribed by Local Rule 7-4(b) for the United States District Court for the Northern District of California on the Senior Noteholders' memorandum of points and authorities in support of its opposition to the Chapter 11 Trustee's Motion to Dismiss (the "Motion") and request for other related relief.

Local Rule 7-4(b) provides in pertinent part:

> Unless the Court expressly orders otherwise pursuant to a party's request made prior to the due date, briefs or memoranda filed with opposition papers may not exceed 25 pages of text…

The Senior Noteholders bring this Application on the grounds that the complexity and importance of issues involved necessitate the filing of a memorandum of points and authorities in excess of 25 pages.

This is a case on appeal from the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court"). Resolution of the Motion will ultimately affect the distribution of more than $80 million in cash to creditors in one of the largest chapter 11 cases pending in this district. As such, the Senior Noteholders have sought to provide this Court with an extensive factual background of the events that have taken place leading up and during the four years during which this bankruptcy case has been pending as well as the circumstances surrounding the filing of the appeal by the Senior Noteholders. Furthermore, significant events have taken place subsequent to the filing of the appeal that are relevant to support the Senior Noteholders' opposition and request for related relief that need to be set forth in detail in the Senior Noteholders' memorandum of points and authorities. Moreover, the Senior Noteholders have quoted at some length critical portions of the Bankruptcy Court's opinions and hearing transcripts to give this Court a more comprehensive understanding of the issues on appeal.

For these reasons, the Senior Noteholders respectfully requests that the Court grant leave to exceed the 25-page limit and permit the Senior Noteholders to file a memorandum of points and authorities of approximately 40 pages.

1

Ex Parte Application for Leave to Exceed Page Limit on Senior Noteholders'
Memorandum of Points and Authorities in Support of Opposition and Related Relief

Dated: November 16, 2007

                    STROOCK & STROOCK & LAVAN LLP

                    By:    /s/ Lewis Kruger
                          Lewis Kruger
                          Attorneys for Portside Growth & Opportunity
                          Fund, Smithfield Fiduciary LLC, and
                          Citadel Equity Fund Ltd.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                  By: _____
                          Van C. Durrer II
                          Glenn S. Walter
                          Attorneys for Citadel Equity Fund Ltd.