Dated: November __, 2007

        STROOCK & STROOCK & LAVAN LLP

        By: _____
            Lewis Kruger
            Attorneys for Portside Growth & Opportunity
            Fund, Smithfield Fiduciary LLC, and
            Citadel Equity Fund Ltd.

        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

        By: */s/ Glen Walter*
            Van C. Durrer II
            Glenn S. Walter
            Attorneys for Citadel Equity Fund Ltd.

2

Ex Parte Application for Leave to Exceed Page Limit on Senior Noteholders'
Memorandum of Points and Authorities in Support of Opposition and Related Relief