STROOCK & STROOCK & LAVAN LLP
Lewis Kruger (admitted *pro hac vice*)
Kenneth Pasquale (admitted *pro hac vice*)
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

STROOCK & STROOCK & LAVAN LLP
Alan Z. Yudkowsky (State Bar No. 194994)
2029 Century Park East, Suite 1800
Los Angeles, California 90067
Telephone: (310) 556-5800
Facsimile: (310) 556-5959

Counsel for Portside Growth & Opportunity Fund,
Smithfield Fiduciary LLC, and Citadel Equity Fund Ltd.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Van C. Durrer II (State Bar No. 226693)
Glenn Walter (State Bar No. 220015)
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

Counsel for Citadel Equity Fund Ltd.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>SONICBLUE INCORPORATED, a Delaware corporation; DIAMOND MULTIMEDIA SYSTEMS, INC., a Delaware corporation; and SENSORY SCIENCE CORPORATION, a Delaware corporation,<br><br>Debtors and Debtors in Possession. | Case No. C-07-02553 RMW<br><br>**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR LEAVE TO EXCEED PAGE LIMIT ON SENIOR NOTEHOLDERS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF OPPOSITION AND RELATED RELIEF**<br><br>[No Hearing Requested]<br><br>Judge: Hon. Ronald M. Whyte |

1  Appellants' Ex Parte Application for Leave to Exceed Page Limit on Senior Noteholders'
2  Memorandum of Points and Authorities in Support of Opposition and Related Relief, made
3  pursuant to Local Rule 7-4(b) for the United States District Court for the Northern District of
4  California, was presented to the Court, the Honorable Ronald M. Whyte presiding.  After
5  consideration of this Application, and all papers filed in support thereof, as well as the pleadings
6  and papers on file in this action, and good cause appearing,
7      IT IS HEREBY ORDERED that:
8      The Application for leave to exceed the 25-page limit for Appellants' Application to Leave
9  to Exceed Page Limit on Defendants' Memorandum of Points and Authorities in Support of
10 Opposition and Related Relief is GRANTED for the reasons stated in Appellants' Application.
11 IT IS SO ORDERED.
12
13 Dated: November __, 2007                                 _____
                                                            The Honorable Ronald M. Whyte
14
15 RESPECTFULLY SUBMITTED BY:
16 STROOCK & STROOCK & LAVAN LLP
17
18 By: /s/ Lewis Kruger_____
    Lewis Kruger
    Attorneys for Portside Growth & Opportunity Fund,
19 Smithfield Fiduciary LLC, and Citadel Equity Fund Ltd.
20
21 SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
22 By: _____
    Glenn Walter
23 Attorneys for Citadel Equity Fund Ltd.
24
25
26
27
28

1
[Proposed] Order Granting Ex Parte Application for Leave to Exceed Page Limit on
Senior Noteholders' Memorandum of Points and Authorities in Support of Opposition and Related Relief