1  Appellants' Ex Parte Application for Leave to Exceed Page Limit on Senior Noteholders'
2  Memorandum of Points and Authorities in Support of Opposition and Related Relief, made
3  pursuant to Local Rule 7-4(b) for the United States District Court for the Northern District of
4  California, was presented to the Court, the Honorable Ronald M. Whyte presiding.  After
5  consideration of this Application, and all papers filed in support thereof, as well as the pleadings
6  and papers on file in this action, and good cause appearing,
7  IT IS HEREBY ORDERED that:
8  The Application for leave to exceed the 25-page limit for Appellants' Application to Leave
9  to Exceed Page Limit on Defendants' Memorandum of Points and Authorities in Support of
10 Opposition and Related Relief is GRANTED for the reasons stated in Appellants' Application.
11 IT IS SO ORDERED.

Dated: November __, 2007

_____
The Honorable Ronald M. Whyte

RESPECTFULLY SUBMITTED BY:

STROOCK & STROOCK & LAVAN LLP


By: _____
Lewis Kruger
Attorneys for Portside Growth & Opportunity Fund,
Smithfield Fiduciary LLC, and Citadel Equity Fund Ltd.


SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: *[signature]*
Glenn Walter
Attorneys for Citadel Equity Fund Ltd.