STROOCK & STROOCK & LAVAN LLP
Lewis Kruger (admitted *pro hac vice*)
Kenneth Pasquale (admitted *pro hac vice*)
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

STROOCK & STROOCK & LAVAN LLP
Alan Z. Yudkowsky (State Bar No. 194994)
2029 Century Park East, Suite 1800
Los Angeles, California 90067
Telephone: (310) 556-5800
Facsimile: (310) 556-5959

Counsel for Portside Growth & Opportunity Fund,
Smithfield Fiduciary LLC, and Citadel Equity Fund Ltd.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Van C. Durrer II (State Bar No. 226693)
Glenn Walter (State Bar No. 220015)
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

Counsel for Citadel Equity Fund Ltd.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>SONICBLUE INCORPORATED, a Delaware corporation; DIAMOND MULTIMEDIA SYSTEMS, INC., a Delaware corporation; and SENSORY SCIENCE CORPORATION, a Delaware corporation,<br><br>      Debtors and Debtors in Possession. | Case No. C-07-02553 RMW<br><br>**STIPULATION REGARDING PAGE LIMITS PURSUANT TO CIVIL LOCAL RULE 7-11**<br><br>[No Hearing Requested]<br><br>Judge:   Hon. Ronald M. Whyte |

STIPULATION REGARDING PAGE LIMITS PURSUANT TO CIVIL LOCAL RULE 7-11

Pursuant to Civil Local Rule 7-11, Portside Growth & Opportunity Fund, Smithfield Fiduciary LLC, and Citadel Equity Fund Ltd. (collectively, the "Senior Noteholders") and Dennis J. Connolly in his capacity as Chapter 11 Trustee for SONICblue Incorporated, *et al.*, by and through their counsel of record, hereby stipulate and agree that the Senior Noteholders' responsive papers to the Chapter 11 Trustee's Motion to Dismiss may exceed the page limits provided by Civil Local Rule 7-4(b).

Dated:  November 16, 2007            STROOCK & STROOCK & LAVAN LLP

By:    /s/Alan Z. Yudkowsky
       Alan Z. Yudkowsky

Attorneys for Portside Growth & Opportunity Fund, Smithfield Fiduciary LLC, and Citadel Equity Fund Ltd.

ALSTON & BIRD LLP

By:    _____
       Grant T. Stein

Attorneys for Dennis J. Connolly, Chapter 11 Trustee