Pursuant to Civil Local Rule 7-11, Portside Growth & Opportunity Fund, Smithfield Fiduciary LLC, and Citadel Equity Fund Ltd. (collectively, the "Senior Noteholders") and Dennis J. Connolly in his capacity as Chapter 11 Trustee for SONICblue Incorporated, *et al.*, by and through their counsel of record, hereby stipulate and agree that the Senior Noteholders' responsive papers to the Chapter 11 Trustee's Motion to Dismiss may exceed the page limits provided by Civil Local Rule 7-4(b).

Dated: November 16, 2007

STROOCK & STROOCK & LAVAN LLP

By: /s/Alan Z. Yudkowsky
Alan Z. Yudkowsky

Attorneys for Portside Growth & Opportunity Fund, Smithfield Fiduciary LLC, and Citadel Equity Fund Ltd.

ALSTON & BIRD LLP

By: GRANT T. STEIN /(BJN)
Grant T. Stein

Attorneys for Dennis J. Connolly, Chapter 11 Trustee