1  STROOCK & STROOCK & LAVAN LLP
   Lewis Kruger (admitted *pro hac vice*)
2  Kenneth Pasquale (admitted *pro hac vice*)
   180 Maiden Lane
3  New York, New York 10038
   Telephone: (212) 806-5400
4  Facsimile: (212) 806-6006

5  STROOCK & STROOCK & LAVAN LLP
   Alan Z. Yudkowsky (State Bar No. 194994)
6  2029 Century Park East, Suite 1800
   Los Angeles, California 90067
7  Telephone: (310) 556-5800
   Facsimile: (310) 556-5959
8
   Counsel for Portside Growth & Opportunity Fund,
9  Smithfield Fiduciary LLC, and Citadel Equity Fund Ltd.

10 SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Van C. Durrer II (State Bar No. 226693)
11 Glenn Walter (State Bar No. 220015)
   300 South Grand Avenue, Suite 3400
12 Los Angeles, California 90071
   Telephone: (213) 687-5000
13 Facsimile: (213) 687-5600

14 Counsel for Citadel Equity Fund Ltd.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                            :
In re                                                       :
                                                            :   Case No. C-07-02553 RMW
SONICBLUE INCORPORATED, a Delaware                          :
corporation; DIAMOND MULTIMEDIA                             :   **SIGNATURE ATTESTATION**
SYSTEMS, INC., a Delaware corporation;                      :
REPLAYTV, INC, a Delaware corporation and                   :
SENSORY SCIENCE CORPORATION, a                              :
Delaware corporation,                                       :
                                                            :
       Debtors and Debtors in Possession.                   :
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

---
Signature Attestation – Case No. C-07-02553 RMW

NY 71088445

LEWIS KRUGER hereby declares:

1. I am a member of Stroock & Stroock & Lavan LLP, counsel to Portside Growth & Opportunity Fund, Smithfield Fiduciary LLC and Citadel Equity Fund Ltd. (collectively, the "Senior Noteholders") in these bankruptcy cases. I am admitted to appear before this Court in these cases.

2. I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 20, 2007, at Los Angeles, CA.

By: /s/ Alan Z. Yudkowsky_____
Alan Z. Yudkowsky