STROOCK & STROOCK & LAVAN LLP
Lewis Kruger (admitted *pro hac vice*)
Kenneth Pasquale (admitted *pro hac vice*)
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

STROOCK & STROOCK & LAVAN LLP
Alan Z. Yudkowsky (State Bar No. 194994)
2029 Century Park East, Suite 1800
Los Angeles, California 90067
Telephone: (310) 556-5800
Facsimile: (310) 556-5959

Counsel for Portside Growth & Opportunity Fund,
Smithfield Fiduciary LLC, and Citadel Equity Fund Ltd.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Van C. Durrer II (State Bar No. 226693)
Glenn Walter (State Bar No. 220015)
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

Counsel for Citadel Equity Fund Ltd.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| In re | Case No. C-07-02553 RMW |
| SONICBLUE INCORPORATED, a Delaware corporation; DIAMOND MULTIMEDIA SYSTEMS, INC., a Delaware corporation; REPLAYTV, INC., a Delaware corporation; and SENSORY SCIENCE CORPORATION, a Delaware corporation, | **[PROPOSED] ORDER GRANTING CROSS-MOTION FOR LIMITED STAY OF PROCEEDINGS** |
| Debtors and Debtors in Possession. | Judge: Hon. Ronald M. Whyte |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Appellants' Cross-Motion for Limited Stay of Proceedings (the "Cross-Motion"), made pursuant to Rule 8005 of the Federal Rules of Bankruptcy Procedure, was presented to the Court, the Honorable Ronald M. Whyte presiding. After consideration of this Cross-Motion, and all papers filed in support thereof, as well as the pleadings and papers on file in this action, and good cause appearing,

IT IS HEREBY ORDERED that:

1. The Cross-Motion for Limited Stay of Proceedings is GRANTED.

2. The Motion for Partial Relief from Order Granting Debtors' Motion for Approval of Settlement of VIA and Intel Litigation [Docket No. 2545], the Motion to Vacate or Modify in Part Order Approving VIA Settlement Based Upon Fraud on the Court Due to Counsel's Failure to Disclose a Material Conflict of Interest [Docket No. 2548], and the Adversary Proceeding, Adv. Pro. No. 07-05082, pending in the chapter 11 cases of SONICblue Inc., Diamond Multimedia Systems, Inc., ReplayTV, Inc. and Sensory Science Corp., before the United States Bankruptcy Court for the Northern District of California ("Bankruptcy Court"), Case No. 03-51775 through 03-51778 (jointly administered), are hereby stayed (except for discovery which may continue before the Bankruptcy Court) pending the resolution of this appeal.

IT IS SO ORDERED.

Dated: November __, 2007

_____
The Honorable Ronald M. Whyte

RESPECTFULLY SUBMITTED BY:

STROOCK & STROOCK & LAVAN LLP

By: /s/ Alan Z. Yudkowsky_____
Alan Z. Yudkowsky
Attorneys for Portside Growth & Opportunity Fund,
Smithfield Fiduciary LLC, and Citadel Equity Fund Ltd.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Glenn Walter_____
Glenn Walter
Attorneys for Citadel Equity Fund Ltd.