1  STROOCK & STROOCK & LAVAN LLP
   Lewis Kruger (admitted *pro hac vice*)
2  Kenneth Pasquale (admitted *pro hac vice*)
   180 Maiden Lane
3  New York, New York 10038
   Telephone: (212) 806-5400
4  Facsimile: (212) 806-6006

5  STROOCK & STROOCK & LAVAN LLP
   Alan Z. Yudkowsky (State Bar No. 194994)
6  2029 Century Park East, Suite 1800
   Los Angeles, California 90067
7  Telephone: (310) 556-5800
   Facsimile: (310) 556-5959
8
   Counsel for Portside Growth & Opportunity Fund,
9  Smithfield Fiduciary LLC, and Citadel Equity Fund Ltd.

10 SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Van C. Durrer II (State Bar No. 226693)
11 Glenn Walter (State Bar No. 220015)
   300 South Grand Avenue, Suite 3400
12 Los Angeles, California 90071
   Telephone: (213) 687-5000
13 Facsimile: (213) 687-5600

14 Counsel for Citadel Equity Fund Ltd.

15
                    **UNITED STATES DISTRICT COURT**
16
                    **NORTHERN DISTRICT OF CALIFORNIA**
17
                            **SAN JOSE DIVISION**
18
   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
19                                                  :
                                                    :   Case No. C-07-02553 RMW
20 In re                                            :
                                                    :   **[PROPOSED] ORDER GRANT-**
21 SONICBLUE INCORPORATED, a Delaware               :   **ING MOTION TO WITHDRAW**
   corporation; DIAMOND MULTIMEDIA                  :   **REFERENCE OF CHAPTER 11**
22 SYSTEMS, INC., a Delaware corporation;           :   **CASES**
   REPLAYTV, INC., a Delaware corporation;          :
23 and SENSORY SCIENCE CORPORATION, a               :
   Delaware corporation,                            :
24                                                  :   Judge:  Hon. Ronald M. Whyte
            Debtors and Debtors in Possession.      :
25                                                  :
   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
26

27

28

---

[Proposed] Order Granting Motion to Withdraw Reference of Chapter 11 Cases – Case No. C-07-02553 RMW

Appellants' Motion to Withdraw Reference of Chapter 11 Cases (the "Motion"), made pursuant to section 157(d) of title 28 of the United States Code, was presented to the Court, the Honorable Ronald M. Whyte presiding. After consideration of this Motion, and all papers filed in support thereof, as well as the pleadings and papers on file in this action, and good cause appearing,

IT IS HEREBY ORDERED that:

1.  The Motion to Withdraw Reference of Chapter 11 Cases is GRANTED.

2.  The reference of the chapter 11 cases of the above-captioned debtors, Case No. 03-51775 through 03-51778 (jointly administered) pending before the United States Bankruptcy Court for the Northern District of California, is hereby withdrawn for cause pursuant to section 157(d) of title 28 of the United States Code.

IT IS SO ORDERED.

Dated: November __, 2007

_____
The Honorable Ronald M. Whyte

RESPECTFULLY SUBMITTED BY:

STROOCK & STROOCK & LAVAN LLP

By: /s/ Alan Z. Yudkowsky_____
Alan Z. Yudkowsky
Attorneys for Portside Growth & Opportunity Fund,
Smithfield Fiduciary LLC, and Citadel Equity Fund Ltd.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Glenn Walter_____
Glenn Walter
Attorneys for Citadel Equity Fund Ltd.

1
[Proposed] Order Granting Motion to Withdraw Reference of Chapter 11 Cases – Case No. C-07-02553 RMW