STROOCK & STROOCK & LAVAN LLP
Lewis Kruger (admitted *pro hac vice*)
Kenneth Pasquale (admitted *pro hac vice*)
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

STROOCK & STROOCK & LAVAN LLP
Alan Z. Yudkowsky (State Bar No. 194994)
2029 Century Park East, Suite 1800
Los Angeles, California 90067
Telephone: (310) 556-5800
Facsimile: (310) 556-5959

Counsel for Portside Growth & Opportunity Fund,
Smithfield Fiduciary LLC, and Citadel Equity Fund Ltd.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Van C. Durrer II (State Bar No. 226693)
Glenn Walter (State Bar No. 220015)
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

Counsel for Citadel Equity Fund Ltd.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

---

In re

SONICBLUE INCORPORATED, a Delaware corporation; DIAMOND MULTIMEDIA SYSTEMS, INC., a Delaware corporation; REPLAYTV, INC., a Delaware corporation; and SENSORY SCIENCE CORPORATION, a Delaware corporation,

    Debtors and Debtors in Possession.

---

Case No. C-07-02553 RMW

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF SENIOR NOTEHOLDERS' OPPOSITION TO MOTION TO DISMISS APPEAL AND CROSS-MOTIONS FOR LIMITED STAY OF PROCEEDINGS AND/OR TO WITHDRAW REFERENCE OF CHAPTER 11 CASES**

Appellants Portside Growth & Opportunity Fund, Smithfield Fiduciary LLC, and Citadel Equity Fund Ltd. (the "Senior Noteholders"), by and through their counsel, hereby request the Court to take judicial notice of these certain items designated in the Senior Noteholders' Designation of Items to be Included in the Record on Appeal and Statement of Issues on Appeal (the "ADR") (Docket No. 3), the and certain additional items pursuant to Federal Rule of Evidence 201:

1. Order Granting Debtors' Motion for Approval of Settlement of VIA and Intel Litigation, In re SonicBlue Inc., United States Bankruptcy Court for the Northern District of California, Case No. 03-51775 (Docket No. 1981).

2. Motion by United States Trustee for Appointment of a Chapter 11 Trustee or, in the Alternative, an Examiner, In re SonicBlue Inc., United States Bankruptcy Court for the Northern District of California, Case No. 03-51775 (Docket No. 2153) (ADR, Ex. 28).

3. Motion to Disqualify Pillsbury Winthrop Shaw Pittman LLP, to Vacate Employment Order, and for Disgorgement of Attorneys' Fees, In re SonicBlue Inc., United States Bankruptcy Court for the Northern District of California, Case No. 03-51775 (Docket No. 2163) (ADR, Ex. 29).

4. Amended Motion of United States Trustee for Appointment of Chapter 11 Trustee, In re SonicBlue Inc., United States Bankruptcy Court for the Northern District of California, Case No. 03-51775 (Docket No. 2168) (ADR, Ex. 30).

5. Motion to Convert Case to Chapter 7, In re SonicBlue Inc., United States Bankruptcy Court for the Northern District of California, Case No. 03-51775 (Docket No. 2171) (ADR, Ex. 31).

6. First Amended Motion to Convert Case to Chapter 7, In re SonicBlue Inc., United States Bankruptcy Court for the Northern District of California, Case No. 03-51775 (Docket No. 2173) (ADR, Ex. 32).

7. Memorandum Decision and Order on Motion to Appoint a Chapter 11 Trustee, Motion to Convert Case, and Motion to Disqualify Pillsbury Winthrop Shaw Pittman LLP and for Disgorgement of Attorneys' Fees, In re SonicBlue Inc., United States Bankruptcy Court for the Northern District of California, Case No. 03-51775 (Docket No. 2220) (ADR, Ex. 49).

8. Motion for Clarification, or in the Alternative, Leave to File a Motion for Reconsideration, In re SonicBlue Inc., United States Bankruptcy Court for the Northern District of California, Case No. 03-51775 (Docket No. 2231) (ADR, Ex. 51).

9. Application for Order Approving the Appointment of Chapter 11 Trustee, In re SonicBlue Inc., United States Bankruptcy Court for the Northern District of California, Case No. 03-51775 (Docket No. 2239).

10. Order Approving Appointment of Chapter 11 Trustee, In re SonicBlue Inc., United States Bankruptcy Court for the Northern District of California, Case No. 03-51775 (Docket No. 2242).

11. Memorandum Decision and Order on Motion of Senior Noteholders for Clarification, or in the Alternative, Reconsideration, In re SonicBlue Inc., United States Bankruptcy Court for the Northern District of California, Case No. 03-51775 (Docket No. 2279) (ADR, Ex. 57).

12. Notice of Appeal to District Court, In re SonicBlue Inc., United States Bankruptcy Court for the Northern District of California, Case No. 03-51775 (Docket No. 2292) (ADR, Ex. 58).

13. Notice of Transfer of Claim Other Than for Security, In re SonicBlue Inc., United States Bankruptcy Court for the Northern District of California, Case No. 03-51775 (Docket No. 2316).

14. Motion for Order (1) Directing United States Trustee to Change the Membership of Official Committee of Creditors Holding Unsecured Claims, or (2) Directing the Appointment of a New Trade Creditor Committee, In re SonicBlue Inc., United States Bankruptcy Court for the Northern District of California, Case No. 03-51775 (Docket No. 2341).

15. Joint Chapter 11 Plan of Liquidation Proposed by Dennis J. Connolly, Chapter 11 Trustee, In re SonicBlue Inc., United States Bankruptcy Court for the Northern District of California, Case No. 03-51775 (Docket No. 2391).

16. Disclosure Statement Describing Joint Chapter 11 Plan of Liquidation Proposed by Dennis J. Connolly, Chapter 11 Trustee, In re SonicBlue Inc., United States Bankruptcy Court for the Northern District of California, Case No. 03-51775 (Docket No. 2392).

17.     Objection of SonicBlue Claims LLC to Disclosure Statement Describing Joint Chapter 11 plan of Liquidation Proposed by Dennis J. Connolly, Chapter 11 Trustee, <u>In re SonicBlue Inc.</u>, United States Bankruptcy Court for the Northern District of California, Case No. 03-51775 (Docket No. 2429).

18.     Emergency Motion for Protective Order in Respect of SonicBlue Claims' Notices of Deposition of Henry Kevane, John J. Todd, Albert Boro, Suzzanne Uhland, and Bruce Bennett, on September 6, 10, 11, 12 and 13, 2007, <u>In re SonicBlue Inc.</u>, United States Bankruptcy Court for the Northern District of California, Case No. 03-51775 (Docket No. 2436).

19.     Response to Motion for Order Shortening Time on Trustee's Motion for a Protective Order, <u>In re SonicBlue Inc.</u>, United States Bankruptcy Court for the Northern District of California, Case No. 03-51775 (Docket No. 2445).

20.     Opposition to Trustee's Motion for a Protective Order, <u>In re SonicBlue Inc.</u>, United States Bankruptcy Court for the Northern District of California, Case No. 03-51775 (Docket No. 2458).

21.     Transcript of Proceedings, September 5, 2007, <u>In re SonicBlue Inc.</u>, United States Bankruptcy Court for the Northern District of California, Case No. 03-51775 (Docket No. 2504).

22.     Transcript of Proceedings, September 20, 2007, <u>In re SonicBlue Inc.</u>, United States Bankruptcy Court for the Northern District of California, Case No. 03-51775 (Docket No. 2505).

23.     Order Granting Motion for Order (1) Directing United States Trustee to Change the Membership of Official Committee of Creditors Holding Unsecured Claims, or (2) Directing the Appointment of a New Trade Creditor Committee, <u>In re SonicBlue Inc.</u>, United States Bankruptcy Court for the Northern District of California, Case No. 03-51775 (Docket No. 2510).

24.     Status Report of the Chapter 11 Trustee Pursuant to 11 U.S.C. §§ 105(d), 1106(A)(3), (A)(4), and (A)(5), <u>In re SonicBlue Inc.</u>, United States Bankruptcy Court for the Northern District of California, Case No. 03-51775 (Docket No. 2515).

25.     Notice of Dissolution of Official Committee of Creditors Holding Unsecured Claims, <u>In re SonicBlue Inc.</u>, United States Bankruptcy Court for the Northern District of California, Case No. 03-51775 (Docket No. 2520).

3

26. Motion for Partial Relief from Order Granting Debtors' Motion for Approval of Settlement of VIA and Intel Litigation, In re SonicBlue Inc., United States Bankruptcy Court for the Northern District of California, Case No. 03-51775 (Docket No. 2545).

27. Motion to Vacate or Modify in Part Order Approving VIA Settlement Based Upon Fraud on the Court Due to Counsel's Failure to Disclose a Material Conflict of Interest, In re SonicBlue Inc., United States Bankruptcy Court for the Northern District of California, Case No. 03-51775 (Docket No. 2548).

28. Complaint for Equitable Subordination, to Determine Proper Classification, and for Declaratory Relief Regarding Senior Indebtedness Status, SonicBlue Claims LLC v. Portside Growth & Opportunity Fund (In re SonicBlue Inc.), United States Bankruptcy Court for the Northern District of California, Adv. P. No. 07-05082 (Docket No. 1).

29. Defendants' Motion to Dismiss, SonicBlue Claims LLC v. Portside Growth & Opportunity Fund (In re SonicBlue Inc.), United States Bankruptcy Court for the Northern District of California, Adv. P. No. 07-05082 (Docket No. 12).

30. Opposition to Defendants' Motion to Dismiss, SonicBlue Claims LLC v. Portside Growth & Opportunity Fund (In re SonicBlue Inc.), United States Bankruptcy Court for the Northern District of California, Adv. P. No. 07-05082 (Docket No. 40).

31. Order Denying Motion to Dismiss Adversary Proceeding, SonicBlue Claims LLC v. Portside Growth & Opportunity Fund (In re SonicBlue Inc.), United States Bankruptcy Court for the Northern District of California, Adv. P. No. 07-05082 (Docket No. 49).

32. Transcript of Proceedings, September 27, 2007, SonicBlue Claims, LLC v. Portside Growth & Opportunity Fund (In re SonicBlue Inc.), United States Bankruptcy Court for the Northern District of California, Adv. P. No. 07-05082 (Docket No. 51).

33. Notice of Appeal, In re SonicBlue Inc., United States District Court for the Northern District of California, Case No. C-07-02553 RMW (Docket No. 1).

34. Chapter 11 Trustee's Motion to Dismiss Appeal, In re SonicBlue Inc., United States District Court for the Northern District of California, Case No. C-07-02553 RMW (Docket No. 14).

35. Opposition of Pillsbury Winthrop Shaw Pittman LLP to U.S. Trustee's Motion to Disqualify Pillsbury, Vacate Employment Order, and Require Disgorgement of Attorneys' Fees, <u>In re SonicBlue Inc.</u>, United States Bankruptcy Court for the Northern District of California, Case No. 03-51775 (Docket No. 2182) (ADR, Ex. 37).

36. Appointment of Committee of Unsecured Creditors, <u>In re SonicBlue Inc.</u>, United States Bankruptcy Court for the Northern District of California, Case No. 03-51775 (Docket No. 26) (ADR, Ex. 1).

37. First Amended Appointment of Committee of Unsecured Creditors, <u>In re SonicBlue Inc.</u>, United States Bankruptcy Court for the Northern District of California, Case No. 03-51775 (Docket No. 119) (ADR, Ex. 6).

38. Second Amended Appointment of Committee of Unsecured Creditors, <u>In re SonicBlue Inc.</u>, United States Bankruptcy Court for the Northern District of California, Case No. 03-51775 (Docket No. 528) (ADR, Ex. 8).

39. Declaration of Bruce Bennett in Support of Debtors' Emergency Motion for Order (1) Establishing Notice, Sales and Bidding Procedures for Sale of Substantially All of the Debtors' Product Lines Free and Clear of All Liens, Claims, and Encumbrances; (2) Authorizing The Assumption and Assignment, or Rejection of Certain Executory Contracts and Unexpired Leases in Connection with Asset Sale, and (3) Setting Hearing on Sale of Assets on Shortened Notice, <u>In re SonicBlue Inc.</u>, United States Bankruptcy Court for the Northern District of California, Case No. 03-51775 (Docket No. 28) (ADR, Ex. 2).

40. Notice of Appearances and Request for Notices and Services of Papers, <u>In re SonicBlue Inc.</u>, United States Bankruptcy Court for the Northern District of California, Case No. 03-51775 (Docket No. 43) (ADR, Ex. 3).

41. Application of the Official Committee of Unsecured Creditors to Employ Levene, Neale, Bender, Rankin, & Brill L.L.P. as Bankruptcy Counsel, <u>In re SonicBlue Inc.</u>, United States Bankruptcy Court for the Northern District of California, Case No. 03-51775 (Docket No. 63) (ADR, Ex. 4).

42. Declaration of Ron Bender in Support of Application of Official Committee of Unsecured Creditors to Employ Levene, Neale, Bender, Rankin & Brill L.L.P. as Bankruptcy Counsel, In re SonicBlue Inc., United States Bankruptcy Court for the Northern District of California, Case No. 03-51775 (Docket No. 64) (ADR, Ex. 5).

43. Stipulation Providing Relief from the Automatic Stay to Senior Noteholders, Filed 7/14/03, In re SonicBlue Inc., United States Bankruptcy Court for the Northern District of California, Case No. 03-51775 (Docket No. 334) (ADR, Ex. 7).

44. Stipulation Providing Relief from Automatic Stay to Senior Noteholders, Filed 10/16/03, In re SonicBlue Inc., United States Bankruptcy Court for the Northern District of California, Case No. 03-51775 (Docket No. 545) (ADR, Ex. 10).

45. Declaration of Ron Bender in Response of the Official Committee of Creditors Holding Secured Claims to (1) the Motion by the Office of the United States Trustee Seeking the Appointment of a Chapter 11 Trustee and (2) the Motion by SBC seeking to Convert These Chapter 11 Cases to Chapter 7, In re SonicBlue Inc., United States Bankruptcy Court for the Northern District of California, Case No. 03-51775 (Docket No. 2185) (ADR, Ex. 39).

46. Response to Motion to Convert Chapter 11 Case to a Case Under Chapter 7, In re SonicBlue Inc., United States Bankruptcy Court for the Northern District of California, Case No. 03-51775 (Docket No. 2181) (ADR, Ex. 36).

47. Transcript of Hearing Held on March 19, 2007, In re SonicBlue Inc., United States Bankruptcy Court for the Northern District of California, Case No. 03-51775 (Docket No. 2226) (ADR, Ex. 50).

48. Objection of Debtor SonicBlue Inc. to Duplicate Proofs of Claim of Via Technologies, Inc. and S3 Graphics Co., Ltd. And Debtors' Second Amended Adversary Complaint for Affirmative Relief, SonicBlue Claims LLC v. Via Technologies, Inc. (In re SonicBlue Inc.), United States Bankruptcy Court for the Northern District of California, Adv. P. No. 04-05556 (Docket No. 42).

49. Ex Parte Application to File Debtors' Motion for Approval of Settlement of VIA and Intel Litigation Under Seal, In re SonicBlue Inc., United States Bankruptcy Court for the Northern District of California, Case No. 03-51775 (Docket No. 1950).

50. Order Approving Ex Parte Application to File Debtors' Motion For Approval of Settlement of VIA and Intel Litigation Under Seal, In re SonicBlue Inc., United States Bankruptcy Court for the Northern District of California, Case No. 03-51775 (Docket No. 1951).

51. Notice of Debtors' Motion for Approval of Settlement of VIA and Intel Litigation, In re SonicBlue Inc., United States Bankruptcy Court for the Northern District of California, Case No. 03-51775 (Docket No. 1955).

52. Notice of Filing of Redacted Copy of Memorandum of Points and Authorities in Support of Debtors' Motion for Approval of Settlement of VIA and Intel Litigation, In re SonicBlue Inc., United States Bankruptcy Court for the Northern District of California, Case No. 03-51775 (Docket No. 2057).

53. Transcript of Hearing Held on January 23, 2007 re Approval of Disclosure Statement, In re SonicBlue Inc., United States Bankruptcy Court for the Northern District of California, Case No. 03-51775 (Docket No. 2136) (ADR, Ex. 20).

54. Disclosure Statement for Liquidating Plan of Reorganization Dated as of December 15, 2006, In re SonicBlue Inc., United States Bankruptcy Court for the Northern District of California, Case No. 03-51775 (Docket No. 2047) (ADR, Ex. 11).

55. Objection to Joint Disclosure Statement, In re SonicBlue Inc., United States Bankruptcy Court for the Northern District of California, Case No. 03-51775 (Docket No. 2091) (ADR, Ex. 13).

56. Supplemental Objection to Joint Disclosure Statement Dated January 18, 2007, In re SonicBlue Inc., United States Bankruptcy Court for the Northern District of California, Case No. 03-51775 (Docket No. 2115) (ADR, Ex. 17).

57. Objection to Proposed Disclosure Statement Dated January 18, 200, In re SonicBlue Inc., United States Bankruptcy Court for the Northern District of California, Case No. 03-51775 (Docket No. 2116) (ADR, Ex. 18).

58. Submission of Preliminary Status Report and Request for Continuance of Deadline for Submission of Final Status Report and of Disclosure Statement, In re SonicBlue Inc., United States Bankruptcy Court for the Northern District of California, Case No. 03-51775 (Docket No. 2138) (ADR, Ex. 21).

59. Transcript of Hearing Held on February 15, 2007 re a) Motion for Authority to Disclose Confidential Information to People Who are Not Parties to the VIA/Intel Confidentiality Agreement by Official Committee of Creditors Holding Unsecured Claims; b) Response by VIA Technologies, Inc., In re SonicBlue Inc., United States Bankruptcy Court for the Northern District of California, Case No. 03-51775 (Docket No. 2176) (ADR, Ex. 34).

60. Transcript of Hearing Held on May 4, 2007 re a) Motion for Clarification, or in the Alternative, for Leave to File a Motion for Reconsideration by Portside Growth & Opportunity Fund, Smithfield Fiduciary LLC, and Citadel Equity Fund, Ltd.; b) Amended Opposition by Sonic Blue Claims, LLC, In re SonicBlue Inc., United States Bankruptcy Court for the Northern District of California, Case No. 03-51775 (Docket No. 2303) (ADR, Ex. 61).

61. Reply to SonicBlue Claims LLC's Response to Preliminary Status Report, In re SonicBlue Inc., United States Bankruptcy Court for the Northern District of California, Case No. 03-51775 (Docket No. 2150) (ADR, Ex. 27).

62. First Amended Disclosure Statement Describing First Amended Liquidating Plan of Reorganization, Dated as of January 18, 2007, In re SonicBlue Inc., United States Bankruptcy Court for the Northern District of California, Case No. 03-51775 (Docket No. 2103) (ADR, Ex. 14).

63. Supplemental Document in Support of Motion to Vacate, In re SonicBlue Inc., United States Bankruptcy Court for the Northern District of California, Case No. 03-51775 (Docket No. 2558).

64. Stipulated Protective Order, In re SonicBlue Inc., United States Bankruptcy Court for the Northern District of California, Case No. 03-51775 (Docket No. 529) (ADR, Ex. 9).

65. Reply Brief in Support of Motion for Clarification, or in the Alternative, for Leave to File a Motion for Reconsideration, In re SonicBlue Inc., United States Bankruptcy Court for the Northern District of California, Case No. 03-51775 (Docket No. 2265) (ADR, Ex. 54).

**1**   66.   Appellants Designation of Items to be Included on the Record on Appeal and
**2** Statement of Issues on Appeal, In re SonicBlue Inc., United States Bankruptcy Court for the
**3** Northern District of California, Case No. 03-51775 (Docket No. 2308).

**4**   67.   Reply by Portside Growth & Opportunity Fund, Smithfield Fiduciary LLC, and
**5** Citadel Equity Fund Ltd. to SonicBlue Claims LLC's Reply to Opposition to the U.S. Trustee's
**6** Motion to Disqualify Pillsbury, In re SonicBlue Inc., United States Bankruptcy Court for the
**7** Northern District of California, Case No. 03-51775 (Docket No. 2202) (ADR, Ex. 46).

**8**   Under Federal Rule of Evidence 201, a court may take judicial notice of "facts that are not
**9** subject to reasonable dispute in that they are either (1) generally known within territorial jurisdic-
**10** tion of the trial court or (2) capable of accurate and ready determination by resort to sources whose
**11** accuracy cannot reasonably be questioned." Biggs v. Capital Factors, Inc., 120 F.3d 268 (9th Cir.
**12** 1997).  This Court may take judicial notice of Exhibits 1-67 because they are capable of accurate
**13** and ready determination since they are from the files of this Court as well as the United States
**14** Bankruptcy Court for the Northern District of California.  See Duke Energy Trading & Mktg.,
**15** L.L.C. v. Davis, 267 F.3d 1042, 1048 n.3 (9th Cir. 2001) (Ninth Circuit took judicial notice of fil-
**16** ings made in related bankruptcy proceeding).  Furthermore, the exhibits "consist of court records,
**17** the accuracy of which cannot reasonably be questioned." Esiomeme v. United Airlines, Inc., 369
**18** B.R. 531, 1-2 (N.D. Cal. 2007) (granting defendant's request for judicial notice of debtor's volun-
**19** tary bankruptcy petition and bankruptcy court's orders confirming debtor's plan of reorganization).

1 | Accordingly, the Senior Noteholders respectfully request that this Court take judicial notice of Exhibits 1-67.[1]

Dated: November 20, 2007

STROOCK & STROOCK & LAVAN LLP

By: /s/ Alan Z. Yudkowsky
   Lewis Kruger
   Attorneys for Portside Growth & Opportunity Fund,
   Smithfield Fiduciary LLC, and
   Citadel Equity Fund Ltd.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Glenn Walter
   Glenn Walter
   Attorneys for Citadel Equity Fund Ltd.

---

[1] Any party that requires a copy of the exhibits to this Request for Judicial Notice may request such copies from counsel to the Senior Noteholders, and will be provided such copies free of charge.