# EXHIBIT 36

ORIGINAL

FILED

MAR 2 1 2003

United ~~~~~~~~~
San~~~~~~~~~~~

EDWINA E. DOWELL, # 149059
Assistant U.S. Trustee
MARK L. POPE, #182769
NANETTE DUMAS, #148261
Office of the United States Trustee
280 S. First Street, Suite 268
San Jose, CA 95113-0002
Telephone:   (408) 535-5525
Fax:         (408) 535-5532

Attorneys for William T. Neary
United States Trustee for Region 17

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

In re:

SONICBLUE, INC.,                    Case No. 03-51775 msj

                 Debtor.            Chapter 11

## APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

Pursuant to sections 1102(a) and 1102(b)(1) of the Bankruptcy Code, the
following creditors of the above-named debtor being among those holding the largest
unsecured claims and who are willing to serve, are appointed to the committee of
unsecured creditors:

1.   Matsushita Kotobuki Electronics Sales of America LLC
     Attention: Toshiyuki Miyake
     700 N. Hayden Island Drive, Suite 200
     Portland, OR 97217              Phone: (360) 695-1338

2.   Matsushita Kotobuki Electronics Industries, Inc.
     Attention: Mr. Koichi Kishimoto
     247 Fukutake
     Saijo, Ehime 793-8510 Japan     Phone: 011-81-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

3.   Smithfield Fiduciary LLC
     c/o Highbridge Capital Management, LLC
     Attention: Adam J. Chill
     9 West 57th Street, 27th Floor
     New York, NY 10019              Phone: (212) 287-4755

/ / /

/ / /

Appointment of Committee of Unsecured Creditors

4.    Portside Growth and Opportunity Fund
      c/o Ramius Capital Group, LLC
      Attention: Jeffrey Smith
      666 Third Avenue, 26th Floor
      New York, NY 10017                    Phone: (212) 845-7900

5.    Citadel Equity Fund, Ltd.
      c/o Citadel Investment Group, LLC
      Attention: Kenneth A. Simpler
      225 West Washington Street, 9th Floor
      Chicago, IL 60606                     Phone: (312) 696-2100

6.    Maxtor Corporation
      Attention: Jim Coggburn
      500 McCarthy Boulevard
      Milpitas, Ca 95035                    Phone: (408) 432-1700

7.    A-Max Technology Co. Ltd.
      Attention: Diana Chan
      12/F Remington Centre
      23 Hung To Road, Kwun Tong
      Kowloon, Hong Kong                    Phone: 852-23-72-6100

8.    Manufacturers' Services Limited
      Attention: Alan Cormier
      300 Baker Avenue
      Concord, CA 01742                     Phone: (617) 287-5630

       Attached hereto as Exhibits "A", "B", "C", "D", "E", "F", "G" and "H" are

affirmative responses from said creditors indicating their willingness to serve on the

committee of unsecured creditors.

Dated: March 21, 2003              Respectfully submitted,


                                   _____
                                   Nanette Dumas
                                   Attorney for United States Trustee

## UNSECURED CREDITORS COMMITTEE ACCEPTANCE / REJECTION FORM

**PLEASE RETURN THIS FORM TO THE OFFICE OF THE U.S. TRUSTEE AS SOON AS POSSIBLE.**
**RETURN FORM EVEN IF YOU DO NOT WISH TO SERVE ON COMMITTEE.**
**YOU MAY MAIL FORM OR FAX TO THE OFFICE OF THE U.S. TRUSTEE AT:  (408) 535-5532.**

IN RE: SonicBlue, Inc.
Case No.
Chapter 11
Date filed:

Are you willing to serve on the committee of unsecured creditors of the above-named debtor?

_____X___  YES     _____  NO

A.    Creditor's name & address:        Matsushita Kotobuki Electronics Sales of America,
                                        LLC
                                        700 N. Hayden Island Drive, Suite 200
                                        Portland, OR 97217
                                        Attn: Mr. Toshiyuki Miyake

      Telephone:                        (360) 695-1338
      Fax:                              (360) 695-3155
      E-mail:                           miyaket@mkamerica.com

B.    Name and address of              Perkins Coie LLP
      representative for creditor,      1201 Third Ave., Suite 4800
      if different:                     Seattle, WA 98101-3999
                                        Attn:   Bruce G. MacIntyre, Esq. and
                                                J. Dax Hansen, Esq.
                                        Phone: (206) 583-8888  Fax: (206) 583-8500

C.    Amount of unsecured claim:  At least $2,881,694.96

      Basis for claim (e.g., goods, services, rent, loan, royalties, bond, other):

      Trade debt

D.    If creditor also has secured claim, indicate amount:  $ _____N/A
      Basis:

E.    Are you an employee, relative, officer, director, stockholder or partner of debtor?

                        _____  YES    ___X___  NO

      If yes, explain:

      SIGNATURE _____  DATE: 0-21-2006

      PRINT NAME  TOSHIYUKI MIYAKE

      TITLE/POSITION SECRETARY/TREASURER
           NOTE: Return of this form does not constitute the filing of a proof of claim pursuant to 11 U.S.C. Section 501.

                                                        REV 03/20/02 ST

[J-3828550]
                                        Government Exhibit ____

09/20/2003 19:55 FAX 206 583 8500        PERKINS COIE                    ⓘ002
2003-03-21   12:47   FROM  MKE UAD(0897)55-0169    TO 0· ^112065830500    P.01/01

## UNSECURED CREDITORS COMMITTEE ACCEPTANCE / REJECTION FORM

**PLEASE RETURN THIS FORM TO THE OFFICE OF THE U.S. TRUSTEE AS SOON AS POSSIBLE.
RETURN FORM EVEN IF YOU DO NOT WISH TO SERVE ON COMMITTEE.
YOU MAY MAIL FORM OR FAX TO THE OFFICE OF THE U.S. TRUSTEE AT: (408) 535-5532.**

IN RE: SonicBlue, Inc.
Case No.
Chapter 11
Date filed:

Are you willing to serve on the committee of unsecured creditors of the above-named debtor?

_X_ YES    ____ NO

A.   Creditor's name & address:    Matsushita Kotobuki Electronics Industries, Ltd.
247 Fukutake, Saijo, Ehime, 793-8510 JAPAN
Attn:   Mr. Koichi Kishimoto

Telephone:    011-81-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
011-81-90-9555-4125
Fax:    011-81-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
E-mail:    kishimoto.koichi@jp.panasonic.com

B.   Name and address of    Perkins Coie LLP
representative for creditor,    1201 Third Ave., Suite 4800
if different:    Seattle, WA 98101-3999
Attn:   Bruce G. MacIntyre, Esq. and
J. Dax Hansen, Esq.
Phone: (206) 583-8888  Fax: (206) 583-8500

C.   Amount of unsecured claim:  At least $950,000.00

Basis for claim (e.g., goods, services, rent, loan, royalties, bond, other):

Trade debt

D.   If creditor also has secured claim, indicate amount:  $ ___ N/A

Basis:

E.   Are you an employee, relative, officer, director, stockholder or partner of debtor?

_X_ YES    ____ NO

If yes, explain:  Creditor owns stock of Debtor.

SIGNATURE                    DATE: March 20, 2003

PRINT NAME    Koichi Kishimoto

TITLE/POSITION    Manager

NOTE: Return of this form does not constitute the filing of a proof of claim pursuant to 11 U.S.C. Section 501.

[/SB030790000]

Government Exhibit ___

## UNSECURED CREDITORS COMMITTEE ACCEPTANCE / REJECTION FORM

**PLEASE RETURN THIS FORM TO THE OFFICE OF THE U.S. TRUSTEE AS SOON AS POSSIBLE.
RETURN FORM EVEN IF YOU DO NOT WISH TO SERVE ON COMMITTEE.
YOU MAY MAIL FORM OR FAX TO THE OFFICE OF THE U.S. TRUSTEE AT: (408) 535-5532.**

IN RE: SONICBlue, Incorporated
Case No. 03-_____-___
Chapter 11
Date filed: March 20, 2003

Are you willing to serve on the committee of unsecured creditors of the above-named debtor?

        X   YES          _____ NO

A.    Creditor's name & address:        Smithfield Fiduciary LLC
                                        c/o Highbridge Capital Management, LLC
                                        Attn:  Adam J. Chill
                                        9 West 57th Street, 27th Floor
                                        New York, NY 10019

      Telephone:                        (212) 287-4755
      Fax:                              (212) 751-0755
      E-mail:                           adam.chill@hcmny.com

B.    Name and address of
      representative for creditor,
      if different:

C.    Amount of unsecured claim:  As of the date hereof, approximately $21,374,666.67 in
      principal and interest, plus fees, costs and premium, if any.

      Basis for claim (e.g., goods, services, rent, loan, royalties, bond, other):

      Securities Purchase Agreement dated as of April 21, 2002, and the Indenture dated as of
      April 22, 2002 with respect to the $75 million in principal amount of 7 3/4% Secured
      Senior Subordinated Convertible Debentures due in 2005.

D.    If creditor also has secured claim, indicate amount:   approximately $4,592,000
      (as of March 14, 2003).

      Basis: First priority perfected liens and security interests in approximately 8.2 million
      shares of stock of United Microelectronics Corporation pursuant to the Pledge and
      Security Agreement dated April 22, 2002.

E.    Are you an employee, relative, officer, director, stockholder or partner of debtor?

              _____ YES      X   NO

      If yes, explain:

SIGNATURE    _Adam J. Chill_              DATE:  March 20, 2003

PRINT NAME   Adam J. Chill

TITLE/POSITION   Authorized Signatory

NOTE: Return of this form does not constitute the filing of a proof of claim pursuant to 11 U.S.C. Section 501.
                                                            REV 02/20/02 SJ

TOTAL  P.02

Government Exhibit ___ C

## UNSECURED CREDITORS COMMITTEE ACCEPTANCE / REJECTION FORM

**PLEASE RETURN THIS FORM TO THE OFFICE OF THE U.S. TRUSTEE AS SOON AS POSSIBLE.
RETURN FORM EVEN IF YOU DO NOT WISH TO SERVE ON COMMITTEE.
YOU MAY MAIL FORM OR FAX TO THE OFFICE OF THE U.S. TRUSTEE AT: (408) 535-5532.**

IN RE: SONICBlue, Incorporated
Case No. 03-_____-____
Chapter 11
Date filed: March 20, 2003

Are you willing to serve on the committee of unsecured creditors of the above-named debtor?

_X_ YES          _____ NO

A.   Creditor's name & address:        Portside Growth and Opportunity Fund
                                       c/o Ramius Capital Group, LLC
                                       Attn: Jeffrey Smith
                                       666 Third Avenue, 26th Floor
                                       New York, NY 10017

     Telephone:                        (212) 845-7900
     Fax:                              (212) 845-7990
     E-mail:                           jsmith@ramius.com

B.   Name and address of
     representative for creditor,
     if different:

C.   Amount of unsecured claim:  As of the date hereof, approximately $21,374,666.67 in
     principal and interest, plus fees, costs and premium, if any.

     Basis for claim (e.g., goods, services, rent, loan, royalties, bond, other):

     Securities Purchase Agreement dated as of April 21, 2002, and the Indenture with
     respect to the $75 million in principal amount of 7 3/4% Secured Senior Subordinated
     Convertible Debentures due in 2005.

D.   If creditor also has secured claim, indicate amount:   approximately $4,592,000
     (as of March 14, 2003).

     Basis: First priority perfected liens and security interests in approximately 8.2 million
     shares of stock of United Microelectronics Corporation pursuant to the Pledge and
     Security Agreement dated April 22, 2002.

E.   Are you an employee, relative, officer, director, stockholder or partner of debtor?

                    _____ YES      _X_ NO

     If yes, explain:

SIGNATURE _____   DATE: 3/20/03

PRINT NAME   _Jeffrey Smith_

TITLE/POSITION   _Director_

NOTE: Return of this form does not constitute the filing of a proof of claim pursuant to 11 U.S.C. Section 501.
REV 02/20/02 SJ

Government Exhibit _D_

03/20/03  13:10 FAX 312 3:    780        PRIVATE INVESTMENTS                002

## UNSECURED CREDITORS COMMITTEE ACCEPTANCE / REJECTION FORM

**PLEASE RETURN THIS FORM TO THE OFFICE OF THE U.S. TRUSTEE AS SOON AS POSSIBLE.
RETURN FORM EVEN IF YOU DO NOT WISH TO SERVE ON COMMITTEE.
YOU MAY MAIL FORM OR FAX TO THE OFFICE OF THE U.S. TRUSTEE AT: (408) 535-5532.**

IN RE: SONICBlue, Incorporated
Case No. 03-____-____
Chapter 11
Date filed: March 20, 2003

Are you willing to serve on the committee of unsecured creditors of the above-named debtor?

_____X_____ YES          _____ NO

A.    Creditor's name & address:          Citadel Equity Fund, Ltd.
                                          c/o Citadel Investment Group, L.L.C.
                                          Attn:  Kenneth A. Simpler
                                          225 W. Washington Street, Ninth Floor
                                          Chicago, IL 60606

      Telephone:                          (312) 696-2100
      Fax:                                (312) 368-1348
      E-mail:                             Kenneth.Simpler@citadelgroup.com

B.    Name and address of
      representative for creditor,
      if different:

C.    Amount of unsecured claim:  As of the date hereof, approximately $21,374,666.67 in
      principal and interest, plus fees, costs and premium, if any.

      Basis for claim (e.g., goods, services, rent, loan, royalties, bond, other):

      Securities Purchase Agreement dated as of April 21, 2002, and the Indenture with
      respect to the $75 million in principal amount of 7 3/4% Secured Senior Subordinated
      Convertible Debentures due in 2005.

D.    If creditor also has secured claim, indicate amount:   approximately $4,592,000
      (as of March 14, 2003).

      Basis: First priority perfected liens and security interests in approximately 8.2 million
      shares of stock of United Microelectronics Corporation pursuant to the Pledge and
      Security Agreement dated April 22, 2002.

E.    Are you an employee, relative, officer, director, stockholder or partner of debtor?

                              _____ YES     __X__ NO

      If yes, explain:

SIGNATURE  _____  DATE: 03/20/03

PRINT NAME  ADAM COOPER

TITLE/POSITION  GENERAL COUNSEL   CITADEL INV-GROUP LLC.

NOTE: Return of this form does not constitute the filing of a proof of claim pursuant to 11 U.S.C. Section 501.
                                                                    REV 02/20/02 SJ

Government Exhibit _E_

FROM

(FRI)MAR 21 2003 10:43/ST. 10:37/NO. 6330119771 P 5

## UNSECURED CREDITORS COMMITTEE ACCEPTANCE / REJECTION FORM

**PLEASE RETURN THIS FORM TO THE OFFICE OF THE U.S. TRUSTEE AS SOON AS POSSIBLE.
RETURN FORM EVEN IF YOU DO NOT WISH TO SERVE ON COMMITTEE.
YOU MAY MAIL FORM OR FAX TO THE OFFICE OF THE U.S. TRUSTEE AT: (408) 535-5532.**

IN RE: SonicBlue, Inc.
Case No.
Chapter 11
Date filed:

Are you willing to serve on the committee of unsecured creditors of the above-named debtor?

_____ X _ YES    _____ NO

A.    Creditor's name & address:

Jim Coggburn,  Maxtor Corporation          William Sweeney
500 McCarthy Blvd.                         Maxtor Corporation
Milpitas, CA 95035                         2452 Clover Basin Dr.
Telephone:    408-432-1700                 Longmont, CO 80503
Fax:          408-594-3394                 303-678-2692  ph
E-mail:       jim_coggburn@maxtor.com      303-678-3111  fax
                                           william_sweeney@maxtor.com

B.    Name and address of
      representative for creditor,
      if different: Lillian Stenfeldt; Gray Cary
                    1755 Embarcadero Road,  Palo Alto, CA 94303
C.    Amount of unsecured claim: $ 928,154.00

      Basis for claim (e.g., goods, services, rent, loan, royalties, bond, other):

                    Goods

D.    If creditor also has secured claim, indicate amount:  $

      Basis:

E.    Are you an employee, relative, officer, director, stockholder or partner of debtor?

                    _____ YES    _ x _ NO

      If yes, explain:

SIGNATURE    *William Sweeney*    DATE:

PRINT NAME   *William Sweeney*

TITLE/POSITION   *Associate General Counsel*

NOTE:  Return of this form does not constitute the filing of a proof of claim pursuant to 11 U.S.C. Section 501.

                                        REV 02/20/02 SJ

Government Exhibit E

(FRI)MAR 21 2003 10:43/ST. 10:37/NO. 6330119771 P 6

FROM
Mar 21 03 02:16p    Diz
To: Ron Bender

FROM: DIANA CHAN (A-MAX)

## UNSECURED CREDITORS COMMITTEE ACCEPTANCE / REJECTION FORM

**PLEASE RETURN THIS FORM TO THE OFFICE OF THE U.S. TRUSTEE AS SOON AS POSSIBLE.
RETURN FORM EVEN IF YOU DO NOT WISH TO SERVE ON COMMITTEE.
YOU MAY MAIL FORM OR FAX TO THE OFFICE OF THE U.S. TRUSTEE AT: (408) 635-5532.**

IN RE: SonicBlue, Inc.
Case No.
Chapter 11
Date filed:

Are you willing to serve on the committee of unsecured creditors of the above-named debtor?

     **X** YES        NO

A.     Creditor's name & address:      A-Max Technology Co. Ltd.
                                        12/F., Remington Centre
                                        23 Hung To Road, Kwun Tong,
                                        Kowloon, Hong Kong

                 Telephone:                  852-23726100
                 Fax:                          852-23055606
                 E-mail:                    Diana@amaxhk.com

B.     Name and address of
         representative for creditor,
         if different:

C.     Amount of unsecured claim: $ __702,362.24__

         Basis for claim (e.g., goods, services, rent, loan, royalties, bond, other):

D.     If creditor also has secured claim, indicate amount: $

         Basis:

E.     Are you an employee, relative, officer, director, stockholder or partner of debtor?

                                     YES     **X**   NO

         If yes, explain:

SIGNATURE                                    DATE: March 21, 2003

PRINT NAME          Diana Chan

TITLE/POSITION        VP - Finance

NOTE: Return of this form does not constitute the filing of a proof of claim pursuant to 11 U.S.C. Section 501.

REV 02/20/02 SJ

Government Exhibit __G__

## UNSECURED CREDITORS COMMITTEE ACCEPTANCE / REJECTION FORM

**PLEASE RETURN THIS FORM TO THE OFFICE OF THE U.S. TRUSTEE AS SOON AS POSSIBLE.
RETURN FORM EVEN IF YOU DO NOT WISH TO SERVE ON COMMITTEE.
YOU MAY MAIL FORM OR FAX TO THE OFFICE OF THE U.S. TRUSTEE AT: (408) 535-5532.**

IN RE: SonicBlue, Inc.
Case No.
Chapter 11
Date filed:

Are you willing to serve on the committee of unsecured creditors of the above-named debtor?

_X_ YES    _____ NO

A.  Creditor's name & address:   Manufacturers' Services Limited
                                 Attn: Alan Cormier
                                 300 Baker Avenue
                                 Concord, MA 01742

    Telephone:                   617-287-5630
    Fax:                         617-287-5635
    E-mail:                      alan.cormier@msl.com

B.  Name and address of          Paul Daley
    representative for creditor,  Hale and Dorr
    if different:                60 State Street
                                 Boston, MA 02109

C.  Amount of unsecured claim: $8,192,324.45

    Basis for claim (e.g., goods, services, rent, loan, royalties, bond, other):

    Trade Payables.

D.  If creditor also has secured claim, indicate amount: Unknown value

    Basis:   Stock Pledge of Taiwan stock in Taiwan company.

E.  Are you an employee, relative, officer, director, stockholder or partner of debtor?

                     _____ YES    _X_ NO

    If yes, explain: _____

SIGNATURE  _[signature]_        DATE:   March 21, 2003

PRINT NAME   Alan R. Cormier

TITLE/POSITION   Vice President and General Counsel

NOTE: Return of this form does not constitute the filing of a proof of claim pursuant to 11 U.S.C. Section 501.

REV 02/20/02 SJ

Government Exhibit ___

In re:            SONICblue, Inc.
Case no:          03-51775 msj

## PROOF OF SERVICE

I, the undersigned, state that I am employed in the City of San Jose, County of Santa Clara, State of California, in the Office of the United States Trustee, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 280 South First Street, Suite 268, San Jose, California 95113, that on the date set out below, I served a copy of the attached:

## APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

upon each party listed below by placing such a copy, enclosed in a sealed envelope with prepaid postage thereon, in the United States mail at San Jose, California, addressed to each party listed below.

| | |
|---|---|
| SONICblue, Inc<br>aka S3 Incorporated<br>2841 Mission College Blvd.<br>Santa Clara, CA 95054 | Craig Barbarosh<br>Sue J. Hodges<br>Pillsbury Winthrop LLP<br>650 Town Center Drive, 7th Floor<br>Costa Mesa, CA 92626 |
| Creditor Committee | |
| Matsushita Kotobuki Electronics Sales of America LLC<br>Attention: Toshiyuki Miyake<br>700 N. Hayden Island Drive, Suite 200<br>Portland, OR 97217 | Matsushita Kotobuki Electronics Industries, Inc.<br>Attention: Mr. Koichi Kishimoto<br>247 Fukutake<br>Saijo, Ehime 793-8510 Japan |
| Smithfield Fiduciary LLC<br>c/o Highbridge Capital Management, LLC<br>Attention: Adam J. Chill<br>9 West 57th Street, 27th Floor<br>New York, NY 10019 | Portside Growth and Opportunity Fund<br>c/o Ramius Capital Group, LLC<br>Attention: Jeffrey Smith<br>666 Third Avenue, 26th Floor<br>New York, NY 10017 |
| Citadel Equity Fund, Ltd.<br>c/o Citadel Investment Group, LLC<br>Attention: Kenneth A. Simpler<br>225 West Washington Street, 9th Floor<br>Chicago, IL 60606 | Maxtor Corporation<br>Attention: Jim Coggburn<br>500 McCarthy Boulevard<br>Milpitas, Ca 95035 |
| Manufacturers' Services Limited<br>Attention: Alan Cormier<br>300 Baker Avenue<br>Concord, CA 01742 | A-Max Technology Co. Ltd.<br>Attention: Diana Chan<br>12/F Remington Centre<br>23 Hung To Road, Kwun Tong<br>Kowloon, Hong Kong |
| Ronald Bender<br>Levene, Neale, Bender, Rankin and Brill<br>1801 Ave. of the Stars #1120<br>Los Angeles, CA 90067 | |

| Courtesy Copy | |
|---|---|
| Perkins Coie LLP<br>Attention: Bruce MacIntyre/J. Dan Hansen<br>1201 Third Ave Suite 4800<br>Seattle, WA 98101-3999 | Hennigan Bennett & Dorman LLP<br>Attention: Bruce Bennett<br>601 South Figueroa Street, Suite 3300<br>Los Angeles, CA 90017 |
| Maxtor Corporation<br>Attention: William Sweeney<br>2452 Clover Basin Drive<br>Logmont, CO 80503 | Gray Cary<br>Attention: Lillian Stenfeldt<br>1755 Embarcadero Road<br>Palo Alto, CA 94303 |
| Paul Daley<br>Hale and Dorr<br>60 State Street<br>Boston, MA 02109 | |

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Jose, California, on March 21, 2003.

By: _____
     Patricia M. Vargas
     Paralegal Specialist

EXHIBIT 37



EDWINA E. DOWELL, # 149059
Assistant U.S. Trustee
NANETTE DUMAS, # 148261
WILLIAM B. COSSITT, # NV 3484
Office of the United States Trustee
280 S. First Street, Suite 268
San Jose, CA 95113-0002
Telephone:   (408) 535-5525
Fax:           (408) 535-5532

**FILED**

APR 0 7 2003

CLERK
United States Bankruptcy Court
San Jose, California

Attorneys for William T. Neary
United States Trustee for Region 17

## UNITED STATES BANKRUPTCY COURT

### NORTHERN DISTRICT OF CALIFORNIA

In re:

SONICBLUE, INC.,                          Case No. 03-51775 msj

                        Debtor.           Chapter 11

### FIRST AMENDED
### APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

TO DEBTORS, DEBTORS' COUNSEL, MEMBERS OF COMMITTEE OF

UNSECURED CREDITORS AND ALL OTHER INTERESTED PARTIES:

On March 21, 2003, the Office of the United States Trustee filed an

APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS in the case entitled

In re SonicBlue, Inc., Chapter 11 Case No. 03-51775 msj.  The following creditors were

appointed to the committee:

1.   Matsushita Kotobuki Electronics Sales of America LLC
     Attention: Toshiyuki Miyake
     700 N. Hayden Island Drive, Suite 200
     Portland, OR 97217                    Phone: (360) 695-1338

2.   Matsushita Kotobuki Electronics Industries, Inc.
     Attention:  Mr. Koichi Kishimoto
     247 Fukutake
     Saijo, Ehime 793-8510 Japan           Phone:  011-81-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

3.   Smithfield Fiduciary LLC
     c/o Highbridge Capital Management, LLC
     Attention: Adam J. Chill
     9 West 57th Street, 27th Floor
     New York, NY 10019                     Phone:  (212) 287-4755

First Amended
Appointment of Committee of Unsecured Creditors

4.      Portside Growth and Opportunity Fund
        c/o Ramius Capital Group, LLC
        Attention: Jeffrey Smith
        666 Third Avenue, 26th Floor
        New York, NY 10017                          Phone: (212) 845-7900

5.      Citadel Equity Fund, Ltd.
        c/o Citadel Investment Group, LLC
        Attention: Kenneth A. Simpler
        225 West Washington Street, 9th Floor
        Chicago, IL 60606                           Phone: (312) 696-2100

6.      Maxtor Corporation
        Attention: Jim Coggburn
        500 McCarthy Boulevard
        Milpitas, Ca 95035                          Phone: (408) 432-1700

7.      A-Max Technology Co. Ltd.
        Attention: Diana Chan
        12/F Remington Centre
        23 Hung To Road, Kwun Tong
        Kowloon, Hong Kong                          Phone: 852-23-72-6100

8.      Manufacturers' Services Limited
        Attention: Alan Cormier
        300 Baker Avenue
        Concord, CA 01742                           Phone: (617) 287-5630

        The following creditor is hereby added to the committee of unsecured creditors in

the above entitled case:

9.      Baltrans Logistics Inc.
        Attention: Jim Henry
        400 Oyster Point Blvd., Suite 123
        South San Francisco, CA 94080               Phone: (650) 952-5992

        Attached hereto as Exhibit "A" is an affirmative response from

said creditor indicating  willingness to serve on the committee of unsecured

creditors.

Dated: April 3, 2003                        Respectfully submitted,

                                            Nanette Dumas
                                            Attorney for United States Trustee

First Amended
Appointment of Committee of Unsecured Creditors  2

## UNSECURED CREDITORS COMMITTEE ACCEPTANCE / REJECTION FORM

**PLEASE RETURN THIS FORM TO THE OFFICE OF THE U.S. TRUSTEE AS SOON AS POSSIBLE.
RETURN FORM EVEN IF YOU DO NOT WISH TO SERVE ON COMMITTEE.
YOU MAY MAIL FORM OR FAX TO THE OFFICE OF THE U.S. TRUSTEE AT: (408) 535-5532.**

|  |  |
|---|---|
| IN RE: | SonicBlue, Inc. |
| Case No. | 03-51775 msj |
| Chapter 11 | |
| Date filed: | 03/21/03 |

Are you willing to serve on the committee of unsecured creditors of the above-named debtor?

_X_ YES    _____ NO

A.    Creditor's name & address:    BALTRANS LOGISTICS INC
1818 GILBRETH ROAD. SUITE 135
BURLINGAME  CA 94010

Telephone:    (650) 952-5992
Fax:    (650) 589-3787
E-mail:    jim_henry@baltrans.com

B.    Name and address of
representative for creditor,
if different:    Jim Henry
450 OYSTER POINT BLVD, SUITE 123
SO. SAN FRANCISCO,  CA 94080

C.    Amount of unsecured claim:    $ 1.08 million

Basis for claim (e.g., goods, services, rent, loan, royalties, bond, other):

_Logistics Services_

D.    If creditor also has secured claim, indicate amount: $ _____

Basis: _____

E.    Are you an employee, relative, officer, director, stockholder or partner of debtor?

(X) YES    (√) NO  yeh 4/03/03

If yes, explain:  OWNER OF A SALES DIVISION,  PARTNER OF BALTRANS LOGISTICS INC.

SIGNATURE _____    DATE: 3/27/03

PRINT NAME    JIM HENRY

TITLE/POSITION    President

NOTE: Return of this form does not constitute the filing of a proof of claim pursuant to 11 U.S.C. Section 501.

REV 03/2002 SJ

1  | In re:          SONICblue, Inc.
   | Case no:        03-51775 msj

2

3                              **PROOF OF SERVICE**

       I, the undersigned, state that I am employed in the City of San Jose, County of Santa Clara,
4  State of California, in the Office of the United States Trustee, at whose direction the service was
   made; that I am over the age of eighteen years and not a party to the within action; that my
5  business address is 280 South First Street, Suite 268, San Jose, California 95113, that on the date
   set out below, I served a copy of the attached:

6

7        **APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS**

8
   upon each party listed below by placing such a copy, enclosed in a sealed envelope with
9  prepaid postage thereon, in the United States mail at San Jose, California, addressed to each
   party listed below.

10

| SONICblue, Inc<br>aka S3 Incorporated<br>2841 Mission College Blvd.<br>Santa Clara, CA 95054 | Craig Barbarosh<br>Sue J. Hodges<br>Pillsbury Winthrop LLP<br>650 Town Center Drive, 7th Floor<br>Costa Mesa, CA 92626 |
|---|---|
| Creditor Committee | |
| Matsushita Kotobuki Electronics Sales of America LLC<br>Attention: Toshiyuki Miyake<br>700 N. Hayden Island Drive, Suite 200<br>Portland, OR 97217 | Matsushita Kotobuki Electronics Industries, Inc.<br>Attention: Mr. Koichi Kishimoto<br>247 Fukutake<br>Saijo, Ehime 793-8510 Japan |
| Smithfield Fiduciary LLC<br>c/o Highbridge Capital Management, LLC<br>Attention: Adam J. Chill<br>9 West 57th Street, 27th Floor<br>New York, NY 10019 | Portside Growth and Opportunity Fund<br>c/o Ramius Capital Group, LLC<br>Attention: Jeffrey Smith<br>666 Third Avenue, 26th Floor<br>New York, NY 10017 |
| Citadel Equity Fund, Ltd.<br>c/o Citadel Investment Group, LLC<br>Attention: Kenneth A. Simpler<br>225 West Washington Street, 9th Floor<br>Chicago, IL 60606 | Maxtor Corporation<br>Attention: Jim Coggburn<br>500 McCarthy Boulevard<br>Milpitas, Ca 95035 |
| Manufacturers' Services Limited<br>Attention: Alan Cormier<br>300 Baker Avenue<br>Concord, CA 01742 | A-Max Technology Co. Ltd.<br>Attention: Diana Chan<br>12/F Remington Centre<br>23 Hung To Road, Kwun Tong<br>Kowloon, Hong Kong |
| Baltrans Logistics Inc.<br>Attention: Jim Henry<br>400 Oyster Point Blvd., Suite 123<br>South San Francisco, CA 94080 | Ronald Bender<br>Levene, Neale, Bender, Rankin and Brill<br>1801 Ave. of the Stars #1120<br>Los Angeles, CA  90067 |

| Courtesy Copy | |
|---|---|
| Perkins Coie LLP<br>Attention: Bruce MacIntyre/J. Dan Hansen<br>1201 Third Ave Suite 4800<br>Seattle, WA 98101-3999 | Hennigan Bennett & Dorman LLP<br>Attention: Bruce Bennett<br>601 South Figueroa Street, Suite 3300<br>Los Angeles, CA 90017 |
| Maxtor Corporation<br>Attention: William Sweeney<br>2452 Clover Basin Drive<br>Logmont, CO 80503 | Gray Cary<br>Attention: Lillian Stenfeldt<br>1755 Embarcadero Road<br>Palo Alto, CA 94303 |
| Paul Daley<br>Hale and Dorr<br>60 State Street<br>Boston, MA 02109 | |

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Jose, California, on April 3, 2003.

By: _____
Patricia M. Vargas
Paralegal Specialist

# EXHIBIT 38

ORIGINAL

EDWINA E. DOWELL, # 149059
Assistant U.S. Trustee
NANETTE DUMAS, # 148261
JOHN S. WESOLOWSKI, # 127007
SHANNON L. MOUNGER, # 208071
Office of the United States Trustee
280 S. First Street, Suite 268
San Jose, CA 95113-0002
Telephone:    (408) 535-5525
Fax:          (408) 535-5532

Attorneys for William T. Neary
United States Trustee for Region 17

FILED

OCT 0 6 2003

CLERK
United States Bankruptcy Court
San Jose, California

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

In re:

SONICBLUE, INC.,                                    Case No. 03-51775 msj

                              Debtor.               Chapter 11

**SECOND AMENDED
APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS**

TO DEBTORS, DEBTORS' COUNSEL, MEMBERS OF COMMITTEE OF

UNSECURED CREDITORS AND ALL OTHER INTERESTED PARTIES:

On March 21, 2003 and April 7, 2003, the Office of the United States Trustee

filed an APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS and the

FIRST AMENDED APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

in the case entitled In re SonicBlue, Inc., Chapter 11 Case No. 03-51775 msj.  The

following creditors were appointed to the committee:

1.  Matsushita Kotobuki Electronics Sales of America LLC
    Attention: Toshiyuki Miyake
    700 N. Hayden Island Drive, Suite 200
    Portland, OR 97217                     Phone: (360) 695-1338

2.  Matsushita Kotobuki Electronics Industries, Inc.
    Attention:  Mr. Koichi Kishimoto
    247 Fukutake
    Saijo, Ehime 793-8510 Japan            Phone: 011-81-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

/ / /

/ / /

Second Amended Appointment of
Committee of Unsecured Creditors

3.    Smithfield Fiduciary LLC
      c/o Highbridge Capital Management, LLC
      Attention: Adam J. Chill
      9 West 57th Street, 27th Floor
      New York, NY 10019                      Phone:  (212) 287-4755

4.    Portside Growth and Opportunity Fund
      c/o Ramius Capital Group, LLC
      Attention: Jeffrey Smith
      666 Third Avenue, 26th Floor
      New York, NY 10017                       Phone: (212) 845-7900

5.    Citadel Equity Fund, Ltd.
      c/o Citadel Investment Group, LLC
      Attention: Kenneth A. Simpler
      225 West Washington Street, 9th Floor
      Chicago, IL 60606                         Phone: (312) 696-2100

(*)   Maxtor Corporation
      Attention: Jim Coggburn
      500 McCarthy Boulevard
      Milpitas, Ca 95035                       Phone: (408) 432-1700

6.    A-Max Technology Co. Ltd.
      Attention: Diana Chan
      12/F Remington Centre
      23 Hung To Road, Kwun Tong
      Kowloon, Hong Kong                        Phone: 852-23-72-6100

7.    Manufacturers' Services Limited
      Attention: Alan Cormier
      300 Baker Avenue
      Concord, CA 01742                        Phone: (617) 287-5630

8.    Baltrans Logistics Inc.
      Attention: Jim Henry
      400 Oyster Point Blvd., Suite 123
      South San Francisco, CA 94080            Phone: (650) 952-5992

On September 17, 2003, the Office of the United States Trustee received a letter from

Jeffry A. Davis, Gray Cary, asking to remove Maxtor Corporation from the committee of

unsecured creditors (see copy of e-mail attached hereto as Exhibit "A").  Accordingly, the

following creditor is hereby removed from the committee of unsecured creditors in the above

entitled case:

(*)   Maxtor Corporation
      Attention: Jim Coggburn
      500 McCarthy Boulevard
      Milpitas, Ca 95035                       Phone: (408) 432-1700
      Portsmouth, NH 03801                     Phone: (603) 334-2123

Dated: October 6, 2003                    Respectfully submitted,

Nanette Dumas
Attorney for United States Trustee

Second Amended Appointment of
Committee of Unsecured Creditors                    3

# GRAYCARY

2000 University Avenue
East Palo Alto, CA  94303-2248
www.graycary.com
O] 650-833-2211
F] 650-833-2001

2003 SEP 17 P 3: 23

... OF THE
UNITED STATES TRUSTEE
SAN JOSE CA

September 16, 2003

Ms. Nanette Dumas
U.S. Trustee Office
280 S. First Street
Room 268
San Jose, CA  95113

Re:    Sonic Blue;  Case No.  03-51775

Dear Ms. Dumas:

This will confirm our discussion this morning that Maxtor Corporation is resigning from the Official Committee of Creditors of Sonic Blue. I have also informed Mr. Ronald Bender of the resignation. Please remove Maxtor from the Creditor Committee List and file an Amended Order Appointing Creditors Committee.

Thank you for your assistance and if you have any questions, please do not hesitate to contact me.

Sincerely,

**Gray Cary Ware & Freidenrich LLP**

Jeffry A. Davis
jdavis@graycary.com

JAD/ch

Cc:    Ronald Bender, Esq.
       William Sweeney, Esq.
       Mr. Jim Coggburn

Government Exhibit

| In re: | SONICblue, Inc. |
|--------|-----------------|
| Case no: | 03-51775 msj |

## PROOF OF SERVICE

I, the undersigned, state that I am employed in the City of San Jose, County of Santa Clara, State of California, in the Office of the United States Trustee, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 280 South First Street, Suite 268, San Jose, California 95113, that on the date set out below, I served a copy of the attached:

## APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

upon each party listed below by placing such a copy, enclosed in a sealed envelope with prepaid postage thereon, in the United States mail at San Jose, California, addressed to each party listed below.

| | |
|---|---|
| SONICblue, Inc<br>aka S3 Incorporated<br>2841 Mission College Blvd.<br>Santa Clara, CA 95054 | Craig Barbarosh<br>Sue J. Hodges<br>Pillsbury Winthrop LLP<br>650 Town Center Drive, 7th Floor<br>Costa Mesa, CA 92626 |
| Creditor Committee | |
| Matsushita Kotobuki Electronics Sales of America LLC<br>Attention: Toshiyuki Miyake<br>700 N. Hayden Island Drive, Suite 200<br>Portland, OR 97217 | Matsushita Kotobuki Electronics Industries, Inc.<br>Attention: Mr. Koichi Kishimoto<br>247 Fukutake<br>Saijo, Ehime 793-8510 Japan |
| Smithfield Fiduciary LLC<br>c/o Highbridge Capital Management, LLC<br>Attention: Adam J. Chill<br>9 West 57th Street, 27th Floor<br>New York, NY 10019 | Portside Growth and Opportunity Fund<br>c/o Ramius Capital Group, LLC<br>Attention: Jeffrey Smith<br>666 Third Avenue, 26th Floor<br>New York, NY 10017 |
| Citadel Equity Fund, Ltd.<br>c/o Citadel Investment Group, LLC<br>Attention: Kenneth A. Simpler<br>225 West Washington Street, 9th Floor<br>Chicago, IL 60606 | Maxtor Corporation<br>Attention: Jim Coggburn<br>500 McCarthy Boulevard<br>Milpitas, Ca 95035 |
| Manufacturers' Services Limited<br>Attention: Alan Cormier<br>300 Baker Avenue<br>Concord, CA 01742 | A-Max Technology Co. Ltd.<br>Attention: Diana Chan<br>12/F Remington Centre<br>23 Hung To Road, Kwun Tong<br>Kowloon, Hong Kong |
| Baltrans Logistics Inc.<br>Attention: Jim Henry<br>400 Oyster Point Blvd., Suite 123<br>South San Francisco, CA 94080 | Ronald Bender<br>Levene, Neale, Bender, Rankin and Brill<br>1801 Ave. of the Stars #1120<br>Los Angeles, CA 90067 |

| Courtesy Copy | |
|---|---|
| Perkins Coie LLP<br>Attention: Bruce MacIntyre/J. Dan Hansen<br>1201 Third Ave Suite 4800<br>Seattle, WA 98101-3999 | Hennigan Bennett & Dorman LLP<br>Attention: Bruce Bennett<br>601 South Figueroa Street, Suite 3300<br>Los Angeles, CA 90017 |
| Maxtor Corporation<br>Attention: William Sweeney<br>2452 Clover Basin Drive<br>Logmont, CO 80503 | Gray Cary<br>Attention: Jeffry A. Davis<br>2000 University Avenue<br>East Palo Alto, CA 94303-2248 |
| Paul Daley<br>Hale and Dorr<br>60 State Street<br>Boston, MA 02109 | |

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Jose, California, on October 6, 2003.

By: _____

Patricia M. Vargas
Paralegal Specialist

# EXHIBIT 39

03    04:08pm    From-PILLSBURY WINTHROP LLP SV V#8    6502334545    T-668    P.002/004    F-028

HENNIGAN, BENNETT & DORMAN LLP
BRUCE BENNETT (SBN 105430)
JOSHUA D. MORSE (SBN 211050)
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
Telephone: (213) 694-1200
Fax: (213) 694-1234

Counsel for Portside Growth & Opportunity
Fund, Ltd., Smithfield Fiduciary LLC, and
Citadel Equity Fund Ltd.

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re | ) Case No. 03-51775-MM |
| | ) |
| SONICBLUE INCORPORATED, a | ) (Chapter 11) |
| Delaware Corporation, et al.,[1] | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **DECLARATION OF BRUCE BENNETT IN** |
| | ) **SUPPORT OF DEBTORS' EMERGENCY** |
| | ) **MOTION FOR ORDER (1) ESTABLISHING** |
| | ) **NOTICE, SALES AND BIDDING** |
| | ) **PROCEDURES FOR SALE OF** |
| | ) **SUBSTANTIALLY ALL OF THE DEBTORS'** |
| | ) **OPERATING ASSETS FREE AND CLEAR OF** |
| | ) **ALL LIENS, CLAIMS, AND ENCUMBRANCES;** |
| | ) **(2) AUTHORIZING THE ASSUMPTION AND** |
| | ) **ASSIGNMENT, OR REJECTION OF CERTAIN** |
| | ) **EXECUTORY CONTRACTS AND UNEXPIRED** |
| | ) **LEASES IN CONNECTION WITH ASSET** |
| | ) **SALE, AND; (3) SETTING HEARING ON SALE** |
| | ) **OF ASSETS ON SHORTENED NOTICE** |
| | ) |
| | ) Hearing |
| | ) |
| | ) Date:   March 25, 2003 |
| | ) Time:   10:00 a.m. |
| | ) Place:  Hon. Marilyn Morgan |
| | )             280 South First Street |
| | )             Courtroom 3035 |
| | )             San Jose, CA 95113-3099 |

**BY FAX**

[1]   The Debtors include the following entities: SONICblue Incorporated, Diamond Multimedia
      Systems, Inc., ReplayTV, Inc., and Sensory Science Corporation.

26458(2v)

DECLARATION OF BRUCE BENNETT IN SUPPORT OF DEBTORS'
SALE PROCEDURES MOTION - CASE NO. 03-51775-MM

FILED
MAR 24 2003
CLERK cc
United States Bankruptcy Court
San Jose, California

*Hennigan, Bennett & Dorman llp*
*lawyers*
*los angeles, california*


Filed By
Fax & File

'-03  04:08pm  From-PILLSBURY WINTHROP LLP SV V#8        6502334545        T-668  P.003/004  F-028

1    I, BRUCE BENNETT, hereby declare that:

2        1.    I am a member in good standing of the Bar of the State of California and I am

3    admitted to practice before all of the United States District Courts located in California. I am a

4    partner in Hennigan, Bennett & Dorman LLP ("HBD"), counsel to Portside Growth and Opportunity

5    Fund, Ltd. ("Portside"), Smithfield Fiduciary LLC ("Smithfield") and Citadel Equity Fund Ltd.

6    ("Citadel", and together with Portside and Smithfield, the "Senior Noteholders"). The Senior

7    Noteholders together hold $75 million in principal amount of the 7 ¾% Secured Senior

8    Subordinated Convertible Debentures due 2005 (the "Senior Notes"), issued by debtor SONICblue

9    Incorporated, under an Indenture, dated as of April 22, 2002.

10        2.    I submit this Declaration in support of the "Debtors' Notice Of Emergency Motion

11    And Emergency Motion For Order (1) Establishing Notice, Sales And Bidding Procedures For Sale

12    Of Substantially All Of The Debtors' Operating Assets Free And Clear Of All Liens, Claims, And

13    Encumbrances; (2) Authorizing The Assumption And Assignment, Or Rejection Of Certain

14    Executory Contracts And Unexpired Leases In Connection With Asset Sale; And (3) Setting

15    Hearing On Sale Of Assets On Shortened Time" (the "Sale Procedures Motion"), filed by

16    SONICblue Incorporated, et al., the debtors and debtors in possession herein (the "Debtors").

17        3.    Except where otherwise indicated below, I have personal knowledge of the facts set

18    forth in this Declaration, and if called and sworn as a witness, I could and would testify competently

19    such facts.

20        4.    HBD was retained by the Senior Noteholders to represent their interests with respect

21    to the Senior Notes. After investigating the facts and circumstances of this matter, HBD and its

22    clients have concluded that maximizing the value of the Debtors' assets requires the immediate sale

23    of substantially all of their assets comprising of the Debtors' consumer electronics business.

24        5.    In December 2002, the Debtors began to explore alternatives to continuing their

25    operations, including the sale of substantially all of their assets. At about the same time, the Debtors

26    and the Senior Noteholders entered into confidentiality agreements to permit the disclosure of

27    information concerning the Debtors' sale process to the Senior Noteholders. Subsequent to the

28

264582(v)                                -2-
DECLARATION OF BRUCE BENNETT IN SUPPORT OF DEBTORS'
SALE PROCEDURES MOTION - CASE NO. 03-51775-MM

Mar-24-03    04:08pm    From-PILLSBURY WINTHROP LLP SV V×B    6502334545    T-668    P.004/004    F-028

1    execution of those confidentiality agreements, the Senior Noteholders received periodic updates

2    from the Debtors and/or their advisors regarding the sale process.

3         6.     The expedited sale process outlined in the Sale Procedures Motion is in the best

4    interest of the Debtors' estates.  Moreover, because the Debtors and their financial advisors

5    conducted a lengthy and extensive prepetition marketing process, the contemplated expedited

6    postpetition component of that sale process will not likely have any adverse impact on the ultimate

7    outcome of the sale of the assets comprising the Debtors' consumer electronic businesses.

8    Accordingly, the Senior Noteholders support the expedited relief requested in the Sale Procedures

9    Motion.

10         I declare under penalty of perjury under the laws of the United States of America that the

11    foregoing is true and correct to the best of my knowledge and belief.

12         Executed on March 2⁴2003, at Los Angeles, California.

13

14    _____

15                  Bruce Bennett

16

17

18

19

20

21

22

23

24

25

26

27

28

264582\v1

DECLARATION OF BRUCE BENNETT IN SUPPORT OF DEBTORS'
SALE PROCEDURES MOTION - CASE NO. 03-51775-MM

HENNIGAN, L.... ETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

MAR 24 2003 16:07    6502334545    PAGE.04

EXHIBIT 40

# ORIGINAL

1  HENNIGAN, BENNETT & DORMAN LLP
   BRUCE BENNETT (SBN 105430)
2  JOSHUA D. MORSE (SBN 211050)
   601 South Figueroa Street, Suite 3300
3  Los Angeles, California 90017
   Telephone: (213) 694-1200
4  Fax: (213) 694-1234

5  Counsel for Portside Growth & Opportunity
   Fund, Ltd., Smithfield Fiduciary LLC, and
6  Citadel Equity Fund Ltd.

7

FILED

MAR 2 8 2003

CLERK
United States Bankruptcy Court
San Jose, California

8              UNITED STATES BANKRUPTCY COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11  In re                          ) Case No. 03-51775-MM
                                    )
12  SONICBLUE INCORPORATED, a       ) Chapter 11
    Delaware Corporation, et al.,   )
13                                  ) (Jointly Administered)
          Debtors                   )
14                                  ) **NOTICE OF APPEARANCE AND**
                                    ) **REQUEST FOR NOTICES AND SERVICES**
15                                  ) **OF PAPERS**
                                    )
16                                  )           Hearing
                                    )
17                                  )       [None Requested]
                                    )
18 ─────────────────────────────────

19       Portside Growth & Opportunity Fund, Ltd. ("Portside"), Smithfield Fiduciary LLC

20  ("Smithfield"), and Citadel Equity Fund Ltd. ("Citadel," and together with Portside and Smithfield,

21  the "Senior Noteholders"), as holders of $75 million in principal amount of 7 ¾% Secured Senior

22  Subordinated Convertible Debentures due in 2005,and parties in interest, hereby request special

23  notice in these cases.  Pursuant to Rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy

24  Procedure, the Senior Noteholders request that all notices given or required to be given and all

25  papers and pleadings served or required to be served in these cases, whether sent by the Clerk of the

26 ─────────────────────────────

27  ¹  The Debtors include the following entities: SONICblue Incorporated, Diamond Multimedia
28     Systems, Inc., ReplayTV, Inc., and Sensory Science Corporation.

263758w1

NOTICE OF APPEARANCE AND REQUEST FOR NOTICES
AND SERVICES OF PAPERS - Case No. 03-51775-MM

1  Court, the debtor, or any creditor, committee, or party in interest, be given to and served upon their

2  counsel at the following address:

3              Bruce Bennett, Esq.
            Joshua D. Morse, Esq.
4            Hennigan, Bennett & Dorman LLP
            601 South Figueroa Street, Suite 3300
5            Los Angeles, California 90017
            Telephone: (213) 694-1200
6            Telecopy: (213) 694-1234

7          The foregoing request includes not only the notices, papers, and pleadings referenced in the

8  above-noted Bankruptcy Rules, but also, without limitation, orders on and notices of any motion,

9  application, petition, pleadings, plan of reorganization, disclosure statement, or complaint, whether

10 formal or informal, written or oral, transmitted or conveyed by mail, telephone, telecopy, electronic

11 mail, or otherwise in these cases.

12         Neither this request for special notice nor any subsequent appearance, pleading, proof of

13 claim, or other writing or conduct shall constitute a waiver of any (a) rights to have any and all final

14 orders in any and all non-core matters entered only after *de novo* review by a United States District

15 Court; (b) rights to trial by jury in any proceeding as to any and all matters so triable; (c) rights to

16 have the reference in this matter withdrawn by the United States District Court in any matter or

17 proceeding subject to mandatory or discretionary withdrawal; and (d) other rights, claims, defenses,

18 setoffs, or other matters under any agreement, law or equity. All of such rights hereby are reserved

19 and preserved, without exception and with no purpose of confessing or conceding jurisdiction in any

20 way by this filing or by any other participation in these cases.

21 DATED: March 27, 2003              HENNIGAN, BENNETT & DORMAN LLP
                                    601 South Figueroa Street, Suite 3300
22                                  Los Angeles, California 90017

23

24                                  By: _____

25                                       Joshua D. Morse

26                                  Counsel for Portside Growth & Opportunity
                                    Fund, Ltd., Smithfield Fiduciary LLC, and
27                                  Citadel Equity Fund Ltd.

28

263758v1                                    -2-

HENNIGAN, BEA    & DORMAN LLP
LAW      ₒ
LOS ANGELES, CALIFORNIA

HENNIGAN, BEN.   & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

1

## DECLARATION OF SERVICE

2      I am over the age of eighteen years and not a party to the within action.  My business
address is Hennigan, Bennett & Dorman LLP, 601 South Figueroa Street, Suite 3300,
3  Los Angeles, California  90017.

4      On March 27, 2003, I served the following pleading:

5  **NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICES OF
PAPERS**

6

7  on the interested parties in this action via facsimile or by placing true copies thereof, enclosed in
sealed envelopes, with first-class postage thereon fully prepaid, in the United States mail at Los
Angeles, California addressed as follows:

8

9      See attached service list

10  I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States
mail at Los Angeles, California.  I am readily familiar with the firm's practice of collection and
processing correspondence for mailing.  Under that practice it would be deposited with the U.S.
11  postal service on that same day with postage thereon fully prepaid at Los Angeles California in
the ordinary course of business.  I am aware that on motion of the party served, service is
12  presumed invalid if postal cancellation date or postage meter date is more than one day after date
of deposit for mailing in an affidavit.

13

14      I declare that I am employed in an office of a member of the bar of this Court, at whose
direction the within service was made.  I declare under penalty of perjury under the law of the
United States of America that the foregoing is true and correct.

15

16      EXECUTED on March 27, 2003, at Los Angeles, California.

17

18                                          _Kevin Floyd_____
                                             Kevin Floyd, Declarant

19

20

21

22

23

24

25

26

27

28

263758\v1

---

DECLARATION OF SERVICE - Case No. 03-03-51775-MM

1

# SERVICE LIST

2

**Served via U.S. mail:**

3

| **Debtors:** | **United States Trustee:** |

4

SONICblue Incorporated

Diamond Multimedia Systems, Inc.

5

ReplayTV, Inc.

Sensory Science Corporation

6

Attn: Authorized Officers

2841 Mission College Blvd.

7

Santa Clara, CA 95054-1838

8

**Served via facsimile:**

9

**Proposed Counsel to Debtors:**

10

Craig A. Barbarosh, Esq.

Sue J. Hodges, Esq.

11

Mark D. Houle, Esq.

Pillsbury Winthrop LLP

12

650 Town Center Drive, 7th Floor

Costa Mesa, CA 92626-7122

13

Facsimile: (714) 436-2800

**United States Trustee:**

Nanette Dumas, Esq.

Office of the United States Trustee

280 South First Street, Room 268

San Jose, CA 95113

**Proposed Counsel to Official Committee:**

Ron Bender, Esq.

Levene, Neale, Bender, Rankin & Brill L.L.P.

1801 Avenue of the Stars, Suite 1120

Los Angeles, CA 90067

Facsimile: (310) 229-1244

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

263758\w1

SERVICE LIST - Case No. 03-03-51775-MM

# EXHIBIT 41

ORIGINAL

1  RON BENDER (SBN 143364)
2  LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
   1801 Avenue of the Stars, Suite 1120
3  Los Angeles, CA 90067
   Telephone: (310) 229-1234
4  Facsimile: (310) 229-1244



FILED

MAR 3 1 2003

CLERK
United States Bankruptcy Court
San Jose, California

5  Proposed General Bankruptcy Counsel for
   the Official Committee of Unsecured Creditors

6

7                UNITED STATES BANKRUPTCY COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9                      SAN JOSE DIVISION

10

11 In re:                          ) Case No. 03-51775 MM
                                    )
12 SONICBLUE    INCORPORATED,   et. ) Chapter 11 Cases
   al.¹,                            )
13                                  ) (Case Numbers 03-51775 through
        Debtors.                    )   03-51778)
14                                  )
                                    ) (Jointly Administered)
15                                  )
                                    )
16                                  ) [No Hearing Required]
                                    )
17                                  )
                                    )
18                                  )
                                    )
19                                  )
   ─────────────────────────────────

20      APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED
   CREDITORS TO EMPLOY LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
21                    AS BANKRUPTCY COUNSEL

22

23

24 ─────────────────────────

25 ¹ The Debtors are Sonicblue Incorporated, a Delaware corporation,
   Diamond Multimedia Systems, Inc., a Delaware corporation, ReplayTV,
   Inc., a Delaware corporation, and Sensory Science Corporation, a
   Delaware corporation.

                              1

In support of this Application to employ Levene, Neale, Bender, Rankin & Brill L.L.P. ("LNBRB") as bankruptcy counsel, the Official Committee of Unsecured Creditors (the "Committee") of SONICblue Incorporated, et. al.[2] (collectively, the "Debtors"), hereby alleges as follows[3]:

1.    The Debtors commenced these bankruptcy cases by filing Voluntary Petitions under Chapter 11 of the Bankruptcy Code on March 21, 2003.    The Debtors continue to operate their businesses and manage their financial affairs as debtors in possession pursuant to 11 U.S.C. §§ 1107 and 1108.

2.    SONICblue Incorporated ("Sonicblue") is the parent company.    ReplayTV, Inc. ("ReplayTV"), Sensory Science Corporation ("Sensory Science") and Diamond Multimedia Systems, Inc. ("Diamond") are each a wholly-owned subsidiary of Sonicblue.

3.    Through its ReplayTV subsidiary, SONICblue develops and markets Digital Video Recorder ("DVR") products including a broadband and network-enabled DVR.    These products allow consumers to record television programs, store them digitally, and the enjoy playback at a later date and time.    In addition to

---

[2] The Debtors include the following entities: Sonicblue Incorporated, Diamond Multimedia Systems, Inc., ReplayTV, Inc., and Sensory Science Corporation.

[3] The facts set forth below pertaining to the Debtors was obtained from pleadings the Debtors have filed with the Bankruptcy Court.    The Committee does not have independent knowledge of these facts.

products and services, the Debtors license their ReplayTV technology and software to other companies seeking to implement DVR solutions. ReplayTV does not employ any workers or conduct any corporate operations, but simply holds title to certain of the intellectual property utilized by SONICblue in the ReplayTV product line.

4.    Sensory Science Corporation ("Sensory Science") is a wholly owned subsidiary of SONICblue. Sensory Science develops consumer electronic products, including dual deck videocassette player/recorded and DVD players. Through its Sensory Science subsidiary, SONICblue develops and markets the "Go-Video" product line and related services. Sensory Science conducts business operations and maintains separate books and records due its financing arrangement with Congress Financial. However, most of Sensory Science's corporate and business functions are performed by SONICblue.

5.    Diamond Multimedia Systems, Inc. ("Diamond") is a wholly owned subsidiary of SONICblue. Diamond is a PC original equipment manufacturer, or OEM, and retail provider of communications and home networking solutions, PC graphics and audio add-in boards and digital audio players. Incoporating the intellectual property owned by its Diamond subsidiary, SONICblue develops and markets Rio digital audio players. Diamond does not employ any workers or conduct any corporate operations, but

simply holds title to certain of the intellectual property utilized in the Rio product line.

6. The Debtors directly or indirectly own 34 subsidiaries. All accounting and record keeping is presently performed on a consolidated basis by SONICblue. Separate books and records are not maintained for the subsidiaries except for Sensory Science.

7. The Debtors develop and market the following three primary consumer electronic product line: Rio Digital Audio Players, Go-Video Products, and ReplayTV Products.

8. The Debtors have filed motions with the Court seeking to sell the Go-Video Product Line and the Rio/ReplayTV Product Lines.

9. A hearing was held on March 25, 2003, at 10:00 a.m., at which the Court considered numerous emergency motions filed by the Debtors. The Court has scheduled a hearing to be held on April 4, 2003, at 12:00 p.m., to consider the Debtors' proposed sale of their Go-Video Product Line, and the Court has scheduled a hearing to be held on April 15, 2003, at 10:30 a.m., to consider the Debtors' proposed sale of their Rio/ReplayTV Product Lines.

10. On March 21, 2003, the Office of the United States Trustee formed the Committee with eight members, consisting of five of the Debtors' largest trade creditors (Matsushita

4

1   Kotobuki Electronics Sales of America, LLC; Matsushita Kotobuki

2   Electronics Industries, Ltd.; Manufacturers' Services Limited;

3   A-Max Technology Co. Ltd.; and Maxtor Corporation) and all three

4   of the Debtors' senior bondholders (Smithfield Fiduciary LLC c/o

5   Highbridge Capital Management, LLC; Portside Growth and

6   Opportunity Fund c/o Ramius Capital Group, LLC; and Citadel

7   Equity Fund, Ltd. c/o Citadel Investment Group, L.L.C.). The

8   Committee elected to have Alan Cormier, Esq. of Manufacturers'

9   Services Limited and Jeffrey Smith of Portside Growth and

10  Opportunity Fund c/o Ramius Capital Group, LLC serve as co-

11  chairs of the Committee.

12

13       11.  To effectively represent the interests of the

14  unsecured creditors, the Committee decided that it needs to

15  retain bankruptcy counsel. At a meeting held on March 24, 2003

16  attended by all eight Committee members, the Committee voted

17  unanimously to employ LNBRB as bankruptcy counsel to the

18  Committee effective as of the formation of the Committee.

19       12.  LNBRB's role in representing the Committee as

20  bankruptcy counsel will include, but not be limited to,

21  rendering the following types of professional services:

22            a.  advising the Committee with regard to the

23  requirements of the Bankruptcy Court, Bankruptcy Code,

24  Bankruptcy Rules and the Office of the United States Trustee as

25  they pertain to the Committee;

5

b.    advising the Committee with regard to certain rights and remedies of the Debtors' bankruptcy estates and the rights, claims and interests of creditors;

c.    representing the Committee in any proceeding or hearing in the Bankruptcy Court involving the Debtors' estates unless the Committee is represented in such proceeding or hearing by other special counsel;

d.    conducting examinations of witnesses, claimants or adverse parties and representing the Committee in any adversary proceeding except to the extent that any such adversary proceeding is in an area outside of LNBRB's expertise;

e.    preparing and assisting the Committee in the preparation of reports, applications, pleadings and orders including, but not limited to, applications to employ professionals, and responding to pleadings filed by any other party in interest in these cases, including the Debtors.

f.    assisting the Committee in the negotiation, formulation, preparation and confirmation of a plan of reorganization and the preparation and approval of a disclosure statement in respect of the plan; and

g.    performing any other services which may be appropriate in LNBRB's representation of the Committee during these bankruptcy cases.

6

13.    LNBRB is comprised of attorneys who specialize in and limit their practice to matters of insolvency, reorganization and bankruptcy law and is well qualified to represent the Committee.    All attorneys comprising or associated with LNBRB are admitted to practice law in the California courts and in the United States District Court for the Central District of California.    Attached hereto as Exhibit "A" is a copy of LNBRB's firm resume.    Attached hereto as Exhibit "B" is a listing of the current hourly billing rates for each of LNBRB's attorneys.    The Committee anticipates that Ron Bender will be the attorney at LNBRB who will be primarily responsible for representing the Committee in these cases.

14.    Because LNBRB's practice is limited exclusively to matters of bankruptcy, insolvency and reorganization law, the services provided by LNBRB do not include the rendition of substantive legal advice outside of these areas such as corporate, tax, securities, tort, environmental, labor, criminal or real estate law.    LNBRB will not be required to represent or advise the Committee in matters which LNBRB believes are beyond LNBRB's expertise such as the areas of law just described.

15.    LNBRB has never been paid any money by any of the Debtors at any time.    LNBRB has also never been paid any money by the Committee or any of its members at any time.

7

16.   LNBRB understands the provisions of 11 U.S.C. Sections 327, 330 and 331 which require, among other things, Court approval of the Committee's employment of LNBRB as bankruptcy counsel and of all legal fees and reimbursement of expenses that LNBRB will receive from the Debtors' estates.

17.   LNBRB does not hold or represent any interest adverse to the Debtors or their estates, and LNBRB is a "disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code.    LNBRB has no prior connection with the Debtors, any creditors of the Debtors, or any other party in interest in these cases, or any of their respective attorneys or accountants, the United States Trustee or any person employed by the United States Trustee.

18.   The Committee believes that its employment of LNBRB upon the terms and conditions set forth above is in the best interest of these estates.

///

///

///

///

///

///

///

8

1    WHEREFORE, the Committee respectfully requests that the

2  Court approve the Committee's employment of LNBRB as its

3  bankruptcy counsel upon the terms and conditions set forth

4  above.

5  Dated: March 26, 2003

6
   OFFICIAL COMMITTEE OF UNSECURED CREDITORS
7  OF SONICBLUE INCORPORATED, et. al.

8  By: _____

9       Alan Cormier, Esq.
        Manufacturers' Services Limited
10      Committee Co-Chair

11

12 Dated: March 26, 2003

13 OFFICIAL COMMITTEE OF UNSECURED CREDITORS
   OF SONICBLUE INCORPORATED, et. al.
14

15 By: _____

16      Jeffrey Smith
        Portside Growth and Opportunity
        Fund c/o Ramius Capital Group
17      Committee Co-Chair

18

19 Presented By:

20 LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.

21

22 By: _____
        RON BENDER
        LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
23      Proposed Attorneys for the Official
        Committee of Unsecured Creditors

24

25

                            9

03/27/2003 04:02 FAX 212 845 7999        Ramius Capital                    ☑002
MAR-26-2003 13:44        LEVENE, NEALE & BENDER              310 229 1244   P.10/11

1    WHEREFORE, the Committee respectfully requests that the

2    Court approve the Committee's employment of LNBRB as its

3    bankruptcy counsel upon the terms and conditions set forth

4    above.

5    Dated: March 26, 2003

6    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
     OF SONICBLUE INCORPORATED, et. al.
7

8
     By: _____
9        Alan Cormier, Esq.
         Manufacturers' Services Limited
10       Committee Co-Chair

11

12   Dated: March 26, 2003

13   OFFICIAL COMMITTEE OF UNSECURED CREDITORS
     OF SONICBLUE INCORPORATED, et. al.
14

15   By: _____
16       Jeffrey Smith
         Portside Growth and Opportunity
17       Fund c/o Ramius Capital Group
         Committee Co-Chair
18

19   Presented By:

20   LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.

21
     By: _____
22       RON BENDER
         LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
23       Proposed Attorneys for the Official
         Committee of Unsecured Creditors
24

25

9

1    WHEREFORE, the Committee respectfully requests that the

2    Court approve the Committee's employment of LNBRB as its

3    bankruptcy counsel upon the terms and conditions set forth

4    above.

5    Dated:  March 26, 2003

6

7    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
     OF SONICBLUE INCORPORATED, et. al.

8

9    By: _____
         Alan Cormier, Esq.
         Manufacturers' Services Limited
10       Committee Co-Chair

11

12   Dated:  March 26, 2003

13   OFFICIAL COMMITTEE OF UNSECURED CREDITORS
     OF SONICBLUE INCORPORATED, et. al.

14

15   By: _____
         Jeffrey Smith
16       Portside Growth and Opportunity
         Fund c/o Ramius Capital Group
17       Committee Co-Chair

18

19   Presented By:

20   LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.

21   By: _____
         RON BENDER
22       LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
         Proposed Attorneys for the Official
23       Committee of Unsecured Creditors

24

25

9

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am an employee in the County of Los Angeles, State of California.  I am over the age of 18 and am not a party to the within action; my business address is: 1801 Avenue of the Stars, Suite 1120, Los Angeles, California 90067.

On March 28, 2003, I served the foregoing document(s) described as:

**APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P. AS BANKRUPTCY COUNSEL**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California, addressed as follows:

### SEE ATTACHED LIST

_____X_____  (By Mail)  I caused such envelope with postage thereon, fully prepaid to be placed in the United States mail.  Executed on  March 28, 2003, at Los Angeles, California.

_____  (By Federal Express/Overnight Mail)  I caused such envelope to be delivered by Federal Express (or Express Mail), next business day delivery to the offices of the addressee.  Executed on  March 28, 2003, at Los Angeles, California.

_____  (By Facsimile)  I caused said document to be sent via facsimile.  Executed on  March 28, 2003, at Los Angeles, California.

_____  (By Personal Service)  I caused such envelope to be delivered by hand to the offices of the addressee.  Executed on _____, at Los Angeles, California.

_____  (State)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____x_____  (Federal) I declare that I am an employee in the offices of a member of the State Bar of this Court at whose direction the service was made.

AJ Cruickshank

Committee Service List

| | | |
|---|---|---|
| Nanette Dumas, Esq. (3254-20)<br>Office of the U.S. Trustee<br>280 S. First St., #268<br>San Jose, CA 95113 | Debtor<br>SONICblue, Inc.<br>aka S3 Incorporated<br>2841 Mission College Blvd.<br>Santa Clara, CA 95054 | Attorney for Debtor<br>Craig Barbarosh, Esq.<br>Sue J. Hodges, Esq.<br>Pillsbury Winthrop LLP<br>650 Town Center Dr., 7th Floor<br>Costa Mesa, CA 92626 |
| Lillian Stenfeldt, Esq.<br>Gray Cary<br>1755 Embarcadero Road<br>Palo Alto, CA 94303 | Jim Coggburn<br>Director WW Credit & Collections<br>Maxtor Coporation<br>500 McCarthy Blvd.<br>Milpitas, CA 95035 | Toshiyuki Miyake<br>Secretary/Treasurer<br>Matsushita Kotobuki Electronics<br>Industries of America, Inc.<br>2001 Kotobuki Way<br>Vancouver, WA 98660 |
| Bruce MacIntyre, Esq.<br>Perkins Coie LLP<br>1201 Third Avenue, Suite 4800<br>Seattle, WA 98101 | Dax J. Hansen, Esq.<br>Perkins Coie LLP<br>1201 Third Avenue, Suite 4800<br>Seattle, WA 98101 | Michael F. Zullas, Esq.<br>Assistant General Counsel<br>Manufacturers' Services Ltd.<br>300 Baker Avenue, Suite 106<br>Concord, MA 01742 |
| Paul P. Daley, Senior Partner<br>Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109 | Diana Chan, VP Finance<br>A-Max Technology Company, Ltd.<br>12/F Remington Centre<br>23 Hung To Road, Kwun Tong,<br>Kowloon, Hong Kong | Nels Nelsen<br>Alliant Partners<br>435 Tasso Street, 3rd Floor<br>Palo Alto, CA 94301 |
| William Sweeney<br>Maxtor Corporation<br>2452 Clover Basin Drive<br>Longmont, CO 80503 | Koichi Kishimoto<br>Matsushita Kotobuki Electronics Industries, Ltd.<br>247 Fukutake, Saijo<br>Ehime Japan 793-8510 | Adam J. Chill<br>Highbridge Capital Management, LLC<br>9 West 57th Street, 27th Floor<br>New York, NY 10019 |
| Jeffrey Smith<br>Ramius Capital Group, LLC<br>666 Third Avenue, 26th Floor<br>New York, NY 10017 | Kenneth A. Simpler<br>Citadel Investment Group, LLC<br>225 W. Washington Street, 9th Floor<br>Chicago, IL 60606 | Gregg Colburn<br>Citadel Investment Group, LLC<br>225 W. Washington Street, 9th Floor<br>Chicago, IL 60606 |
| Bruce Bennett, Esq.<br>Hennigan Bennett & Dorman<br>601 So. Figueroa Street, Suite 3300<br>Los Angeles, CA 90017 | Joshua Morse, Esq.<br>Hennigan Bennett & Dorman<br>601 S. Figueroa St., Suite 3300<br>Los Angeles, CA 90017 | Alan Cormier, Esq.<br>Manufacturers' Service Ltd.<br>300 Baker Avenue, Suite 106<br>Concord, MA 01742 |
| Michael F. Zullas, Esq.<br>Manufacturers' Service Ltd.<br>300 Baker Avenue, Suite 106<br>Concord, MA 01742 | James Johnston, Esq.<br>Hennigan Bennett & Dorman<br>601 S. Figueroa St., Suite 3300<br>Los Angeles, CA 90017 | |

# EXHIBIT 42

# ORIGINAL

1  RON BENDER (SBN 143364)
   LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
2  1801 Avenue of the Stars, Suite 1120
   Los Angeles, CA 90067
3  Telephone: (310) 229-1234
   Facsimile: (310) 229-1244
4
5  Proposed General Bankruptcy Counsel for
   the Official Committee of Unsecured Creditors

**FILED**

MAR 3 1 2003

CLERK
United States Bankruptcy Court
San Jose, California

6

7                  UNITED STATES BANKRUPTCY COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9                       SAN JOSE DIVISION

10

11  In re:                        ) Case No. 03-51775 MM
                                  )
12  SONICBLUE    INCORPORATED,  et. ) Chapter 11 Cases
    al.¹,                          )
13                                ) (Case Numbers 03-51775 through
                Debtors.          )  03-51778)
14                                )
                                  ) (Jointly Administered)
15                                )
                                  )
16                                ) [No Hearing Required]
                                  )
17                                )
                                  )
18                                )
                                  )
19  ─────────────────────────────)

20

21  **DECLARATION OF RON BENDER, ESQ. IN SUPPORT OF APPLICATION OF
    OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY LEVENE,
22  NEALE, BENDER, RANKIN & BRILL L.L.P. AS BANKRUPTCY COUNSEL**

23  ─────────────────────────

24
25  ¹ The Debtors are Sonicblue Incorporated, a Delaware corporation,
    Diamond Multimedia Systems, Inc., a Delaware corporation, ReplayTV,
    Inc., a Delaware corporation, and Sensory Science Corporation, a
    Delaware corporation.

                                1

I, RON BENDER, ESQ., HEREBY DECLARE AS FOLLOWS:

1.   I have personal knowledge of the facts set forth below and, if called to testify, I would and could competently testify thereto.

2.   I am a partner of the law firm of Levene, Neale, Bender, Rankin & Brill L.L.P. ("LNBRB").   I am an attorney licensed to practice law in the State of California, in the United States District Court and the Bankruptcy Courts for the Southern, Central, Northern and Eastern Districts of California, and in the United States Court of Appeals for the Ninth Circuit.

3.   LNBRB is comprised of attorneys who specialize in and limit their practice to matters of insolvency, reorganization and bankruptcy law.   All attorneys comprising or associated with LNBRB are admitted to practice law in the California courts and in the United States District Court for the Central District of California.   Attached hereto as Exhibit "A" is a copy of LNBRB's resume.   Attached hereto as Exhibit "B" is a listing of the current hourly billing rates for each of LNBRB's attorneys.

4.   On or about Friday, March 14, 2003, five of the Debtors' largest trade creditors (Matsushita Kotobuki Electronics Sales of America, LLC; Matsushita Kotobuki Electronics Industries, Ltd.; Manufacturers' Services Limited; A-Max Technology Co. Ltd.; and Maxtor Corporation) formed an

1    unofficial committee of unsecured creditors (the "Unofficial

2    Committee") in anticipation of pending Chapter 11 cases by

3    SONICblue Incorporated, et. al.(collectively, the "Debtors").

4        5.   I inquired of counsel to the Debtors as to whether the

5    Debtors would be willing to provide LNBRB with a small retainer

6    to fund LNBRB's fees and expenses until the Debtors filed their

7    bankruptcy cases.   Counsel to the Debtors advised that the

8    Debtors previously refused to fund any professionals employed by

9    the bondholders and would therefore not provide LNBRB with any

10   retainer.   I advised the members of the Unofficial Committee

11   that LNBRB would be willing to represent the Unofficial

12   

13   Committee until the Debtors' commenced their Chapter 11 cases at

14   no charge, and that LNBRB would not seek to be paid for pre-

15   petition fees or expenses from the Debtors' bankruptcy estates.

16       6.   On March 21, 2003, the Office of the United States

17   Trustee formed the Official Committee of Unsecured Creditors

18   (the "Committee") comprised of eight members, consisting of the

19   five members of the Unofficial Committee (Matsushita Kotobuki

20   Electronics Sales of America, LLC; Matsushita Kotobuki

21   Electronics Industries, Ltd.; Manufacturers' Services Limited;

22   A-Max Technology Co. Ltd.; and Maxtor Corporation) and all three

23   of the Debtors' senior bondholders (Smithfield Fiduciary LLC c/o

24   *Highbridge Capital Management, LLC*; *Portside Growth and*

25   Opportunity Fund c/o Ramius Capital Group, LLC; and Citadel

3

1    Equity Fund, Ltd. c/o Citadel Investment Group, L.L.C.). The

2    Committee elected to have Alan Cormier, Esq. of Manufacturers'

3    Services Limited and Jeffrey Smith of Portside Growth and

4    Opportunity Fund c/o Ramius Capital Group, LLC serve as co-

5    chairs of the Committee.

6        7.    The Committee has requested LNBRB to serve as

7    bankruptcy counsel to the Committee in connection with the

8    Debtors' pending Chapter 11 bankruptcy cases which the Debtors

9    commenced with the filing of Voluntary Petitions under Chapter

10   11 of the Bankruptcy Code on March 21, 2003.

11

12       8.    LNBRB's role in representing the Committee as

13   bankruptcy counsel will include, but not be limited to,

14   rendering the following types of professional services:

15           a.    advising the Committee with regard to the

16   requirements of the Bankruptcy Court, Bankruptcy Code,

17   Bankruptcy Rules and the Office of the United States Trustee as

18   they pertain to the Committee;

19           b.    advising the Committee with regard to certain

20   rights and remedies of the Debtors' bankruptcy estates and the

21   rights, claims and interests of creditors;

22           c.    representing the Committee in any proceeding or

23   hearing in the Bankruptcy Court involving the Debtors' estates

24   unless the Committee is represented in such proceeding or

25   hearing by other special counsel;

4

d.    conducting examinations of witnesses, claimants or adverse parties and representing the Committee in any adversary proceeding except to the extent that any such adversary proceeding is in an area outside of LNBRB's expertise;

e.    preparing and assisting the Committee in the preparation of reports, applications, pleadings and orders including, but not limited to, applications to employ professionals, and responding to pleadings filed by any other party in interest in these cases, including the Debtors.

f.    assisting the Committee in the negotiation, formulation, preparation and confirmation of a plan of reorganization and the preparation and approval of a disclosure statement in respect of the plan; and

g.    performing any other services which may be appropriate in LNBRB's representation of the Committee during these bankruptcy cases.

9.    LNBRB is comprised of attorneys who specialize in and limit their practice to matters of insolvency, reorganization and bankruptcy law and is well qualified to represent the Committee.    All attorneys comprising or associated with LNBRB are admitted to practice law in the California courts and in the United States District Court for the Central District of California.    Attached hereto as Exhibit "A" is a copy of LNBRB's firm resume.    Attached hereto as Exhibit "B" is a listing of the

5

1  current hourly billing rates for each of LNBRB's attorneys. The

2  Committee anticipates that Ron Bender will be the attorney at

3  LNBRB who will be primarily responsible for representing the

4  Committee in these cases.

5      10.  Because LNBRB's practice is limited exclusively to

6  matters of bankruptcy, insolvency and reorganization law, the

7  services provided by LNBRB do not include the rendition of

8  substantive legal advice outside of these areas such as

9  corporate, tax, securities, tort, environmental, labor, criminal

10  or real estate law.  LNBRB will not be required to represent or

11  advise the Committee in matters which LNBRB believes are beyond

12  LNBRB's expertise such as the areas of law just described.

13      11.  LNBRB has never been paid any money by any of the

14  Debtors at any time.  LNBRB has also never been paid any money

15  by the Committee (or by the Unofficial Committee) or any of its

16  members at any time.

17      12.  LNBRB understands the provisions of 11 U.S.C. Sections

18  327, 330 and 331 which require, among other things, Court

19  approval of the Committee's employment of LNBRB as bankruptcy

20  counsel and of all legal fees and reimbursement of expenses that

21  LNBRB will receive from the Debtors' estates.

22      13.  LNBRB has not shared or agreed to share its

23  compensation for representing the Committee with any other

24  person or entity, except among its members.

25

6

14.   LNBRB will provide monthly billing statements to the Committee that will set forth the amount of fees incurred and expenses advanced by LNBRB during the previous month.

15.   LNBRB understands the provisions of 11 U.S.C. Sections 327, 328, 330 and 331 which require, among other things, Court approval of the Committee's employment of LNBRB as bankruptcy counsel and of all legal fees and reimbursement of expenses that LNBRB will receive from the Debtors' estates.

16.   To the best of my knowledge, LNBRB does not hold or represent any interest adverse to the Debtors or their estates, and LNBRB is a "disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code. Also, other than as set forth below, to the best of my knowledge, LNBRB has no prior connection with the Debtors, any creditors of the Debtors, or any other party in interest in these cases, or their respective attorneys or accountants, the United States Trustee or any person employed by the United States Trustee.

17.   As a matter of disclosure, on or about September 27, 2002, at the invitation of the Debtors, I together with my partners David L. Neale and Craig M. Rankin were interviewed by several representatives of the Debtors as prospective bankruptcy counsel to the Debtors. The interview lasted approximately one hour. During that interview, we obtained no confidential

7

information from the Debtors.   We simply described LNBRB to the Debtors.

18.  Immediately after I was first contacted by members of the Unofficial Committee (which as described above occurred on or about March 14, 2003), I called William Freeman and Craig Barbarosh of Pillsbury Winthrop, counsel to the Debtors, and inquired as to whether the Debtors concur that we obtained no confidential information from our meeting with the Debtors and whether the Debtors contended that there was any conflict in LNBRB representing the Unofficial Committee and ultimately the Committee.   After consultation with the Debtors, both Mr. Freeman and Mr. Barbarosh confirmed to me that the Debtors concur that we obtained no confidential information from our meeting with the Debtors and the Debtors waive any conflict with respect to LNBRB's representation of the Unofficial Committee and ultimately the Committee.

I declare and verify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 28th day of March, 2003, at Century City, California.

_____
RON BENDER, ESQ., Declarant

8

CRAIG M. RANKIN ("CMR"), born Milwaukee, Wisconsin, September 15, 1965; admitted to bar 1991, Wisconsin; 1993, California. Education: University of Wisconsin (B.S., 1988); Marquette University (J.D., cum laude, 1991). American Jurisprudence Award in Property, Criminal Law, Secured Transactions, Trial Practice, Taxation, and Contracts. Member, National Moot Court Team. Law Clerk to the Honorable James R. Grube, U.S. Bankruptcy Judge, Northern District of California, 1991-1992. Co-author, "The Bankruptcy Reform Act of 1994," Corporate Counsel Seminar, San Francisco, California 1994. Co-author, "Assignability of Patent Licenses in Bankruptcy" National Law Journal, April, 1996.

MARTIN J. BRILL ("MJB"). Mr. Brill has devoted his 29 years of practice exclusively to bankruptcy, insolvency and business reorganizations, with particular emphasis on complex reorganizations of publicly-held companies in a wide range of industries. Mr. Brill's expertise in the interplay between bankruptcy and securities laws has led to the successful reorganization of numerous publicly-held corporations, including Prism Entertainment Corporation (involving a reverse merger of the publicly-held film producer, Prism, with Video City, Inc., a privately-owned video retailer), Carolco Pictures, Inc. (successful out-of-court debt restructuring with major bondholders, creditors and shareholders), West Coast Bancorp, Inc. (involving a reverse merger of the publicly-held holding company, West Coast Bancorp, with a privately-held computer company), Tellus Manufacturing Corp. (involving a merger of privately-held Tellus with a publicly-held entity, resulting in Tellus becoming the surviving public company), Geo. Petroleum, Inc., (successful Chapter 11 of publicly-held oil and gas company), Video City, Inc., (successful Chapter 11 for video retailer with over 75 locations involving issuance of securities for debt), and American Blood Institute, Inc. (successfully raised over $1.2 million through complex debtor financing, allowing company to emerge as publicly-held plasma company, SeraCare, Inc.). Mr. Brill also has represented debtors, creditors, trustees, plan proponents, asset purchasers and creditors committees in a wide variety of diverse chapter 11 reorganization cases. For example, Mr. Brill represented the commercial paperholders in the Beverly Hills Bancorp Chapter XI case, the creditors committee in Maxon Industries, Inc.'s successful chapter 11 case, the chapter 11 debtor in Vail Lake Associates (a $30 million real estate project), the chapter 11 debtor in Gateway Computer Systems (a multi-store retailer of computers and related equipment), as well as the chapter 11 debtors in Crenshaw Center Hospital and Century Community Hospital and the official creditors committee in Fields Aircraft Spares, Inc., Chaudhuri Medical Corporation, New Star Media, Inc. and Henry Mayo Newhall Memorial Hospital. In addition, Mr. Brill has also handled numerous out-of-court workouts and restructurings. Mr. Brill was admitted to the California Bar in 1972. His educational background is as follows: University of California at Los Angeles (B.A., cum laude, 1969; J.D., 1972). Associate Editor U.C.L.A. Law Review, 1971-1972. Co-Author: "Collective Bargaining and Politics in Public Employment," 19 U.C.L.A. Law Review 887, 1972. He is a member of the State Bar of California and a member of the Beverly Hills, Century City, Los Angeles County (Member, Sections on: Commercial Law; Bankruptcy) and American Bar Associations. He is currently serving on the Executive Committee of the Bankruptcy Section of the Beverly Hills Bar Association and served on the Board of Directors of the Los Angeles Bankruptcy Forum. He is a member of the Financial Lawyers Conference and has lectured to various trade groups and bar associations on bankruptcy and related topics.

practicing in Los Angeles County" in Los Angeles Business Journal's annual list of "Who's Who in Law and Accounting" (February 1995 and February 1996 editions).

DAVID L. NEALE ("DLN"), born Brooklyn, New York, November 20, 1962; Education: Princeton University (B.A. Summa Cum Laude, 1984); Columbia University School of Law (J.D., 1987). Admitted to New York Bar, 1988; California Bar, 1989. Admitted to the Ninth Circuit Court of Appeals; admitted to the United States District Court for the Southern and Eastern Districts of New York; admitted to the Central, Eastern, Northern and Southern Districts of California. Member: American Bar Association, Association of the Bar of the City of New York, New York County Bar Association, Century City Bar Association, Beverly Hills Bar Association, Financial Lawyers' Conference, Association of Trial Lawyers of America, Turnaround Management Association, Commercial Law League of America. Author, "Bankruptcy and Contractual Relations in the Entertainment Industry--An Overview," 1990 Entertainment, Publishing and the Arts Handbook. Author, "A Survey of Recent Bankruptcy Decisions Impacting upon the Entertainment Industry," 1992 - 1993 Entertainment, Publishing and the Arts Handbook. Author, "SEC Actions and Stays," *National Law Journal,* 2002; Author, "The Scope and Application of 11 U.S.C. § 1145," American Bankruptcy Institute Bankruptcy Battleground West, 2003; Speaker, "Making the Best Better: Lessons From the Battlefield," Turnaround Management Association 6th Annual Spring Meeting, 1998; Speaker, "Litigation Issues in Bankruptcy," Business Torts - An Introduction and Primer, Consumer Attorneys Association of Los Angeles, 1998; Speaker, "There Must Be Fifty Ways to Leave Your Troubles," Turnaround Management Association, 1998; Panelist, "Bankruptcy in the Dot-Com Economy," ""Licensing Agreements: How to Draft and Enforce Them" Law.Com Seminars, 2001; Speaker, "The Impact of State Court Decisions in Bankruptcy Court," Beverly Hills Bar Association, 2001; Panelist, "Public Company Debtors and the SEC," American Bankruptcy Institute Bankruptcy Battleground West, 2003;   Member, Central District of California Bankruptcy Mediation Panel.

RON BENDER ("RB"), born Los Angeles, California, July 22, 1964; admitted to California Bar, 1989. Admitted to the United States District Court, Central, Eastern, Northern and Southern  Districts of California and the United States Court of Appeals for the Ninth Circuit. Education: Wharton School of Finance, University of Pennsylvania (B.S. Summa Cum Laude, 1986); Stanford University School of Law (J.D. 1989). Extern for the Honorable Lloyd King, U.S. Bankruptcy Court, Northern District of California Bankruptcy Court. Co-author of article on "Setoff" for Norton Seminar, 1989. Co-author of article on Bankruptcy Ethics for Bankruptcy Judges Conference in 1989. Speaker at 1998 Ninth Circuit Battleground West on Current Bankruptcy Topics and author of Articles on "Valuation of Collateral in the Context of a Chapter 11 Cramdown", "How Courts are Determining Whether the 'New Value Exception' to the Absolute Priority Rule Has Been Satisfied", "Determining Appropriate Cramdown Terms For A Secured Creditor", and "Separately Classifying Creditors Who Have the Same Priority Claims". Moderator at 1999 Ninth Circuit Battleground West on Current Bankruptcy Topics and author of Articles on "How Courts are Actually Ruling in the Context of Single Asset Real Estate Cases and Section 362(d)(3) of the Bankruptcy Code", "Sale of Assets Free and Clear of any Interests Pursuant to Section 363(b)(1) and Section 363(f) of the Bankruptcy Code and a Creative Way to Maximize Value for the Estate in a Bankruptcy Court Auction Sale Where an All-Cash Auction Would Not Accomplish this Result", and "New Value Exception to the Absolute Priority Rule".

ANNE E. WELLS ("AEW"), born Los Angeles, California. Admitted to the bar in 1991, California. Admitted to the United States District Court, Central, Northern and Southern Districts, the United States Court of Appeals to the Ninth Circuit and the Supreme Court of the United States. Education: Occidental College, California State University, Fullerton (B.A. 1980), Loyola University of Los Angeles (J.D. Order of the Coif, 1991). St. Thomas Moore Law Honor Society, 1989-1991; Chief Note and Comment Editor, Loyola of Los Angeles International Law Journal, 1990-1991. Co-author "Pick A Date, Any Date -- The Running of the Bankruptcy Code § 546(a) Statute of Limitations", California Bankruptcy Journal, Volume 21, Number 4. Instructor "Bankruptcy Law and Creditors Rights" and "Advanced Bankruptcy Law", UCLA Extension; Instructor, Bankruptcy Section, UCLA Attorney Assistance Training Program, 2000. Member, Editorial Board, California Bankruptcy Journal, 1996-2000. Member, Los Angeles County, Beverly Hills and Century City Bar Associations; Financial Lawyers Conference; Women Lawyers of Los Angeles.

DAVID B. GOLUBCHIK ("DBG"), born Kiev, Ukraine, January 10, 1971; admitted to bar 1996, California. Education: University of California, Los Angeles (B.A. 1992), Pepperdine University School of Law (J.D., 1996). Vice Chairman, Moot Court Board; Vice Magistrate, Phi Delta Phi International Legal Fraternity; American Jurisprudence Award in Business Reorganization in Bankruptcy. In addition to the State Bar of California, admitted to the U.S. District Court, Central, Southern, Eastern and Northern Districts of California. Law Clerk to the Honorable Thomas B. Donovan, United States Bankruptcy Court, Central District of California (1996-1997). Member, American Bar Association, Los Angeles County Bar Association, Los Angeles Bankruptcy Forum. Practice emphasizes bankruptcy, corporate insolvency and creditors' rights. Language: Russian.

Senior Counsel

NELLWYN W. VOORHIES ("NWV"), born Layfayette, Louisiana, January 24, 1968; admitted to bar 1993, California. Education: Georgetown University (B.A., cum laude, 1989), University of California, Berkeley (J.D., 1993). Extern to Honorable Leslie Tchaikovsky, U.S. Bankruptcy Judge, Northern District of California, 1992. Vice Chair of Executory Contracts Subcommittee of the American Bar Association, Business Law Section, Business Bankruptcy Committee. Co-chair of the American Bar Association, Joint Project of the Business Law Section and Intellectual Property Sections on intellectual property law and bankruptcy.

DANIEL H. REISS ("DHR"), born April 19, 1962, Los Angeles, California. Business and Professional Experience: 1990 to Present, attorney who has limited his practice primarily to matters of bankruptcy, insolvency, business reorganization and commercial litigation. Tax Specialist with KMPG Peat Marwick, 1983-1987; Certified Public Accountant. Education and Honors: California State University, Northridge, summa cum laude, B.S., Business Administration, 1984; University of Southern California, courses in Masters in Business Taxation program, 1986; Loyola of Los Angeles Law School, J.D., 1990; St. Thomas Moore Honor Society, 1988-90; Staff and Note Editor, Loyola of Los Angeles Law Review, 1988-1990; President of Phi Delta Phi legal honor fraternity. Bar Admissions: 1990 State of California, U.S. Federal District Court for the Southern, Central, Eastern and Northern Districts of California.

Professional Memberships:  California State Bar, Los Angeles Bankruptcy Forum, The Association for Corporate Growth. Lecturer: California Credit Managers Association, "Hostile Takeovers in Bankruptcy;" Credit and Financial Services Division of the National Association of Credit Managers, "Creditors' Revenge:  Involuntary Bankruptcy Petitions;" Haight, Brown & Bonesteel, L.L.P., "So, You Want to Be a Millionaire?"

MONICA YOUNG KIM ("MYK"), born Daejon, S. Korea, June 4, 1970; admitted to bar 1995, California. Education: University of California at Berkeley (B.A., 1991); Hastings College of the Law (J.D., 1995). Law Clerk to the Honorable Jane Dickson McKeag, U.S. Bankruptcy Judge, Eastern District of California, 1995-96.

Associates

JACQUELINE L. RODRIGUEZ ("JLR"), born Santa Monica, California, January 30, 1973; admitted to bar 1998. Education:  Loyola Marymount University (B.A. Business Administration, 1995), University of Southern California School of Law (J.D. 1998). Finalist, NHLA Moot Court Competition.  Extern to the Honorable John Ryan, United States Bankruptcy Court and Bankruptcy Appellate Panel (1997).  Member, American Bar Association, Los Angeles and Orange County Bar Associations, Los Angeles Bankruptcy Forum, Los Angeles Intellectual Property Society.   Practice emphasizes bankruptcy and corporate insolvency. Languages: Spanish and French.

JULIET Y. NOH ("JYN"), born Tenerife, Canary Islands (Spain), September 15, 1975; admitted to bar 2000, California. Education: Stanford University (B.A.1997), University of California, Los Angeles (J.D., 2000). Extern with the Office of the United States Trustee for the Central District of California, 1999.  In addition to the State Bar of California, admitted to the U.S. Federal District Court for the Central, Southern, and Eastern Districts of California. Member, American Bar Association, Los Angeles County Bar Association.

SUSAN K. SEFLIN ("SKS"), born Los Angeles, California, February 4, 1974; admitted to bar 2001, California.  Education: University of California, Berkeley (B.A. 1996), Pepperdine University School of Business and Management (M.B.A. 1999), Pepperdine University School of Law (J.D. 2000).  Extern to the Honorable Arthur M. Greenwald, U.S. Bankruptcy Judge, Central District of California, 1998.  In addition to the State Bar of California, admitted to the U.S. District Court, Central District of California. Member, American Bar Association.

Of Counsel

LESLIE S. GOLD ("LSG"), born June 17, 1966, Los Angeles, California; admitted to bar 1991, California, 1996, New York.  Education:  University of California at Los Angeles (B.A., Philosophy, 1988); University of California Hastings College of the Law, (J.D., 1991).  Chair, Moot Court Board, 1990 – 91.  Extern to the Honorable Joyce L. Kennard, Associate Justice, California Supreme Court, 1990.  In addition to the State Bar of California, admitted to the United States Court of Appeals for the Ninth Circuit and the U.S. District Courts for the Central, Eastern and Northern Districts of California.  Practice emphasizes bankruptcy, reorganization

and commercial litigation.  Member:  Turnaround Management Association, Association for Corporate Growth.

<u>Paraprofessionals</u>

JASON KLASSI ("JK"), born Charles City, Iowa, 1955.  Education:  University of California at Los Angeles, Magna Cum Laude, 1979.  He attended Loyola Law School in Los Angeles in 1981.  He founded and operated a California 501(c)(3) Corporation and a design firm which later formed a joint venture with a division of the Mitsubishi Corporation in 1988.  He has worked as a legal assistant in bankruptcy law since 1991.

BAMBI L. CLARK ("BLC"), born Nitro, West Virginia, 1959.  Legal assistant for over 24 years and has worked as a bankruptcy legal assistant for approximately 17 years.

LAW OFFICES
**LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.**
1801 Avenue of the Stars, Suite 1120
Los Angeles, California 90067
Telephone No. (310) 229-1234
Telecopier No. (310) 229-1244

## 2003

Partners

DAVID W. LEVENE (DWL), born March 24, 1945, New York, New York. Business and Professional Experience: July, 1974 to Present, attorney who has limited his practice primarily to matters of bankruptcy, insolvency, business reorganization and commercial financing transactions. July, 1968 until June, 1974, financial analyst and Director of Real Estate with Teledyne, Inc., corporate office. Education and Honors: University of Southern California, B.S., cum laude, Business Administration, 1967; University of Southern California, M.B.A., finance and marketing, 1968; Loyola University of Los Angeles, J.D. magna cum laude, 1974 (Alpha Sigma Nu. Member, St. Thomas Moore Law Honor Society, 1973, 1974. Recipient: American Jurisprudence Award, 1972; American Law Book Company Award, 1972, 1974; West Publishing Company Award, 1973, 1974; Bancroft-Whitney Award, 1974). Bar Admissions: California, United States District Court for the Southern, Central, Eastern and Northern Districts of California; and U.S. Court of Appeals, Ninth Circuit. Professional Memberships and Associations: Los Angeles County (member: Executive Committee, Commercial Law and Bankruptcy Section, 1982-1987; Bankruptcy Subcommittee, 1981-1987); Chairman of the Bankruptcy Section of Beverly Hills Bar Association, 1988, 1989; Federal and American Bar Associations; The State Bar of California; Financial Lawyers Conference; American Bankruptcy Institute; Commercial Law League of America; and Turnaround Management Association. Guest Lecturer: Frost & Sullivan, Inc., 1989, "Loan Workouts, LBOs and Bankruptcy"; The Banking Law Institute, 1989, "Loan Workout, Restructure and Bankruptcy"; Drexel Burnham Lambert, Inc., 1989, "Chapter 11"; Financial Lawyers Conference, 1990, "Fraudulent Conveyances"; Los Angeles Bankruptcy Forum, 1990, "Out of Court Reorganizations"; Orange County Bankruptcy Forum, 1991, "Restructuring Financially Troubled Businesses"; Jewelers Board of Trade, 1992, "Consignment Issues in Bankruptcy"; Turnaround Management Association, Fall 1992, "Case Study on Representation of Debtor in Out of Court Workouts and Chapter 11"; National Conference of the Turnaround Management Association, 1993, "Gaining Confidence of Lenders and Creditors in Workouts and Restructurings"; Young Presidents' Organization National Conference, 1993, "Acquisition and Investment Opportunities in Bankruptcy Reorganization Cases"; The Counselors of Real Estate Convention, 1993, "Chapter 11 and the Role of the Real Estate Advisor"; Association of Insolvency Accountants: Valuation Conference, 1994, "Valuation Issues in Chapter 11 Cases", Moderator of seminar on "Workouts" sponsored by Orange Country Bankruptcy Forum, 1997; "The Basics of a Preference Action: How to Spot a Preferential Transfer and How to Defend Against One" presented at the 53rd Annual Convention of the National Fisheries institute, ", "Role of Appraisers in Bankruptcy & Reorganization Cases" presented at convention of American Society of Appraisers 1998, and guest lecturer on "Workouts and Restructuring" presented nationally by Fulcrum Information Services 2001. Twice included in annual list of "100 most prominent business attorneys

EXHIBIT A

LAW OFFICES
## LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
1801 Avenue of the Stars, Suite 1120
Los Angeles, California 90067-5805
Telephone No. (310) 229-1234
Telecopier No. (310) 229-1244

### HOURLY BILLING RATES
(Effective January 1, 2003)

| ATTORNEYS | RATE |
|---|---|
| DAVID W. LEVENE | $ 495.00 |
| MARTIN J. BRILL | 495.00 |
| DAVID L. NEALE | 425.00 |
| RON BENDER | 425.00 |
| CRAIG M. RANKIN | 425.00 |
| ANNE E. WELLS | 395.00 |
| NELLWYN W. VOORHIES | 395.00 |
| DANIEL H. REISS | 395.00 |
| MONICA Y. KIM | 395.00 |
| DAVID B. GOLUBCHIK | 395.00 |
| DAVID I. BROWNSTEIN | 295.00 |
| JACQUELINE L. RODRIGUEZ | 295.00 |
| JULIET Y. NOH | 265.00 |
| SUSAN K. SEFLIN | 250.00 |
| PARAPROFESSIONALS | 150.00 |

# EXHIBIT B

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am an employee in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action; my business address is: 1801 Avenue of the Stars, Suite 1120, Los Angeles, California 90067.

On March 28, 2003, I served the foregoing document(s) described as:

**DECLARATION OF RON BENDER, ESQ. IN SUPPORT OF APPLICATION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P. AS BANKRUPTCY COUNSEL**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California, addressed as follows:

SEE ATTACHED LIST

__X__    (By Mail) I caused such envelope with postage thereon, fully prepaid to be placed in the United States mail. Executed on March 28, 2003, at Los Angeles, California.

_____    (By Federal Express/Overnight Mail) I caused such envelope to be delivered by Federal Express (or Express Mail), next business day delivery to the offices of the addressee. Executed on March 28, 2003, at Los Angeles, California.

_____    (By Facsimile) I caused said document to be sent via facsimile. Executed on March 28, 2003, at Los Angeles, California.

_____    (By Personal Service) I caused such envelope to be delivered by hand to the offices of the addressee. Executed on _____, at Los Angeles, California.

_____    (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__x__    (Federal) I declare that I am an employee in the offices of a member of the State Bar of this Court at whose direction the service was made.

AJ Cruickshank

Committee Service List

Nanette Dumas, Esq. (3254-20)
Office of the U.S. Trustee
280 S. First St., #268
San Jose, CA 95113

<u>Debtor</u>
SONICblue, Inc.
aka S3 Incorporated
2841 Mission College Blvd.
Santa Clara, CA 95054

<u>Attorney for Debtor</u>
Craig Barbarosh, Esq.
Sue J. Hodges, Esq.
Pillsbury Winthrop LLP
650 Town Center Dr., 7th Floor
Costa Mesa, CA 92626

Lillian Stenfeldt, Esq.
Gray Cary
1755 Embarcadero Road
Palo Alto, CA 94303

Jim Coggburn
Director WW Credit & Collections
Maxtor Coporation
500 McCarthy Blvd.
Milpitas, CA 95035

Toshiyuki Miyake
Secretary/Treasurer
Matsushita Kotobuki Electronics
   Industries of America, Inc.
2001 Kotobuki Way
Vancouver, WA 98660

Bruce MacIntyre, Esq.
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101

Dax J. Hansen, Esq.
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101

Michael F. Zullas, Esq.
Assistant General Counsel
Manufacturers' Services Ltd.
300 Baker Avenue, Suite 106
Concord, MA 01742

Paul P. Daley, Senior Partner
Hale and Dorr LLP
60 State Street
Boston, MA 02109

Diana Chan, VP Finance
A-Max Technology Company, Ltd.
12/F Remington Centre
23 Hung To Road, Kwun Tong,
Kowloon, Hong Kong

Nels Nelsen
Alliant Partners
435 Tasso Street, 3rd Floor
Palo Alto, CA 94301

William Sweeney
Maxtor Corporation
2452 Clover Basin Drive
Longmont, CO 80503

Koichi Kishimoto
Matsushita Kotobuki Electronics Industries, Ltd.
247 Fukutake, Saijo
Ehime Japan 793-8510

Adam J. Chill
Highbridge Capital Management, LLC
9 West 57th Street, 27th Floor
New York, NY 10019

Jeffrey Smith
Ramius Capital Group, LLC
666 Third Avenue, 26th Floor
New York, NY 10017

Kenneth A. Simpler
Citadel Investment Group, LLC
225 W. Washington Street, 9th Floor
Chicago, IL 60606

Gregg Colburn
Citadel Investment Group, LLC
225 W. Washington Street, 9th Floor
Chicago, IL 60606

Bruce Bennett, Esq.
Hennigan Bennett & Dorman
601 So. Figueroa Street, Suite 3300
Los Angeles, CA 90017

Joshua Morse, Esq.
Hennigan Bennett & Dorman
601 S. Figueroa St., Suite 3300
Los Angeles, CA 90017

Alan Cormier, Esq.
Manufacturers' Service Ltd.
300 Baker Avenue, Suite 106
Concord, MA 01742

Michael F. Zullas, Esq.
Manufacturers' Service Ltd.
300 Baker Avenue, Suite 106
Concord, MA 01742

James Johnston, Esq.
Hennigan Bennett & Dorman
601 S. Figueroa St., Suite 3300
Los Angeles, CA 90017