STROOCK & STROOCK & LAVAN LLP
Lewis Kruger (admitted *pro hac vice*)
Kenneth Pasquale (admitted *pro hac vice*)
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

STROOCK & STROOCK & LAVAN LLP
Alan Z. Yudkowsky (State Bar No. 194994)
2029 Century Park East, Suite 1800
Los Angeles, California 90067
Telephone: (310) 556-5800
Facsimile: (310) 556-5959

Counsel for Portside Growth & Opportunity Fund,
Smithfield Fiduciary LLC, and Citadel Equity Fund Ltd.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Van C. Durrer II (State Bar No. 226693)
Glenn Walter (State Bar No. 220015)
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

Counsel for Citadel Equity Fund Ltd.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>SONICBLUE INCORPORATED, a Delaware corporation; DIAMOND MULTIMEDIA SYSTEMS, INC., a Delaware corporation; REPLAYTV, INC, a Delaware corporation and SENSORY SCIENCE CORPORATION, a Delaware corporation,<br><br>    Debtors and Debtors in Possession. | Case No. C-07-02553 RMW<br><br>**NOTICE OF CROSS-MOTION AND CROSS-MOTION FOR LIMITED STAY OF PROCEEDINGS** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on a date to be determined in Courtroom Number 6 of the above-captioned court located at 280 South First Street, San Jose, California, 95113, Appellants Portside Growth & Opportunity Fund, Smithfield Fiduciary LLC and Citadel Equity Fund Ltd. (collectively, the "Senior Noteholders"), in conjunction with their opposition to the Chapter 11 Trustee's Motion to Dismiss Appeal, will and hereby do cross-move this Court, pursuant to Rule 8005 of the Federal Rules of Bankruptcy Procedure, for an order for a limited stay (except for discovery which may continue before the Bankruptcy Court) of the following proceedings in the chapter 11 cases of SONICblue Incorporated, Diamond Multimedia Systems, Inc., ReplayTV, Inc. and Sensory Science Corporation, pending before the United States Bankruptcy Court for the Northern District of California ("Bankruptcy Court"), Case No. 03-51775 through 03-51778 (jointly administered):  (1) Motion for Partial Relief from Order Granting Debtors' Motion for Approval of Settlement of VIA and Intel Litigation [Docket No. 2545]; (2) the Motion to Vacate or Modify in Part Order Approving VIA Settlement Based Upon Fraud on the Court Due to Counsel's Failure to Disclose a Material Conflict of Interest [Docket No. 2548], and  (3) the adversary proceeding entitled *SonicBlue Claims LLC v. Portside Growth & Opportunity Fund et al.*  Adv. Pro. No. 07-05082.

This cross-motion is made on the grounds that this adversary proceeding and similar, related contested matters pending before the Bankruptcy Court depend on factual findings already on appeal to this Court.  A stay is appropriate as the Senior Noteholders are likely to succeed on the merits of the appeal, the Senior Noteholders would otherwise suffer irreparable injury if a stay is not granted, no substantial harm will come to the other parties involved if a stay is granted, and the stay will do no harm to the public interest.  It is therefore important that the Bankruptcy Court take no further action with respect to such proceedings while the findings are subject to review by this Court.

This cross-motion is based on this notice of cross-motion and cross-motion, the Memorandum of Points and Authorities in Support of Senior Noteholders' Opposition to Motion to Dismiss Appeal and Cross-Motions for Limited Stay of Proceedings and/or to Withdraw Reference of

1

1 Chapter 11 Cases, the Request for Judicial Notice filed contemporaneously herewith, the record on
2 appeal, and any further evidence or argument the court may consider.
3     WHEREFORE, the Senior Noteholders respectfully request that this Court enter an order
4 granting a limited stay of proceedings, and granting such other and further relief as the Court
5 deems just and proper.

6 Date: November 20, 2007        STROOCK & STROOCK & LAVAN LLP

7                 By: /s/ Alan Z. Yudkowsky
                      Alan Z. Yudkowsky
8                     Attorneys for Portside Growth & Opportunity Fund,
                      Smithfield Fiduciary LLC, and
9                     Citadel Equity Fund Ltd.

10
                 SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
11
                 By: /s/ Glenn Walter
12                    Glenn Walter
                      Attorneys for Citadel Equity Fund Ltd.
13