STROOCK & STROOCK & LAVAN LLP
Lewis Kruger (admitted *pro hac vice*)
Kenneth Pasquale (admitted *pro hac vice*)
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

STROOCK & STROOCK & LAVAN LLP
Alan Z. Yudkowsky (State Bar No. 194994)
2029 Century Park East, Suite 1800
Los Angeles, California 90067
Telephone: (310) 556-5800
Facsimile: (310) 556-5959

Counsel for Portside Growth & Opportunity Fund,
Smithfield Fiduciary LLC, and Citadel Equity Fund Ltd.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Van C. Durrer II (State Bar No. 226693)
Glenn Walter (State Bar No. 220015)
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

Counsel for Citadel Equity Fund Ltd.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

```
---------------------------------- x
                                   :
In re                              :
                                   :   Case No. C-07-02553 RMW
SONICBLUE INCORPORATED, a Delaware :
corporation; DIAMOND MULTIMEDIA    :   SIGNATURE ATTESTATION
SYSTEMS, INC., a Delaware corporation; :
REPLAYTV, INC, a Delaware corporation and :
SENSORY SCIENCE CORPORATION, a    :
Delaware corporation,              :
                                   :
        Debtors and Debtors in Possession. :
                                   :
---------------------------------- x
```

LEWIS KRUGER hereby declares:

1. I am a member of Stroock & Stroock & Lavan LLP, counsel to Portside Growth & Opportunity Fund, Smithfield Fiduciary LLC and Citadel Equity Fund Ltd. (collectively, the "Senior Noteholders") in these bankruptcy cases. I am admitted to appear before this Court in these cases.

2. I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 20, 2007, at Los Angeles, CA.

By: _/s/_ Alan Z. Yudkowsky_____
    Alan Z. Yudkowsky