1  STROOCK & STROOCK & LAVAN LLP
   Lewis Kruger (admitted *pro hac vice*)
2  Kenneth Pasquale (admitted *pro hac vice*)
   180 Maiden Lane
3  New York, New York 10038
   Telephone: (212) 806-5400
4  Facsimile: (212) 806-6006

5  STROOCK & STROOCK & LAVAN LLP
   Alan Z. Yudkowsky (State Bar No. 194994)
6  2029 Century Park East, Suite 1800
   Los Angeles, California 90067
7  Telephone: (310) 556-5800
   Facsimile: (310) 556-5959

8
   Counsel for Portside Growth & Opportunity Fund,
9  Smithfield Fiduciary LLC, and Citadel Equity Fund Ltd.

10 SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Van C. Durrer II (State Bar No. 226693)
11 Glenn Walter (State Bar No. 220015)
   300 South Grand Avenue, Suite 3400
12 Los Angeles, California 90071
   Telephone: (213) 687-5000
13 Facsimile: (213) 687-5600

14 Counsel for Citadel Equity Fund Ltd.

15                 **UNITED STATES DISTRICT COURT**

16                **NORTHERN DISTRICT OF CALIFORNIA**

17                      **SAN JOSE DIVISION**

18 - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
19                                                        :
                                                          :    Case No. C-07-02553 RMW
20 In re                                                  :
                                                          :    **[PROPOSED] ORDER**
21 SONICBLUE INCORPORATED, a Delaware            :    **GRANTING EX PARTE**
   corporation; DIAMOND MULTIMEDIA             :    **ADMINISTRATIVE MOTION TO**
22 SYSTEMS, INC., a Delaware corporation;        :    **CONSIDER WHETHER CASES**
   REPLAYTV, INC., a Delaware corporation;       :    **SHOULD BE RELATED**
23 and SENSORY SCIENCE CORPORATION, a :
   Delaware corporation,                                 :    [No Hearing Requested]
24                                                        :
            Debtors and Debtors in Possession. :    Judge:   Hon. Ronald M. Whyte
25                                                        :
                                                          :
26 - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

27

28

---

[Proposed] Order Granting Ex Parte Administrative Motion to Consider Whether Cases Should Be Related – Case No. C-07-02553
RMW
NY 71087950

1    Movants' Ex Parte Administrative Motion to Consider Whether Cases Should Be Related,

2  made pursuant to Civil Local Rule 3-12 for the United States District Court for the Northern

3  District of California, was presented to the Court, the Honorable Ronald M. Whyte presiding.

4  After consideration of this Motion, and all papers filed in support thereof,  and good cause

5  appearing,

6    IT IS HEREBY ORDERED that:

7    1.    The Administrative Motion to Consider Whether Cases Should Be Related is

8  GRANTED.

9    2.    The Motion to Withdraw Reference of Chapter 11 Cases (Docket No. 2567 ) filed in

10  the Chapter 11 Cases of SONICblue Inc., ReplayTV, Inc., Sensory Science Corp. and Diamond

11  Multimedia Systems Inc., Case Nos. 03-51775 through 03-51778 (jointly administered) pending

12  before the United States Bankruptcy Court for the Northern District of California, is hereby

13  assigned to the Honorable Ronald M. Whyte.

14  IT IS SO ORDERED.

15

16  Dated: November __, 2007                    _____
                                            The Honorable Ronald M. Whyte

17

18  RESPECTFULLY SUBMITTED BY:

19  STROOCK & STROOCK & LAVAN LLP

20

21  By: /s/  Alan Z. Yudkowsky_____
    Alan Z. Yudkowsky
22  Attorneys for Portside Growth & Opportunity Fund,
    Smithfield Fiduciary LLC, and Citadel Equity Fund Ltd.

23

24  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

25  By: /s/  Glenn Walter_____
    Glenn Walter
26  Attorneys for Citadel Equity Fund Ltd.

27

28

1