1  STROOCK & STROOCK & LAVAN LLP
   Lewis Kruger (admitted *pro hac vice*)
2  Kenneth Pasquale (admitted *pro hac vice*)
   180 Maiden Lane
3  New York, New York 10038
   Telephone: (212) 806-5400
4  Facsimile: (212) 806-6006

5  STROOCK & STROOCK & LAVAN LLP
   Alan Z. Yudkowsky (State Bar No. 194994)
6  2029 Century Park East, Suite 1800
   Los Angeles, California 90067
7  Telephone: (310) 556-5800
   Facsimile: (310) 556-5959

8
   Counsel for Portside Growth & Opportunity Fund,
9  Smithfield Fiduciary LLC, and Citadel Equity Fund Ltd.

10 SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Van C. Durrer II (State Bar No. 226693)
11 Glenn Walter (State Bar No. 220015)
   300 South Grand Avenue, Suite 3400
12 Los Angeles, California 90071
   Telephone: (213) 687-5000
13 Facsimile: (213) 687-5600

14 Counsel for Citadel Equity Fund Ltd.

15                **UNITED STATES DISTRICT COURT**

16              **NORTHERN DISTRICT OF CALIFORNIA**

17                     **SAN JOSE DIVISION**

18 - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                           :
19 In re                                                   :
                                                           :      Case No. C-07-02553 RMW
20 SONICBLUE INCORPORATED, a Delaware  :
   corporation; DIAMOND MULTIMEDIA        :      **SIGNATURE ATTESTATION**
21 SYSTEMS, INC., a Delaware corporation;  :
   REPLAYTV, INC, a Delaware corporation and :
22 SENSORY SCIENCE CORPORATION, a         :
   Delaware corporation,                                :
23                                                         :
          Debtors and Debtors in Possession.  :
24                                                         :
   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
25

26

27

28

---

Signature Attestation – Case No. C-07-02553 RMW

NY 71088445

1    LEWIS KRUGER hereby declares:

2        1.      I am a member of Stroock & Stroock & Lavan LLP, counsel to Portside Growth &

3    Opportunity Fund, Smithfield Fiduciary LLC and Citadel Equity Fund Ltd. (collectively, the "Sen-

4    ior Noteholders") in these bankruptcy cases.  I am admitted to appear before this Court in these

5    cases.

6        2.      I hereby attest that I have on file all holograph signatures for any signatures indi-

7    cated by a "conformed" signature within this e-filed document.

8        I declare under penalty of perjury under the laws of the United States of America that the

9    foregoing is true and correct.

10        Executed on November 20, 2007, at Los Angeles, CA.

11

12                          By: _/s/_Alan Z. Yudkowsky_____
                                   Alan Z. Yudkowsky
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        1

NY 71088445