1  STROOCK & STROOCK & LAVAN LLP
   Lewis Kruger (admitted *pro hac vice*)
2  Kenneth Pasquale (admitted *pro hac vice*)
   180 Maiden Lane
3  New York, New York 10038
   Telephone: (212) 806-5400
4  Facsimile: (212) 806-6006

5  STROOCK & STROOCK & LAVAN LLP
   Alan Z. Yudkowsky (State Bar No. 194994)
6  2029 Century Park East, Suite 1800
   Los Angeles, California 90067
7  Telephone: (310) 556-5800
   Facsimile: (310) 556-5959
8
   Counsel for Portside Growth & Opportunity Fund,
9  Smithfield Fiduciary LLC, and Citadel Equity Fund Ltd.

10 SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Van C. Durrer II (State Bar No. 226693)
11 Glenn Walter (State Bar No. 220015)
   300 South Grand Avenue, Suite 3400
12 Los Angeles, California 90071
   Telephone: (213) 687-5000
13 Facsimile: (213) 687-5600

14 Counsel for Citadel Equity Fund Ltd.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

------------------------------x
                              :
In re                         :   Case No. C-07-02553 RMW
                              :
SONICBLUE INCORPORATED, a Delaware :
corporation; DIAMOND MULTIMEDIA :  **DECLARATION OF ALAN Z.**
SYSTEMS, INC., a Delaware corporation; : **YUDKOWSKY IN SUPPORT OF *EX***
REPLAYTV, INC., a Delaware corporation; : ***PARTE* ADMINISTRATIVE MOTION**
and SENSORY SCIENCE CORPORATION, a : **TO CONSIDER WHETHER CASES**
Delaware corporation,         :   **SHOULD BE RELATED**
                              :
      Debtors and Debtors in Possession. :
                              :
                              :
------------------------------x

---

Declaration of Alan Z. Yudkowsky in Support of Senior Noteholders' Ex Parte Administrative Motion
to Consider Whether Cases Should Be Related – Case No. C-07-02553 RMW

ALAN Z. YUDKOWSKY hereby declares:

1. I am a member of Stroock & Stroock & Lavan LLP, counsel to Portside Growth & Opportunity Fund, Smithfield Fiduciary LLC and Citadel Equity Fund Ltd. (collectively, the "Senior Noteholders") in these bankruptcy cases, and a member of the bar of this Court. I have personal knowledge of the facts set forth below and, if called to testify, I could and would testify competently thereto.

2. I submit this Declaration in support of the Senior Noteholders' *Ex Parte* Administrative Motion to Consider Whether Cases Should Be Related (the "Related Cases Motion").

3. A Motion to Withdraw the Reference has been filed with the clerk of the Bankruptcy Court for transfer to the United States District Court for the Northern District of California (the "District Court"). Pursuant to Civil Local Rule 7-11(a), on November 20, 2007, I spoke with John Shaffer, counsel to SB Claims, and requested that SB Claims agree to the relief requested by the Related Case Motion. Mr. Shaffer said that he would speak with his clients concerning our request but that his inclination was that relation was unwarranted. I informed Mr. Shaffer that if he was unable to advise me today of his client's agreement to our request, that we would be filing the Related Case Motion.

4. On November 20, 2007, I also spoke with Grant Stein, counsel for the Chapter 11 Trustee, and made the same request. Mr. Stein informed me that his client was traveling all day due to the holidays, and it was unlikely that he would be able to contact his client and obtain consent. I informed Mr. Stein that if he was unable to obtain his client's agreement, we would be filing the Related Case Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 20, 2007, at Los Angeles, CA.

/s/
Alan Z. Yudkowsky

---

1

Declaration of Alan Z. Yudkowsky in Support of Senior Noteholders' Ex Parte Administrative Motion
to Consider Whether Cases Should Be Related – Case No. C-07-02553 RMW