1  STROOCK & STROOCK & LAVAN LLP
   LEWIS KRUGER (admitted *pro hac vice*)
2  180 Maiden Lane
   New York, New York 10038
3  Telephone: 212-806-5400
   Facsimile: 212-806-6006
4
   STROOCK & STROOCK & LAVAN LLP
5  ALAN Z. YUDKOWSKY (State Bar No. 194994)
   2029 Century Park East, Suite 1800
6  Los Angeles, California 90067-3086
   Telephone: 310-556-5800
7  Facsimile: 310-556-5959

8  Attorneys for Appellants

9    PORTSIDE GROWTH & OPPORTUNITY FUND,
     SMITHFIELD FIDUCIARY LLC, and CITADEL EQUITY
10   FUND LTD.

11 | **UNITED STATES DISTRICT COURT**

12 | **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

13 | In re                                        )
                                                  )
14 | SONICBLUE INCORPORATED, a Delaware            )   No. C-07-02553 (RMW)
   | corporation; DIAMOND MULTIMEDIA               )
15 | SYSTEMS, INC. a Delaware corporation;         )
   | REPLAYTV, INC., a Delaware corporation,       )   CERTIFICATE OF SERVICE
16 | and SENSORY SCIENCE CORPORATION, a            )
   | Delaware corporation,                         )
17 |                                               )
   |       Debtors and Debtors in Possession.      )
18 | _____ )

19

20

21

22

23

24

25

26

27

28

LA 50369033v1

## CERTIFICATE OF SERVICE BY MAIL

I, Patricia Bloom, hereby declare:

I am over the age of 18 years and not a party to or interested in the within entitled cause. I am an employee of Stroock & Stroock & Lavan LLP and my business address is 2029 Century Park East, 18th Floor, Los Angeles, California 90067-3086.  I am familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service.  Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On November 20, 2007, at my place of business as listed above, the following documents

**EX PARTE ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; DECLARATION OF ALAN Z. YUDKOWSKY IN SUPPORT OF *EX PARTE* ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; [PROPOSED] ORDER GRANTING EX PARTE ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; SIGNATURE ATTESTATION**

were placed for deposit in the United States Postal Service, for collection and mailing on that date, following ordinary business practices, in a sealed envelope(s), with postage fully prepaid, addressed as shown on the attached service list.

I declare that I am employed in an office of a member of the bar of this Court, at whose direction the within service was made.  I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

EXECUTED on November 20, 2007, at Los Angeles, California.

/s/ Patricia Bloom
Patricia Bloom

LA 50369033v1

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

1
2

**SERVICE LIST**

3  Ron Bender                                           Nannette Dumas
   Craig M. Rankin                                      Office of the U.S. Trustee
4  Todd M. Arnold                                       280 South First Street, #268
   Levene, Neale, Bender, Rankin & Brill L.L.P.         San Jose, CA 95113
5  10250 Constellation Blvd., Suite 1700
   Los Angeles, California 90067
6
   Matthew A. Gold                                      J. Michael Hennigan
7  Argo Partners                                        Hennigan, Bennett & Dorman
   12 W 37th Street                                     865 south Figueroa Street
8  9th Floor                                            Suite 2900
   New York, NY 10018                                   Los Angeles, CA 90017
9
   Mark Dominique Houle                                 Joshua M. Mester
10 Pillsbury Winthrop Shaw Pittman LLP                  Hennigan Bennett and Dorman
   650 Town Center Drive                                865 South Figueroa Street
11 7th Floor                                            Suite 2900
   Costa Mesa, CA 92626                                 Los Angeles, CA 90017
12
   Marilyn Morgan                                       Shannon L. Mounger-Lum
13 U.S. Bankruptcy Court                                Office of the U.S. Trustee
   280 South First Street                               280 South First Street
14 Room 3035                                            Suite 268
   San Jose, CA 95113                                   San Jose, CA 95113-0002
15
   Mark Edward Porter                                   Craig Matthew Rankin
16 Heller Ehrman White & McAuliffe LLP                  Levene Neale & Bender Rankin and Brill
   333 Bush Street                                      10250 Constellation Blvd.
17 San Francisco, CA 94104-2878                         Suite 1700
                                                        Los Angeles, CA 90067
18
   Grant T. Stein                                       USBC Manager-San Jose
19 Alston and Bird                                      US Bankruptcy Court
   1201 West Peachtree Street                           280 South First Street
20 Atlanta, GA 30309-3424                               Room 3035
                                                        San Jose, CA 95113
21
   Anne E. Wells
22 Levene Neale Bender Ranklin & Brill LLP
   10250 Constellation Blvd
23 Suite 1700
   Los Angeles, CA 90067
24
25
26
27
28

LA 50369033v1