FRIEDMAN DUMAS & SPRINGWATER LLP
CECILY A. DUMAS (S.B. NO. 111449)
150 Spear Street, Suite 1600
San Francisco, CA 94105
Telephone Number:  (415) 834-3800
Facsimile Number:  (415) 834-1044
Email Address: cdumas@friedumspring.com

ALSTON & BIRD LLP
GRANT T. STEIN
1201 West Peachtree Street
Atlanta, GA 30309
Telephone Number:  (404) 881-7000
Facsimile Number:  (404) 881-7777
Email Address: grant.stein@alston.com
(admitted *pro hac vice*)

*Attorneys for Dennis J. Connolly in His Capacity as Chapter 11 Trustee for SONICblue Incorporated, et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 11/26/07*

| | |
|---|---|
| PORTSIDE GROWTH & OPPORTUNITY FUND et al., <br><br> Appellants, <br><br> vs. <br><br> OFFICIAL COMMITTEE OF UNSECURED CREDITORS et al., <br><br> Appellees. <br><br> (Appeal from In re SONICblue, Incorporated et al., Bankr. N.D. Cal. (San Jose), No. 03-51775 MM) | Case No. C-07-02553 RMW <br><br> **STIPULATION AND ORDER GRANTING EXTENSION AND STAYING BRIEFING** <br><br> [No hearing required] |

1         WHEREAS notice of this appeal was filed on May 14, 2007; and

2         WHEREAS the record on appeal was entered on the Court's docket on
3 October 15, 2007; and

4         WHEREAS the Court entered its notice of briefing directing the appellants to
5 file and serve their opening brief on November 14, 2007; and

6         WHEREAS the chapter 11 trustee filed his Motion to Dismiss the appeal for
7 lack of jurisdiction (the "Motion to Dismiss"); and

8         WHEREAS appellants have requested an extension of time to file and serve
9 their (1) response to the Motion to Dismiss to and including November 21, 2007, and (2)
10 opening brief until thirty (30) days after entry of an order denying the Motion to Dismiss,
11 should the Court so rule; and

12         WHEREAS judicial economy will be served by a stay of briefing on the appeal
13 pending resolution of the Motion to Dismiss; accordingly

14         IT IS HEREBY STIPULATED THAT:

15         1.    Briefing on this appeal shall be stayed pending resolution of the Motion
16 to Dismiss.

17         2.    Responses to the Motion to Dismiss shall be filed and served no later
18 than November 21, 2007.

19         3.    Appellants' opening brief shall be filed and served no later than thirty
20 (30) days after entry of an order, if any, denying the Motion to Dismiss.

21

22

23

24

25

26

27

28

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: OCT 29, 2007 | PORTSIDE GROWTH & OPPORTUNITY FUND, CITADEL EQUITY FUND LTD., SMITHFIELD FIDUCIARY LLC |
| 4 | | |
| 5 | | |
| 6 | | By: /s/ Lewis Kruger |
| 7 | | Lewis Kruger<br>Stroock & Stroock & Lavan LLP |
| 8 | Dated: _____ | CITADEL EQUITY FUND LTD. |
| 9 | | |
| 10 | | By: _____ |
| 11 | | Van Durrer<br>Skadden Arps Slate Meagher & Flom LLP |
| 12 | Dated: _____ | SONICBLUE CLAIMS, LLC |
| 13 | | |
| 14 | | By: _____ |
| 15 | | K. John Shaffer<br>Stutman Treister & Glatt P.C. |
| 16 | Dated: _____ | DENNIS J. CONNOLLY<br>Chapter 11 Trustee |
| 17 | | |
| 18 | | |
| 19 | | By: _____<br>Cecily A. Dumas<br>Friedman Dumas & Springwater LLP |
| 20 | | |

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: _____ | PORTSIDE GROWTH & OPPORTUNITY FUND, CITADEL EQUITY FUND LTD., SMITHFIELD FIDUCIARY LLC |
| 4 | | |
| 5 | | |
| 6 | | By: _____ |
| 7 | | Lewis Kruger<br>Stroock & Stroock & Lavan LLP |
| 8 | Dated: October 29, 2007 | CITADEL EQUITY FUND LTD. |
| 9 | | |
| 10 | | By: *Glenn Walter* |
| 11 | | Van C. Durrer, II<br>Glenn Walter<br>Skadden Arps Slate Meagher & Flom LLP |
| 12 | | |
| 13 | Dated: _____ | SONICBLUE CLAIMS, LLC |
| 14 | | |
| 15 | | By: _____<br>K. John Shaffer<br>Stutman Treister & Glatt P.C. |
| 16 | | |
| 17 | Dated: _____ | DENNIS J. CONNOLLY<br>Chapter 11 Trustee |
| 18 | | |
| 19 | | By: _____ |
| 20 | | Cecily A. Dumas<br>Friedman Dumas & Springwater LLP |

{00318883.DOC v 1}                                     3

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: _____ | PORTSIDE GROWTH & OPPORTUNITY FUND, CITADEL EQUITY FUND LTD., SMITHFIELD FIDUCIARY LLC |
| 4 | | |
| 5 | | |
| 6 | | By: _____ |
| 7 | | Lewis Kruger<br>Stroock & Stroock & Lavan LLP |
| 8 | Dated: _____ | CITADEL EQUITY FUND LTD. |
| 9 | | |
| 10 | | By: _____ |
| 11 | | Van Durrer<br>Skadden Arps Slate Meagher & Flom LLP |
| 12 | Dated: 10/29/07 | SONICBLUE CLAIMS, LLC |
| 13 | | |
| 14 | | By: _[signature]_ |
| 15 | | K. John Shaffer<br>Stutman Treister & Glatt P.C. |
| 16 | Dated: _____ | DENNIS J. CONNOLLY<br>Chapter 11 Trustee |
| 17 | | |
| 18 | | |
| 19 | | By: _____<br>Cecily A. Dumas<br>Friedman Dumas & Springwater LLP |

{00318883.DOC v 1}   3   STIPULATION AND ORDER – C-07-02553 RMW

1
2
3  Dated: _____      PORTSIDE GROWTH & OPPORTUNITY
4                                   FUND, CITADEL EQUITY FUND LTD.,
                                    SMITHFIELD FIDUCIARY LLC
5
6                                   By:    _____
                                           Lewis Kruger
7                                          Stroock & Stroock & Lavan LLP

8  Dated: _____      CITADEL EQUITY FUND LTD.
9
10                                   By:    _____
                                            Van Durrer
11                                          Skadden Arps Slate Meagher & Flom LLP

12 Dated: _____      SONICBLUE CLAIMS, LLC
13
14                                   By:    _____
                                            K. John Shaffer
15                                          Stutman Treister & Glatt P.C.

16 Dated: <u>October 29, 2007</u>_____   DENNIS J. CONNOLLY
                                     Chapter 11 Trustee
17
18
                                     By:    <u>/s/Cecily A. Dumas</u>_____
19                                          Cecily A. Dumas
                                            Friedman Dumas & Springwater LLP
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| 1 | |
| 2 | <div align="center">ORDER</div> |
| 3 | <div align="center">Pursuant to stipulation, IT IS SO ORDERED.</div> |

DATED: ___11/26/07_____        _*Ronald M. Whyte*_____
                                             RONALD M. WHYTE
                                             United States District Judge

*The Court sets the hearing on the Motion to Dismiss for January 11, 2008 @ 9:00 AM.