1  STROOCK & STROOCK & LAVAN LLP
   Lewis Kruger (admitted *pro hac vice*)
2  Kenneth Pasquale (admitted *pro hac vice*)
   180 Maiden Lane
3  New York, New York 10038
   Telephone: (212) 806-5400
4  Facsimile: (212) 806-6006

5  STROOCK & STROOCK & LAVAN LLP
   Alan Z. Yudkowsky (State Bar No. 194994)
6  2029 Century Park East, Suite 1800
   Los Angeles, California 90067
7  Telephone: (310) 556-5800
   Facsimile: (310) 556-5959
8
   Counsel for Portside Growth & Opportunity Fund,
9  Smithfield Fiduciary LLC, and Citadel Equity Fund Ltd.

10 SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Van C. Durrer II (State Bar No. 226693)
11 Glenn Walter (State Bar No. 220015)
   300 South Grand Avenue, Suite 3400
12 Los Angeles, California 90071
   Telephone: (213) 687-5000
13 Facsimile: (213) 687-5600

14 Counsel for Citadel Equity Fund Ltd.

*E-FILED - 11/26/07*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

---------------------------------x

In re

SONICBLUE INCORPORATED, a Delaware corporation; DIAMOND MULTIMEDIA SYSTEMS, INC., a Delaware corporation; and SENSORY SCIENCE CORPORATION, a Delaware corporation,

    Debtors and Debtors in Possession.

Case No. C-07-02553 RMW

**[] ORDER GRANTING EX PARTE APPLICATION FOR LEAVE TO EXCEED PAGE LIMIT ON SENIOR NOTEHOLDERS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF OPPOSITION AND RELATED RELIEF**

[No Hearing Requested]

Judge:   Hon. Ronald M. Whyte

1   Appellants' Ex Parte Application for Leave to Exceed Page Limit on Senior Noteholders'
2   Memorandum of Points and Authorities in Support of Opposition and Related Relief, made
3   pursuant to Local Rule 7-4(b) for the United States District Court for the Northern District of
4   California, was presented to the Court, the Honorable Ronald M. Whyte presiding. After
5   consideration of this Application, and all papers filed in support thereof, as well as the pleadings
6   and papers on file in this action, and good cause appearing,

7   IT IS HEREBY ORDERED that:

8   The Application for leave to exceed the 25-page limit for Appellants' Application to Leave
9   to Exceed Page Limit on Defendants' Memorandum of Points and Authorities in Support of
10  Opposition and Related Relief is GRANTED for the reasons stated in Appellants' Application.

11  IT IS SO ORDERED.

Dated: November 26, 2007          *Ronald M. Whyte*
                                  _____
                                  The Honorable Ronald M. Whyte

RESPECTFULLY SUBMITTED BY:

STROOCK & STROOCK & LAVAN LLP

By: /s/ Lewis Kruger_____
Lewis Kruger
Attorneys for Portside Growth & Opportunity Fund,
Smithfield Fiduciary LLC, and Citadel Equity Fund Ltd.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____
Glenn Walter
Attorneys for Citadel Equity Fund Ltd.