1  McNUTT LAW GROUP, LLP
   MICHAEL A. SWEET (CSBN 184345)
2  DOUGLAS C. GRAHAM (CSBN 216870)
   188 The Embarcadero, Suite 800
3  San Francisco, California 94105
   Telephone: (415) 995-8475
4  Facsimile: (415) 995-8487

5

   Attorneys for the Reconstituted
6  Official Committee of Unsecured Creditors

7

8

9                   UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                     SAN JOSE DIVISION

12  PORTSIDE GROWTH & OPPORTUNITY          Case No. C-07-02553 RMW
    FUND, et al.,
13
                 Appellants,
14                                         **NOTICE OF APPEARANCE**

15      vs.

16  OFFICIAL COMMITTEE OF UNSECURED
    CREDITORS, et al.,

17               Appellees.

18  (Appeal from In re SONICBlue, Incorporated
    et al., Bankr. N.D. Cal. (San Jose), No. 03-
19  51775 MM

20

21  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

22       **PLEASE TAKE NOTICE** of the appearance of McNutt Law Group, LLP as counsel for

23  and on behalf of the Reconstituted Official Committee of Unsecured Creditors ("RCC") in the

24  bankruptcy estate of SonicBlue, Inc.  Copies of all pleadings and notices pertaining to the above-

25  entitled matter should be served upon counsel at the following address:

26  / / /

27  / / /

28

102308.1                                      1                          NOTICE OF APPEARANCE

1     MICHAEL A. SWEET (CSBN 184345)
      DOUGLAS C. GRAHAM (CSBN 216870)
2     MCNUTT LAW GROUP, LLP
      188 The Embarcadero, Suite 800
3     San Francisco, CA  94105
      Telephone: (415) 995-8475
4     Facsimile: (415) 995-8487
      Email:  msweet@ml-sf.com

5

6 Dated: November 26, 2007    McNUTT LAW GROUP, LLP

7

8           By:   */s/ Michael A. Sweet*
                Michael A. Sweet
9           Attorneys for the Reconstituted
            Official Committee of Unsecured Creditors

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

102308.1            2        NOTICE OF APPEARANCE