1  McNUTT LAW GROUP, LLP
   MICHAEL A. SWEET (CSBN 184345)
2  DOUGLAS C. GRAHAM (CSBN 216870)
   188 The Embarcadero, Suite 800
3  San Francisco, California 94105
   Telephone: (415) 995-8475
4  Facsimile: (415) 995-8487

5

   Attorneys for the Reconstituted
6  Official Committee of Unsecured Creditors

7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                   SAN JOSE DIVISION

12 | PORTSIDE GROWTH & OPPORTUNITY FUND, et al., | Case No. C-07-02553 RMW |
13 | | |
14 | Appellants, | **CERTIFICATE OF SERVICE RE NOTICE OF APPEARANCE** |
15 | vs. | |
16 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS, et al., | |
17 | Appellees. | |
18 | (Appeal from In re SONICBlue, Incorporated et al., Bankr. N.D. Cal. (San Jose), No. 03-51775 MM | |

102766.1                         1                    COS RE NOTICE OF APPEARANCE

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of eighteen years and not a party to the within action. I am employed in the City and County of San Francisco, California; my business address is 188 The Embarcadero, Suite 800, San Francisco, California 94105.

On the date below, I served a copy, with all exhibits, of the following document

**NOTICE OF APPEARANCE**

on all interested parties in this action addressed as follows:

**SEE ATTACHED**

☒ **By mail.** I caused an envelope to be deposited in the Mail at San Francisco, California with postage thereon fully prepaid. I am readily familiar with my firm's practice for collection and processing of correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California in sealed envelopes with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **By Hand.** I caused an envelope to be delivered by hand to the addressee(s) listed above.

☐ **By Federal Express.** By depositing copies of the above documents in a box or other facility regularly maintained by Federal Express with delivery fees paid or provided for.

☐ **By Fax.** By use of facsimile machine telephone number (415) 995-8487, I caused a true copy to be transmitted to the addressee(s) listed above at the facsimile number(s) noted after the party's address. The facsimile machine I used complied with California Rules of Court, rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in San Francisco, California on November 26, 2007.

_/s/ Melissa Keasler_
Melissa Keasler

## SERVICE LIST

| | |
|---|---|
| Office of the United States Trustee<br>Nanette Dumas, Esq.<br>280 South First Street, Room 268<br>San Jose, CA 95113 | Ron Bender, Esq.<br>Levene, Neale, Bender, Rankin & Brill L.L.P.<br>10250 Constellation Blvd., Suite 1700<br>Los Angeles, CA 90067 |
| Matthew A. Gold<br>Argo Partners<br>12 W 37th Street, 9th Floor<br>New York, NY 10018 | Mark Dominique Houle<br>Pillsbury Winthrop Shaw Pittman LLP<br>650 Town Center Drive, 7th Floor<br>Costa Mesa, CA 92626 |
| Marilyn Morgan<br>U.S. Bankruptcy Court<br>280 South First Street, Room 3035<br>San Jose, CA 95113 | Shannon L. Mounger-Lum<br>Office of the U.S. Trustee<br>280 South First Street, Suite 268<br>San Jose, CA 95113-0002 |
| Mark Edward Porter<br>Heller Ehrman White & McAuliffe LLP<br>333 Bush Street<br>San Francisco, CA 94104 | Craig Matthew Rankin<br>Levene, Neale, Bender, Rankin & Brill L.L.P.<br>10250 Constellation Blvd., Suite 1700<br>Los Angeles, CA 90067 |
| Grant T. Stein, Esq.<br>Alston & Bird LLP<br>1201 West Peachtree Street<br>Atlanta, GA 30309 | Anne E. Wells<br>Levene, Neale, Bender, Rankin & Brill L.L.P.<br>10250 Constellation Blvd., Suite 1700<br>Los Angeles, CA 90067 |
| USBC Manager-San Jose<br>US Bankruptcy Court<br>280 South First Street, Room 3035<br>San Jose, CA 95113 | |