1  FRANK A. MEROLA (136934)
   K. JOHN SHAFFER (153729)
2  STUTMAN, TREISTER & GLATT PC
   1901 Avenue of the Stars, 12th Floor
3  Los Angeles, CA 90067
   Telephone:   (310) 228-5600
4  Facsimile:   (310) 228-5788

5  WILLIAM McGRANE (057767)
   BERNARD S. GREENFIELD (066017)
6  McGRANE GREENFIELD LLP
   One Ferry Building, Suite 220
7  San Francisco, CA 94111
   Telephone:   (415) 283-1776
8  Facsimile:   (415) 283-1777

9  Counsel for SonicBlue Claims, LLC

10                  UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                         SAN JOSE DIVISION

| | |
|---|---|
| 13  PORTSIDE GROWTH & OPPORTUNITY<br>14  FUND, et al.,<br>15         Appellants,<br>16         vs.<br>17  OFFICIAL COMMITTEE OF UNSECURED<br>    CREDITORS, et al.,<br>18         Appellees.<br>19<br>20  (Appeal from In re SONICblue, Incorporated, et<br>    al., Bankr. N.D. Cal. (San Jose), No. 03-51775<br>21  MM) | Case No. C-07-02553 RMW<br><br>[PROPOSED] ORDER GRANTING EX<br>PARTE APPLICATION FOR LEAVE TO<br>EXCEED PAGE LIMITS ON SONICBLUE<br>CLAIMS LLC'S OPPOSITION TO CROSS-<br>MOTION FOR LIMITED STAY OF<br>PROCEEDINGS |

22        Upon consideration of SonicBlue Claims LLC's "Ex Parte Application for Leave

23  to Exceed Page Limits on SonicBlue Claims LLC's Opposition to Cross-Motion for

24  Limited Stay of Proceedings" ("Ex Parte Application") and all of the pleadings,

25  memorandum and other documents filed in support of the Ex Parte Application:

26

1     IT IS HEREBY ORDERED that the Ex Parte Application is granted.

2 Dated:_____

3                           United States District Judge Ronald M. Whyte

2

Order Granting Ex Parte Application for Leave to Exceed Page Limits on SonicBlue Claims LLC's
Opposition to Cross-Motion for Limited Stay of Proceedings