FRIEDMAN DUMAS & SPRINGWATER LLP
CECILY A. DUMAS (S.B. NO. 111449)
150 Spear Street, Suite 1600
San Francisco, CA 94105
Telephone Number: (415) 834-3800
Facsimile Number: (415) 834-1044
Email Address: cdumas@friedumspring.com

ALSTON & BIRD LLP
GRANT T. STEIN
1201 West Peachtree Street
Atlanta, GA 30309
Telephone Number: (404) 881-7000
Facsimile Number: (404) 881-7777
Email Address: grant.stein@alston.com
(admitted *pro hac vice*)

*Attorneys for Dennis J. Connolly in His Capacity as Chapter 11 Trustee for SONICblue Incorporated, et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PORTSIDE GROWTH & OPPORTUNITY FUND et al., <br><br> Appellants, <br><br> vs. <br><br> OFFICIAL COMMITTEE OF UNSECURED CREDITORS et al., <br><br> Appellees. <br><br> (Appeal from In re SONICblue, Incorporated et al., Bankr. N.D. Cal. (San Jose), No. 03-51775 MM) | Case No. C-07-02553 RMW <br><br> **SUPPLEMENTAL STIPULATION TO SET BRIEFING SCHEDULE; ORDER THEREON** <br><br> [No hearing required] |

WHEREAS notice of this appeal was filed on May 14, 2007; and

WHEREAS the record on appeal was entered on the Court's docket on October 15, 2007; and

WHEREAS the Court entered its notice of briefing directing the appellants to file and serve their opening brief on November 14, 2007; and

1   WHEREAS the chapter 11 trustee filed his motion to dismiss the appeal for
2   lack of jurisdiction (the "Motion to Dismiss"); and
3   WHEREAS the parties filed a stipulation granting an extension for the
4   appellants to respond to the Motion to Dismiss, and staying briefing in the appeal pending
5   resolution of the Motion to Dismiss (the "First Stipulation"); and
6   WHEREAS on November 20, 2007, the appellants filed a response to the
7   Motion to Dismiss and a cross-motion for limited stay of proceedings pursuant to Bankruptcy
8   Rule 8005 (the "Cross-Motion for Limited Stay"); and
9   WHEREAS on November 26, 2007, the Court entered an order granting the
10  relief requested by the First Stipulation and setting a hearing on the Motion to Dismiss for
11  January 11, 2008; and
12  WHEREAS the chapter 11 trustee has requested an extension of time to file
13  and serve his response to the Cross-Motion for Limited Stay and his reply to the response to
14  the Motion to Dismiss; and
15  WHEREAS no party will be prejudiced by the extension;
16  IT IS HEREBY STIPULATED THAT:
17  1.  The chapter 11 trustee's response to the Cross-Motion for Limited Stay
18  shall be filed and served no later than December 10, 2007;
19  2.  The appellants' reply shall be filed and served no later than December
20  17, 2007.
21
22
23
24
25
26
27
28

| | | |
|---|---|---|
| Dated: <u>December 3, 2007</u> | | PORTSIDE GROWTH & OPPORTUNITY FUND, CITADEL EQUITY FUND LTD., SMITHFIELD FIDUCIARY LLC |
| | By: | /s/ Alan Z. Yudkowsky<br>Alan Z. Yudkowsky<br>Stroock & Stroock & Lavan LLP |
| Dated: <u>December 3, 2007</u> | | DENNIS J. CONNOLLY<br>Chapter 11 Trustee |
| | By: | /s/ Cecily A. Dumas<br>Cecily A. Dumas<br>Friedman Dumas & Springwater LLP |

1
2                                    <u>ORDER</u>
3                      Pursuant to stipulation, IT IS SO ORDERED.
4
5    DATED: _____    _____
                                     RONALD M. WHYTE
6                                    United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28