1  FRANK A. MEROLA (136934)
   K. JOHN SHAFFER (153729)
2  STUTMAN, TREISTER & GLATT PC
   1901 Avenue of the Stars, 12th Floor
3  Los Angeles, CA 90067
   Telephone:   (310) 228-5600
4  Facsimile:   (310) 228-5788

5  WILLIAM McGRANE (057767)
   BERNARD S. GREENFIELD (066017)
6  McGRANE GREENFIELD LLP
   One Ferry Building, Suite 220
7  San Francisco, CA 94111
   Telephone:   (415) 283-1776
8  Facsimile:   (415) 283-1777

9  Counsel for Plaintiff SonicBlue Claims, LLC

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                    SAN JOSE DIVISION

13 PORTSIDE GROWTH & OPPORTUNITY       | Case No. C-07-02553 RMW
14 FUND, et al.,

15         Appellants,                  | PROOF OF SERVICE

16         vs.

17 OFFICIAL COMMITTEE OF UNSECURED
   CREDITORS, et al.,
18
           Appellees.
19
   (Appeal from In re SONICblue, Incorporated, et
20 al., Bankr. N.D. Cal. (San Jose), No. 03-51775
   MM)
21

22

23

24

25

26

## PROOF OF SERVICE

I, the undersigned, do hereby declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen years; a citizen of the United States; and not a party to the within action; my business address is McGrane Greenfield LLP, One Ferry Building, Suite 220, San Francisco, CA 94111.

On this date, as indicated by the asterisk markings below, I served the attached

- **EX PARTE APPLICATION FOR LEAVE TO EXCEED PAGE LIMITS ON SONICBLUE CLAIMS LLC'S OPPOSITION TO CROSS-MOTION FOR LIMITED STAY OF PROCEEDINGS**
- **OPPOSITION TO CROSS-MOTION FOR LIMITED STAY OF PROCEEDINGS**
- **DECLARATION OF K. JOHN SHAFFER RE OPPOSITION TO CROSS-MOTION FOR LIMITED STAY OF PROCEEDIGS**

on the interested parties in said cause, as designated below:

   *   (U.S. Mail) I caused a sealed envelope containing a true copy of the same, with first class postage thereon fully prepaid, to be deposited in the United States mail at San Francisco, California.

Said email(s) are addressed as follows:

| | |
|---|---|
| Ron Bender<br>Craig Matthew Rankin<br>Anne E. Wells<br>Levene Neal Bender Rankin & Brill LLP<br>10250 Constellation Boulevard<br>Suite 1700 Los Angeles, CA 90067 | Nannette Dumas<br>Shannon L. Mounger-Lunn<br>Office of the U.S. Trustee<br>280 South First Street, #268<br>San Jose, CA 95113 |
| Matthew A. Gold<br>Argo Partners<br>12 W 37th Street<br>New York, NY 10018 | Mark Dominique Houle<br>Pillsbury Winthrop Shaw Pittman LLP<br>650 Town Center Drive<br>7th Floor<br>Costa Mesa, CA 92626 |

| | | |
|---|---|---|
| 1 | The Hon. Marilyn Morgan | Mark Edward Porter |
| 2 | U.S. Bankruptcy Court | Heller Ehrman White & McAuliffe LLP |
|   | 280 South First Street | 333 Bush Street |
| 3 | Room 3035 | San Francisco, CA 94104-2878 |
|   | San Jose, CA 95113 | |
| 4 | | |
|   | Grant T. Stein | USBC Manager-San Jose |
| 5 | Alston and Bird | US Bankruptcy Court |
| 6 | 1201 West Peachtree Street | 280 South First Street |
|   | Atlanta, GA 30309-3424 | Room 3035 |
| 7 | | San Jose, CA 95113 |

8   I declare under penalty of perjury under the laws of the State of California that the
9   foregoing is true and correct, and that this declaration was executed on November
    30, 2007, at San Francisco, California.
10

11

12                                                      _____/s/Matthew Sepuya
                                                                Matthew Sepuya
13

14

15

16

17

18

19

20

21

22

23

24

25

26