1    FRIEDMAN DUMAS & SPRINGWATER LLP
     CECILY A. DUMAS (S.B. NO. 111449)
2    150 Spear Street, Suite 1600
     San Francisco, CA 94105
3    Telephone Number:  (415) 834-3800
     Facsimile Number:  (415) 834-1044
4    Email Address: cdumas@friedumspring.com

5    ALSTON & BIRD LLP
     GRANT T. STEIN
6    1201 West Peachtree Street
     Atlanta, GA 30309
7    Telephone Number:  (404) 881-7000
     Facsimile Number:  (404) 881-7777
8    Email Address: grant.stein@alston.com
     (admitted *pro hac vice*)

9    `*E-FILED -12/6/07*`

     *Attorneys for Dennis J. Connolly in His Capacity as*
10   *Chapter 11 Trustee for SONICblue Incorporated, et al.*

11

UNITED STATES DISTRICT COURT

12

NORTHERN DISTRICT OF CALIFORNIA

13

SAN JOSE DIVISION

14

15    PORTSIDE GROWTH &
     OPPORTUNITY FUND et al.,
16

17           Appellants,

18      vs.

19    OFFICIAL COMMITTEE OF
     UNSECURED CREDITORS et al.,

20           Appellees.

21    (Appeal from In re SONICblue,
     Incorporated et al., Bankr. N.D. Cal.
22    (San Jose), No. 03-51775 MM)

Case No. C-07-02553 RMW

**SUPPLEMENTAL STIPULATION TO SET BRIEFING SCHEDULE; ORDER THEREON**

[No hearing required]

23

24          WHEREAS notice of this appeal was filed on May 14, 2007; and

25          WHEREAS the record on appeal was entered on the Court's docket on
October 15, 2007; and

26

27          WHEREAS the Court entered its notice of briefing directing the appellants to
file and serve their opening brief on November 14, 2007; and

28

1    WHEREAS the chapter 11 trustee filed his motion to dismiss the appeal for

2    lack of jurisdiction (the "Motion to Dismiss"); and

3    WHEREAS the parties filed a stipulation granting an extension for the

4    appellants to respond to the Motion to Dismiss, and staying briefing in the appeal pending

5    resolution of the Motion to Dismiss (the "First Stipulation"); and

6    WHEREAS on November 20, 2007, the appellants filed a response to the

7    Motion to Dismiss and a cross-motion for limited stay of proceedings pursuant to Bankruptcy

8    Rule 8005 (the "Cross-Motion for Limited Stay"); and

9    WHEREAS on November 26, 2007, the Court entered an order granting the

10    relief requested by the First Stipulation and setting a hearing on the Motion to Dismiss for

11    January 11, 2008; and

12    WHEREAS the chapter 11 trustee has requested an extension of time to file

13    and serve his response to the Cross-Motion for Limited Stay and his reply to the response to

14    the Motion to Dismiss; and

15    WHEREAS no party will be prejudiced by the extension;

16    IT IS HEREBY STIPULATED THAT:

17    1.    The chapter 11 trustee's response to the Cross-Motion for Limited Stay

18    shall be filed and served no later than December 10, 2007;

19    2.    The appellants' reply shall be filed and served no later than December

20    17, 2007.

21

22

23

24

25

26

27

28

1

2

3    Dated: <u>December 3, 2007</u>                    PORTSIDE GROWTH & OPPORTUNITY

4                                                                    FUND, CITADEL EQUITY FUND LTD.,
                                                                     SMITHFIELD FIDUCIARY LLC
5

6                                                        By:    <u>/s/ Alan Z. Yudkowsky</u>
                                                                     Alan Z. Yudkowsky
7                                                                    Stroock & Stroock & Lavan LLP

8

9    Dated: <u>December 3, 2007</u>                    DENNIS J. CONNOLLY
                                                                     Chapter 11 Trustee
10

11                                                      By:    <u>/s/ Cecily A. Dumas</u>
                                                                     Cecily A. Dumas
12                                                                   Friedman Dumas & Springwater LLP

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

<u>ORDER</u>

3

Pursuant to stipulation, IT IS SO ORDERED.

4

5

DATED: ___12/6/07_____

*Ronald M. Whyte*

6

RONALD M. WHYTE
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28