FRIEDMAN DUMAS & SPRINGWATER LLP
CECILY A. DUMAS (S.B. NO. 111449)
150 Spear Street, Suite 1600
San Francisco, CA 94105
Telephone Number:  (415) 834-3800
Facsimile Number:  (415) 834-1044
Email Address: cdumas@friedumspring.com

ALSTON & BIRD LLP
GRANT T. STEIN
1201 West Peachtree Street
Atlanta, GA 30309
Telephone Number:  (404) 881-7000
Facsimile Number:  (404) 881-7777
Email Address: grant.stein@alston.com
(admitted *pro hac vice*)

*Attorneys for Dennis J. Connolly in His Capacity as Chapter 11 Trustee for SONICblue Incorporated, et al.*

*E-FILED -12/6/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PORTSIDE GROWTH & OPPORTUNITY FUND et al.,<br><br>Appellants,<br><br>vs.<br><br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS et al.,<br><br>Appellees.<br><br>(Appeal from In re SONICblue, Incorporated et al., Bankr. N.D. Cal. (San Jose), No. 03-51775 MM) | Case No. C-07-02553 RMW<br><br>**SUPPLEMENTAL STIPULATION TO SET BRIEFING SCHEDULE; ORDER THEREON**<br><br>[No hearing required] |

WHEREAS notice of this appeal was filed on May 14, 2007; and

WHEREAS the record on appeal was entered on the Court's docket on October 15, 2007; and

WHEREAS the Court entered its notice of briefing directing the appellants to file and serve their opening brief on November 14, 2007; and

1   WHEREAS the chapter 11 trustee filed his motion to dismiss the appeal for
2   lack of jurisdiction (the "Motion to Dismiss"); and
3   WHEREAS the parties filed a stipulation granting an extension for the
4   appellants to respond to the Motion to Dismiss, and staying briefing in the appeal pending
5   resolution of the Motion to Dismiss (the "First Stipulation"); and
6   WHEREAS on November 20, 2007, the appellants filed a response to the
7   Motion to Dismiss and a cross-motion for limited stay of proceedings pursuant to Bankruptcy
8   Rule 8005 (the "Cross-Motion for Limited Stay"); and
9   WHEREAS on November 26, 2007, the Court entered an order granting the
10  relief requested by the First Stipulation and setting a hearing on the Motion to Dismiss for
11  January 11, 2008; and
12  WHEREAS the chapter 11 trustee has requested an extension of time to file
13  and serve his response to the Cross-Motion for Limited Stay and his reply to the response to
14  the Motion to Dismiss; and
15  WHEREAS no party will be prejudiced by the extension;
16  IT IS HEREBY STIPULATED THAT:
17  1.   The chapter 11 trustee's response to the Cross-Motion for Limited Stay
18  shall be filed and served no later than December 10, 2007;
19  2.   The appellants' reply shall be filed and served no later than December
20  17, 2007.
21
22
23
24
25
26
27
28

1
2
3  Dated: December 3, 2007                PORTSIDE GROWTH & OPPORTUNITY
4                                         FUND, CITADEL EQUITY FUND LTD.,
                                          SMITHFIELD FIDUCIARY LLC
5
6                                         By:   /s/ Alan Z. Yudkowsky
                                                Alan Z. Yudkowsky
7                                               Stroock & Stroock & Lavan LLP
8
9  Dated: December 3, 2007                DENNIS J. CONNOLLY
                                          Chapter 11 Trustee
10
11                                        By:   /s/ Cecily A. Dumas
                                                Cecily A. Dumas
12                                              Friedman Dumas & Springwater LLP
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2                                          ORDER
3                         Pursuant to stipulation, IT IS SO ORDERED.
4
5     DATED: __12/6/07_____           __/s/ Ronald M. Whyte_____
                                         RONALD M. WHYTE
6                                        United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28