```
1   FRANK A. MEROLA (136934)
    K. JOHN SHAFFER (153729)
2   STUTMAN, TREISTER & GLATT PC
    1901 Avenue of the Stars, 12th Floor
3   Los Angeles, CA 90067
    Telephone:   (310) 228-5600
4   Facsimile:   (310) 228-5788

5   WILLIAM McGRANE (057767)
    BERNARD S. GREENFIELD (066017)
6   McGRANE GREENFIELD LLP
    One Ferry Building, Suite 220
7   San Francisco, CA 94111
    Telephone:   (415) 283-1776
8   Facsimile:   (415) 283-1777

9   Counsel for SonicBlue Claims, LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION                *E-FILED - 12/6/07*

| | |
|---|---|
| PORTSIDE GROWTH & OPPORTUNITY FUND, et al.,<br><br>Appellants,<br><br>vs.<br><br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS, et al.,<br><br>Appellees.<br><br>(Appeal from In re SONICblue, Incorporated, et al., Bankr. N.D. Cal. (San Jose), No. 03-51775 MM) | Case No. C-07-02553 RMW<br><br>[xxxxxxxxxxxx] ORDER GRANTING EX PARTE APPLICATION FOR LEAVE TO EXCEED PAGE LIMITS ON SONICBLUE CLAIMS LLC'S OPPOSITION TO CROSS-MOTION FOR LIMITED STAY OF PROCEEDINGS |

Upon consideration of SonicBlue Claims LLC's "Ex Parte Application for Leave to Exceed Page Limits on SonicBlue Claims LLC's Opposition to Cross-Motion for Limited Stay of Proceedings" ("Ex Parte Application") and all of the pleadings, memorandum and other documents filed in support of the Ex Parte Application:

1     IT IS HEREBY ORDERED that the Ex Parte Application is granted.

2   Dated: 12/6/07                    *Ronald M. Whyte*
3                                     United States District Judge Ronald M. Whyte

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26