STROOCK & STROOCK & LAVAN LLP
Lewis Kruger (admitted *pro hac vice*)
Kenneth Pasquale (admitted *pro hac vice*)
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

STROOCK & STROOCK & LAVAN LLP
Alan Z. Yudkowsky (State Bar No. 194994)
2029 Century Park East, Suite 1800
Los Angeles, California 90067
Telephone: (310) 556-5800
Facsimile: (310) 556-5959

Counsel for Portside Growth & Opportunity Fund,
Smithfield Fiduciary LLC, and Citadel Equity Fund Ltd.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Van C. Durrer II (State Bar No. 226693)
Glenn Walter (State Bar No. 220015)
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

Counsel for Citadel Equity Fund Ltd.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>SONICBLUE INCORPORATED, a Delaware corporation; DIAMOND MULTIMEDIA SYSTEMS, INC., a Delaware corporation; REPLAYTV, INC. a Delaware corporation; and SENSORY SCIENCE CORPORATION, a Delaware corporation,<br><br>Debtors and Debtors in Possession. | Case No. CV 07-06025-RMW<br><br>(Related to Case No. CV 07-02553-RMW)<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW REFERENCE OF CHAPTER 11 CASES**<br><br>Date: January 11, 2008<br>Time: 9:00 A.M.<br>Place: Courtroom 6, 4th Floor<br>Judge: Judge Ronald M. Whyte |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 11, 2008 at 9:00 a.m. in Courtroom Number 6 of the above-captioned court located at 280 South First Street, San Jose, California, 95113, Appellants Portside Growth & Opportunity Fund, Smithfield Fiduciary LLC and Citadel Equity Fund Ltd. (collectively, the "Senior Noteholders"), in conjunction with their opposition to the Chapter 11 Trustee's Motion to Dismiss Appeal and their Cross-Motion for Limited Stay of Proceedings, will and hereby do move this Court pursuant to section 157(d) of title 28 of the United States Code and Rule 5011(a) of the Federal Rules of Bankruptcy Procedure, for an for an order withdrawing the reference of the chapter 11 cases of SONICblue Incorporated, Diamond Multimedia Systems, Inc., ReplayTV, Inc. and Sensory Science Corporation, pending before the United States Bankruptcy Court for the Northern District of California ("Bankruptcy Court"), Case Nos. 03-51775 through 03-51778 (the "Chapter 11 Cases"). Pursuant to Federal Rule of Bankruptcy Procedure 5011 and Bankruptcy Local Rule 5011-2, this motion was filed with the clerk of the Bankruptcy Court and transferred to the District Court.

This motion is made on the grounds that cause exists for the Court to withdraw the reference of the Chapter 11 Cases. Upon the filing of the Senior Noteholders' notice of appeal, the Bankruptcy Court's continued jurisdiction over certain aspects of the Chapter 11 Cases has become, at best, unclear. As such, the Court has become the most appropriate forum for the resolution of the Chapter 11 Cases, and withdrawal of the reference is necessary to ensure their efficient administration. There can also be no allegation of forum shopping here where the Court is already in position to resolve the necessary issues by virtue of the Senior Noteholders' appeal.

This motion is based on this notice of motion and motion; the Memorandum of Points and Authorities in Support of Senior Noteholders' Opposition to Motion to Dismiss Appeal and Cross-Motions for Limited Stay of Proceedings and/or to Withdraw Reference of Chapter 11 Cases and the Request for Judicial Notice filed on November 20, 2007; the record on appeal; and any further evidence or argument the court may consider.

WHEREFORE, the Senior Noteholders respectfully request that this Court enter an order granting the withdrawal of reference of the Chapter 11 Cases and such other and further relief as the Court deems just and proper.

Dated: December 7, 2007

STROOCK & STROOCK & LAVAN LLP
LEWIS KRUGER
KENNETH PASQUALE
ALAN Z. YUDKOWSKY

By: /s/ Alan Z. Yudkowsky
Alan Z. Yudkowsky
Attorneys for Portside Growth & Opportunity Fund, Smithfield Fiduciary LLC, and Citadel Equity Fund Ltd.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
VAN C. DURRER II
GLENN WALTER

By: /s/ Glenn Walter
Glenn Walter
Attorneys for Citadel Equity Fund Ltd.

## ATTESTATION OF FILING

Pursuant to General Order No. 45 § X(B), I hereby attest that I have obtained concurrence in the filing of this Notice of Motion and Motion to Withdraw Reference of Chapter 11 Cases and have on file all holograph signatures for any signatures indicated by a "conformed" signature within this e-filed document.

By: /s/ Alan Z. Yudkowsky
Alan Z. Yudkowsky
Attorneys for Portside Growth & Opportunity Fund, Smithfield Fiduciary LLC, and Citadel Equity Fund Ltd.