1  STROOCK & STROOCK & LAVAN LLP
   LEWIS KRUGER (admitted *pro hac vice*)
2  180 Maiden Lane
   New York, New York 10038
3  Telephone: 212-806-5400
   Facsimile: 212-806-6006
4
   STROOCK & STROOCK & LAVAN LLP
5  ALAN Z. YUDKOWSKY (State Bar No. 194994)
   2029 Century Park East, Suite 1800
6  Los Angeles, California 90067-3086
   Telephone: 310-556-5800
7  Facsimile: 310-556-5959

8  Attorneys for Appellants

9   PORTSIDE GROWTH & OPPORTUNITY FUND,
    SMITHFIELD FIDUCIARY LLC, and CITADEL EQUITY
10  FUND LTD.

11                 **UNITED STATES DISTRICT COURT**

12              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

13  In re                                          )
                                                   )
14  SONICBLUE INCORPORATED, a Delaware             )   No. C-07-02553 (RMW)
    corporation; DIAMOND MULTIMEDIA                )
15  SYSTEMS, INC. a Delaware corporation;          )
    REPLAYTV, INC., a Delaware corporation,        )   CERTIFICATE OF SERVICE
16  and SENSORY SCIENCE CORPORATION, a             )
    Delaware corporation,                          )
17                                                 )
          Debtors and Debtors in Possession.       )
18  _____)

19

20

21

22

23

24

25

26

27

28

NY 71128948

## **CERTIFICATE OF SERVICE BY MAIL**

I, Patricia Bloom, hereby declare:

I am over the age of 18 years and not a party to or interested in the within entitled cause. I am an employee of Stroock & Stroock & Lavan LLP and my business address is 2029 Century Park East, 18th Floor, Los Angeles, California 90067-3086. I am familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On December 6, 2007, at my place of business as listed above, the following documents

**(1) AMENDED NOTICE OF CROSS-MOTION AND CROSS-MOTION FOR LIMITED STAY OF PROCEEDINGS;**

**(2) NOTICE OF MOTION AND MOTION TO WITHDRAW REFERENCE OF CHAPTER 11 CASES**

were placed for deposit in the United States Postal Service, for collection and mailing on that date, following ordinary business practices, in a sealed envelope(s), with postage fully prepaid, addressed as shown on the attached service list.

I declare that I am employed in an office of a member of the bar of this Court, at whose direction the within service was made. I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

EXECUTED on December 6, 2007, at Los Angeles, California.

/s/ Patricia Bloom
Patricia Bloom

NY 71128948

**SERVICE LIST**

| | |
|---|---|
| Ron Bender<br>Craig M. Rankin<br>Todd M. Arnold<br>Anne E. Wells<br>Levene, Neale, Bender, Rankin & Brill L.L.P.<br>10250 Constellation Blvd., Suite 1700<br>Los Angeles, California 90067 | Nannette Dumas<br>Office of the U.S. Trustee<br>280 South First Street, #268<br>San Jose, CA 95113 |
| Matthew A. Gold<br>Argo Partners<br>12 W 37th Street<br>9th Floor<br>New York, NY 10018 | J. Michael Hennigan<br>Joshua M. Mester<br>Hennigan, Bennett & Dorman<br>865 south Figueroa Street<br>Suite 2900<br>Los Angeles, CA 90017 |
| Mark Dominique Houle<br>Pillsbury Winthrop Shaw Pittman LLP<br>650 Town Center Drive<br>7th Floor<br>Costa Mesa, CA 92626 | The Honorable Marilyn Morgan<br>U.S. Bankruptcy Court<br>280 South First Street<br>Room 3035<br>San Jose, CA 95113 |
| Shannon L. Mounger-Lum<br>Office of the U.S. Trustee<br>280 South First Street<br>Suite 268<br>San Jose, CA 95113-0002 | Mark Edward Porter<br>Heller Ehrman White & McAuliffe LLP<br>333 Bush Street<br>San Francisco, CA 94104-2878 |
| Grant T. Stein<br>Alston and Bird<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424 | USBC Manager-San Jose<br>US Bankruptcy Court<br>280 South First Street<br>Room 3035<br>San Jose, CA 95113 |

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

NY 71128948