```
 1   FRIEDMAN DUMAS & SPRINGWATER LLP
     CECILY A. DUMAS (S.B. NO. 111449)
 2   150 Spear Street, Suite 1600
     San Francisco, CA 94105
 3   Telephone Number:  (415) 834-3800
     Facsimile Number:  (415) 834-1044
 4   Email Address: cdumas@friedumspring.com

 5
     ALSTON & BIRD LLP
 6   GRANT T. STEIN
     1201 West Peachtree Street
 7   Atlanta, GA 30309
     Telephone Number:  (404) 881-7000
 8   Facsimile Number:  (404) 881-7777
 9   Email Address: grant.stein@alston.com
     (admitted pro hac vice)
10
11   Attorneys for Dennis J. Connolly in His Capacity as
     Chapter 11 Trustee for SONICblue Incorporated, et al.
12
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| PORTSIDE GROWTH & OPPORTUNITY FUND et al., | Case No. C-07-02553 RMW |
| Appellants, | **CERTIFICATE OF SERVICE** |
| vs. | [No hearing requested] |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS et al., | Judge:  Hon. Ronald M. Whyte |
| Appellees. | |
| (Appeal from In re SONICblue, Incorporated et al., Bankr. N.D. Cal. (San Jose), No. 03-51775 MM) | |

## CERTIFICATE OF SERVICE BY MAIL

I, Celeste Alas, hereby declare:

I am over the age of 18 years and not a party to or interested in the within entitled cause. I am an employee of Friedman Dumas & Springwater LLP and my business address is 150 Spear Street, Suite 1600, San Francisco, California 94105. I am familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On December 10, 2007 at my place of business as listed above, the following document:

1. **CHAPTER 11 TRUSTEE'S OPPOSITION TO CROSS-MOTION FOR LIMITED STAY OF PROCEEDINGS**

was placed for deposit in the United States Postal Service, for collection and mailing on that date, following ordinary business practices, in a sealed envelope(s), with postage fully prepaid, addressed as shown on the attached service list.

I declare under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed at San Francisco, California on December 10, 2007.

/s/Celeste Alas
Celeste Alas

## SERVICE LIST

| | |
|---|---|
| Office of the U.S. Trustee<br>Nanette Dumas, Esq.<br>280 South First Street, Room 268<br>San Jose, CA 95113 | Ron Bender, Esq.<br>Levene, Neale, Bender, Rankin & Brill L.L.P.<br>10250 Constellation Blvd., Suite 1700<br>Los Angeles, California 90067 |
| McNutt Law Group LLP<br>Scott H. McNutt<br>Michael A. Sweet<br>Douglas C. Grahma<br>188 Embarcadero, Suite 800<br>San Francisco, CA 94105<br>(Proposed Counsel for Creditors Committee) | James L. Lopes<br>Steven E. Schon<br>Bernard A. Burk<br>Howard, Rice, Nemerovski, Canady, Falk & Rabkin<br>Three Embarcadero Center, 7th Floor<br>San Francisco, CA 94111-4024 |
| Alan Z. Yudkowsky, Esq.<br>Stroock & Stroock & Lavan LLP<br>2026 Century Park East, 16th Floor<br>Los Angeles, CA 90067-3086 | Van Durrer<br>Kurt Ramlo<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071 |
| Frank A. Merola<br>K. John Shaffer<br>Robert A. Greenfield<br>H. Alex Fisch<br>Stutman, Treister, & Glatt PC<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067 | William McGrane<br>Bernard S. Greenfield<br>McGrane Greenfield LLP<br>One Ferry Building, Suite 220 |
| Lewis Kruger, Esq.<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, New York 10038 | |