1  FRANK A. MEROLA (136934)
   K. JOHN SHAFFER (153729)
2  STUTMAN, TREISTER & GLATT PC
   1901 Avenue of the Stars, 12th Floor
3  Los Angeles, CA 90067
   Telephone:   (310) 228-5600
4  Facsimile:   (310) 228-5788

5  WILLIAM McGRANE (057767)
   BERNARD S. GREENFIELD (066017)
6  McGRANE GREENFIELD LLP
   One Ferry Building, Suite 220
7  San Francisco, CA 94111
   Telephone:   (415) 283-1776
8  Facsimile:   (415) 283-1777

9  Counsel for SonicBlue Claims, LLC

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                     SAN JOSE DIVISION

13 | PORTSIDE GROWTH & OPPORTUNITY FUND, et al., | Case No. C-07-02553 RMW
14 |
15 |         Appellants,                          | RESPONSE TO CLERK'S NOTICE RE: FAILURE TO FILE ELECTRONICALLY AND/OR REGISTER AS AN E-FILER
16 |   vs.
17 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS, et al.,
18 |
19 |         Appellees.
20 | (Appeal from In re SONICblue, Incorporated, et al., Bankr. N.D. Cal. (San Jose), No. 03-51775 MM)
21 |

22

23     SonicBlue Claims LLC ("SB Claims") submits this Response to the Clerk's

24 Notice Re: Failure to File Electronically and/or Register as an E-Filer.

25     SB Claims e-filed its Memorandum in Opposition to the Cross-Motion for

26 Limited Stay and supporting Declaration of K. John Shaffer, Esq. on November 30, 2007

---
1
Response to Clerk's Notice Re: Failure to File Electronically and/or Register as an E-Filer

1  [Docket Nos. 37 and 38.], along with an *Ex Parte* Application for Leave to Exceed Page

2  Limits, etc. ("*Ex Parte* Application") in accordance with Local Rule 7.4 (b).

3      The *Ex Parte* Application was granted on December 6, 2007. [Docket No. 45.]

4  Subsequently, SB Claims received the Clerk's Notice Re: Failure to File Electronically

5  and/or Register as an E-Filer. SB Claims followed up with the Court's Deputy Clerk,

6  Ms. Miyashiro, and she informed SB Claims that, on December 6, 2007, she received

7  paper copies of the Memorandum in Opposition to the Cross-Motion for Limited Stay

8  and supporting Declaration of K. John Shaffer, Esq. that she believed were intended to be

9  filed. It is the understanding of SB Claims that the paper copies were copies of the

10 pleadings previously e-filed with the Court on November 30, 2007, at the time the *Ex*

11 *Parte* Application was filed. The paper copies of the opposition were not sent to the

12 Court by SB Claims on December 6, 2007. In any event, the Deputy Clerk indicated that

13 SB Claims did not need to e-file the opposition pleadings again.

14

15 DATED: December 12, 2007        STUTMAN, TREISTER & GLATT P.C.

16                               McGRANE GREENFIELD LLP

17

18                               By: /s/ K. John Shaffer

19                                   K. John Shaffer
                               Attorneys for SonicBlue Claims LLC

20

21

22

23

24

25

26