1  FRANK A. MEROLA (136934)
   K. JOHN SHAFFER (153729)
2  STUTMAN, TREISTER & GLATT PC
   1901 Avenue of the Stars, 12th Floor
3  Los Angeles, CA 90067
   Telephone:   (310) 228-5600
4  Facsimile:    (310) 228-5788

5  WILLIAM McGRANE (057767)
   BERNARD S. GREENFIELD (066017)
6  McGRANE GREENFIELD LLP
   One Ferry Building, Suite 220
7  San Francisco, CA 94111
   Telephone:   (415) 283-1776
8  Facsimile:    (415) 283-1777

9  Counsel for Plaintiff SonicBlue Claims, LLC

10                     UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                              SAN JOSE DIVISION

| | |
|---|---|
| PORTSIDE GROWTH & OPPORTUNITY FUND, et al., | Case No. C-07-02553 RMW |
| Appellants, | PROOF OF SERVICE |
| vs. | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, et al., | |
| Appellees. | |
| (Appeal from In re SONICblue, Incorporated, et al., Bankr. N.D. Cal. (San Jose), No. 03-51775 MM) | |

1
2                               <u>PROOF OF SERVICE</u>

3  I, the undersigned, do hereby declare:
   I am employed in the County of San Francisco, California.  I am over the age of
4  eighteen years; a citizen of the United States; and not a party to the within action;
   my business address is McGrane Greenfield LLP, One Ferry Building, Suite 220,
5  San Francisco, CA 94111.
6  On this date, as indicated by the asterisk markings below, I served the attached

7      • **RESPONSE TO CLERK'S NOTICE RE: FAILURE TO FILE
          ELECTRONICALLY AND/OR REGISTER AS AN E-FILER**
8

9
   on the interested parties in said cause, as designated below:
10

11     *       (U.S. Mail) I caused a sealed envelope containing a true copy of the
               same, with first class postage thereon fully prepaid, to be deposited
12             in the United States mail at San Francisco, California.

13  Said email(s) are addressed as follows:

14
    Ron Bender                              Nannette Dumas
15  Craig Matthew Rankin                    Shannon L. Mounger-Lunn
    Anne E. Wells                           Office of the U.S. Trustee
16  Levene Neal Bender Rankin & Brill       280 South First Street, #268
    LLP                                     San Jose, CA 95113
17  10250 Constellation Boulevard
18  Suite 1700 Los Angeles, CA 90067

19  Matthew A. Gold                         Mark Dominique Houle
    Argo Partners                           Pillsbury Winthrop Shaw Pittman LLP
20  12 W 37th Street                        650 Town Center Drive
21  New York, NY 10018                      7th Floor
                                            Costa Mesa, CA 92626
22
23  The Hon. Marilyn Morgan                 Mark Edward Porter
     U.S. Bankruptcy Court                   Heller Ehrman White & McAuliffe LLP
24   280 South First Street                  333 Bush Street
     Room 3035                               San Francisco, CA 94104-2878
25   San Jose, CA 95113

26

| Grant T. Stein | USBC Manager-San Jose |
|---|---|
| Alston and Bird | US Bankruptcy Court |
| 1201 West Peachtree Street | 280 South First Street |
| Atlanta, GA 30309-3424 | Room 3035 |
| | San Jose, CA 95113 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on December 12, 2007, at San Francisco, California.

_____/s/_____
Matthew Sepuya