November 19, 2007

In regardto: HP Power Plug and Graphic Card Litigation Case No. 06-2254

Clerk of Court
United States District Court
Northern Distric of California
Room 2212
280 South First Street
San Jose, CA 95113

Dear Clerk of Court:

SUBJECT:CASE NO 06-2254 OBJECTION

I would like to file an objection with the listing of Affected Power Connector Models on page 3 of the Settlement Notice. I have had my computer diagnosed for the power connector issue at the HP repair facility serveral months ago prior to the settlement. Based on that analysis, the failure description, and the manner in which the power connection failed, I can almost be certain that this is what is causing the issues with my model R3000 with serial number CND4291H3Y. This appears to be very near the XXX409XXXX and lower serial numbers which qualify for repair. Based on this, I contend that the determination of included serial numbers was an unreliable and non-scientific exercise that did not include ALL ranges of serial numbers that were impacted.

Sincerely,

Bradley G. Burdge

465 NW 170TH DRIVE
BEAVERTON, OR 97006