1 | STROOCK & STROOCK & LAVAN LLP
LEWIS KRUGER (admitted *pro hac vice*)
2 | 180 Maiden Lane
New York, New York  10038
3 | Telephone:  212-806-5400
Facsimile:  212-806-6006
4 |
STROOCK & STROOCK & LAVAN LLP
5 | ALAN Z. YUDKOWSKY (State Bar No. 194994)
2029 Century Park East, Suite 1800
6 | Los Angeles, California  90067-3086
Telephone: 310-556-5800
7 | Facsimile: 310-556-5959

8 | Attorneys for Appellants

9 | PORTSIDE GROWTH & OPPORTUNITY FUND,
SMITHFIELD FIDUCIARY LLC, and CITADEL EQUITY
10 | FUND LTD.

11 | **UNITED STATES DISTRICT COURT**

12 | **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

13 | In re                                                              )
                                                                       )
14 | SONICBLUE INCORPORATED, a Delaware  )    No. C-07-02553  (RMW)
corporation; DIAMOND MULTIMEDIA             )
15 | SYSTEMS, INC. a Delaware corporation;         )
REPLAYTV, INC., a Delaware corporation,        )    CERTIFICATE OF SERVICE
16 | and SENSORY SCIENCE CORPORATION, a )
Delaware corporation,                                        )
17 |                                                              )
    Debtors and Debtors in Possession.            )
18 | _____)

19

20

21

22

23

24

25

26

27

28

Certificate of Service, Case No. C-07-02553 (RMW)

LA 50369033v1

**CERTIFICATE OF SERVICE BY MAIL**

I, Patricia Bloom, hereby declare:

I am over the age of 18 years and not a party to or interested in the within entitled cause. I am an employee of Stroock & Stroock & Lavan LLP and my business address is 2029 Century Park East, 18th Floor, Los Angeles, California 90067-3086. I am familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On December 17, 2007, at my place of business as listed above, the following documents

1. SENIOR NOTEHOLDERS' OMNIBUS REPLY TO RESPONSES TO CROSS-MOTION FOR LIMITED STAY; and

2. DECLARATION OF LEWIS KRUGER IN SUPPORT OF SENIOR NOTEHOLDERS' OMNIBUS REPLY TO RESPONSES TO CROSS-MOTION FOR LIMITED STAY

were placed for deposit in the United States Postal Service, for collection and mailing on that date, following ordinary business practices, in a sealed envelope(s), with postage fully prepaid, addressed as shown on the attached service list.

I declare that I am employed in an office of a member of the bar of this Court, at whose direction the within service was made. I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

EXECUTED on December 17, 2007, at Los Angeles, California.

/s/ Patricia Bloom
Patricia Bloom

**SERVICE LIST**

Robert A. Greenfield
Frank A. Merola
K. John Shaffer
Stutman Treister & Glatt PC
1901 Avenue of the Stars, Twelfth Floor
Los Angeles, CA 90067

Nannette Dumas
Office of the U.S. Trustee
280 South First Street, #268
San Jose, CA 95113

Matthew A. Gold
Argo Partners
12 W 37th Street
9th Floor
New York, NY 10018

J. Michael Hennigan
Joshua M. Mester
Hennigan, Bennett & Dorman
865 south Figueroa Street
Suite 2900
Los Angeles, CA 90017

Mark Dominique Houle
Pillsbury Winthrop Shaw Pittman LLP
650 Town Center Drive
7th Floor
Costa Mesa, CA 92626

The Honorable Marilyn Morgan
U.S. Bankruptcy Court
280 South First Street
Room 3035
San Jose, CA 95113

Shannon L. Mounger-Lum
Office of the U.S. Trustee
280 South First Street
Suite 268
San Jose, CA 95113-0002

Mark Edward Porter
Heller Ehrman White & McAuliffe LLP
333 Bush Street
San Francisco, CA 94104-2878

Grant T. Stein
Alston and Bird
1201 West Peachtree Street
Atlanta, GA 30309-3424

USBC Manager-San Jose
US Bankruptcy Court
280 South First Street
Room 3035
San Jose, CA 95113