```
 1  FRIEDMAN DUMAS & SPRINGWATER LLP
    CECILY A. DUMAS (S.B. NO. 111449)
 2  150 Spear Street, Suite 1600
    San Francisco, CA 94105
 3  Telephone Number:  (415) 834-3800
    Facsimile Number:  (415) 834-1044
 4  Email Address: cdumas@friedumspring.com
 5
    ALSTON & BIRD LLP
 6  GRANT T. STEIN
    1201 West Peachtree Street
 7  Atlanta, GA 30309
    Telephone Number:  (404) 881-7000
 8  Facsimile Number:  (404) 881-7777
 9  Email Address: grant.stein@alston.com
    (admitted pro hac vice)
10
11  Attorneys for Dennis J. Connolly in His Capacity as
    Chapter 11 Trustee for SONICblue Incorporated, et al.
12
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>SONICBLUE INCORPORATED, a Delaware corporation, DIAMOND MULTIMEDIA SYSTEMS, INC., a Delaware corporation, REPLAYTV, INC., a Delaware corporation, and SENSORY SCIENCE CORPORATION, a Delaware corporation,<br><br>Debtors. | Case No. C-07-06025 RMW<br><br>(Related to Case No. C-07-02553 RMW)<br><br>**CERTIFICATE OF SERVICE**<br><br>Date:   January 11, 2008<br>Time:  9:00 a.m.<br>Place:  Courtroom 6, 4th Floor<br>          280 South First Street<br>          San Jose, CA  95113<br><br>Judge:  Hon. Ronald M. Whyte |

## CERTIFICATE OF SERVICE BY MAIL

I, Celeste Alas, hereby declare:

I am over the age of 18 years and not a party to or interested in the within entitled cause. I am an employee of Friedman Dumas & Springwater LLP and my business address is 150 Spear Street, Suite 1600, San Francisco, California 94105. I am familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On December 21, 2007 at my place of business as listed above, the following document:

1. **CHAPTER 11 TRUSTEE'S OPPOSITION TO MOTION TO WITHDRAW REFERENCE OF CHAPTER11 CASES**

was placed for deposit in the United States Postal Service, for collection and mailing on that date, following ordinary business practices, in a sealed envelope(s), with postage fully prepaid, addressed as shown on the attached service list.

I declare under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed at San Francisco, California on December 21, 2007.

/s/Celeste Alas
Celeste Alas

| | |
|---|---|
| 1 | **SERVICE LIST** |

| | |
|---|---|
| Office of the U.S. Trustee | Michael A. Sweet |
| Nanette Dumas, Esq. | McNutt & Litteneker, LLP |
| 280 South First Street, Room 268 | 188 The Embarcadero, Suite 800 |
| San Jose, CA 95113 | San Francisco, CA 94105 |
| | (Proposed Counsel for Creditors Committee) |
| | |
| William McGrane | Lewis Kruger, Esq. |
| Bernard S. Greenfield | Stroock & Stroock & Lavan LLP |
| McGrane Greenfield LLP | 180 Maiden Lane |
| One Ferry Building, Suite 220 | New York, New York 10038 |
| | |
| Alan Z. Yudkowsky, Esq. | Van Durrer |
| Stroock & Stroock & Lavan LLP | Kurt Ramlo |
| 2026 Century Park East, 16th Floor | Skadden, Arps, Slate, Meagher & Flom, LLP |
| Los Angeles, CA 90067-3086 | 300 South Grand Avenue, Suite 3400 |
| | Los Angeles, CA 90071 |
| | |
| Frank A. Merola | James L. Lopes |
| K. John Shaffer | Steven E. Schon |
| Robert A. Greenfield | Bernard A. Burk |
| H. Alex Fisch | Howard, Rice, Nemerovski, Canady, Falk & Rabkin |
| Stutman, Treister, & Glatt PC | |
| 1901 Avenue of the Stars, 12th Floor | Three Embarcadero Center, 7th Floor |
| Los Angeles, CA 90067 | San Francisco, CA 94111-4024 |