1    FRANK A. MEROLA (136934)
     K. JOHN SHAFFER (153729)
2    STUTMAN, TREISTER & GLATT PC
     1901 Avenue of the Stars, 12th Floor
3    Los Angeles, CA 90067
     Telephone:    (310) 228-5600
4    Facsimile:    (310) 228-5788

5    WILLIAM McGRANE (057767)
     BERNARD S. GREENFIELD (066017)
6    McGRANE GREENFIELD LLP
     One Ferry Building, Suite 220
7    San Francisco, CA 94111
     Telephone:    (415) 283-1776
8    Facsimile:    (415) 283-1777

9    Counsel for Plaintiff SonicBlue Claims, LLC

10                  UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                      SAN JOSE DIVISION

| | |
|---|---|
| 13 PORTSIDE GROWTH & OPPORTUNITY FUND, et al., 14 | Case No. C-07-02553 RMW |
| 15        Appellants, | PROOF OF SERVICE |
| 16        vs. | |
| 17 OFFICIAL COMMITTEE OF UNSECURED CREDITORS, et al., 18 | |
| 19        Appellees. | |
| 20 (Appeal from In re SONICblue, Incorporated, et al., Bankr. N.D. Cal. (San Jose), No. 03-51775 MM) 21 | |

22

23

24

25

26

1

## PROOF OF SERVICE

2

3   I, the undersigned, do hereby declare:

I am employed in the County of San Francisco, California.  I am over the age of
4   eighteen years; a citizen of the United States; and not a party to the within action;
my business address is McGrane Greenfield LLP, One Ferry Building, Suite 220,
5   San Francisco, CA 94111.

6   On this date, as indicated by the asterisk markings below, I served the attached

7   • **OPPOSTION TO MOTION TO WITHDRAW REFERENCE OF**
    **CHAPTER 11 CASES**
8

9   on the interested parties in said cause, as designated below:

10      *       (U.S. Mail) I caused a sealed envelope containing a true copy of the
                same, with first class postage thereon fully prepaid, to be deposited
11              in the United States mail at San Francisco, California.

12
        Said email(s) are addressed as follows:
13

14   Ron Bender                              Nannette Dumas
     Craig Matthew Rankin                    Shannon L. Mounger-Lunn
15   Anne E. Wells                           Office of the U.S. Trustee
     Levene Neal Bender Rankin & Brill       280 South First Street, #268
16   LLP                                     San Jose, CA 95113
     10250 Constellation Boulevard
17   Suite 1700 Los Angeles, CA 90067

18
     Matthew A. Gold                         Mark Dominique Houle
19   Argo Partners                           Pillsbury Winthrop Shaw Pittman LLP
     12 W 37th Street                   650 Town Center Drive
20   New York, NY 10018                      7th Floor
                                             Costa Mesa, CA 92626
21

22
     The Hon. Marilyn Morgan                 Mark Edward Porter
23   U.S. Bankruptcy Court                   Heller Ehrman White & McAuliffe LLP
24   280 South First Street                  333 Bush Street
     Room 3035                               San Francisco, CA 94104-2878
25   San Jose, CA 95113

26

1   Grant T. Stein                  USBC Manager-San Jose

    Alston and Bird              US Bankruptcy Court

2   1201 West Peachtree Street     280 South First Street

3   Atlanta, GA 30309-3424        Room 3035

                                    San Jose, CA 95113

4

5   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on December

6   21, 2007, at San Francisco, California.

7

8

9                                                 Matthew Sepuya

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26