UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: January 11, 2008

Case No. C-07-02553-RMW        JUDGE: Ronald M. Whyte

IN RE: SONICBLUE INC., et al.
Title

Appeared                                           Appeared
Attorneys Present                                  Attorneys Present

COURT CLERK: Jackie Garcia            COURT REPORTER: Lee-Anne Shortridge

PROCEEDINGS

**MOTION TO DISMISS APPEAL; CROSS-MOTIONS FOR LIMITED STAY OF PROCEEDINGS AND MOTION TO WITHDRAW REFERENCE OF CHAPTER 11 CASES**

ORDER AFTER HEARING

Hearing Held. The parties advised the Court that they are in settlement discussions and jointly request to defer oral argument on the motion until 1/18/08 @ 9:00 am. The Court continued motion hearing to 1/18/08.