UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: January 18, 2008

Case No. C-07-02553-RMW            JUDGE: Ronald M. Whyte
*(Related to C-07-06025-RMW)*

Title  N RE: SONICBLUE INC., et al.

Appeared                                               Appeared
Attorneys Present                                      Attorneys Present

COURT CLERK: Jackie Garcia                             COURT REPORTER: Lee-Anne Shortridge

PROCEEDINGS

**MOTION TO DISMISS APPEAL; CROSS-MOTIONS FOR LIMITED STAY OF PROCEEDINGS AND MOTION TO WITHDRAW REFERENCE OF CHAPTER 11 CASES**

**ORDER AFTER HEARING**

Hearing Held. The Court heard oral argument from both sides. The Court's tentative ruling is to grant the Chapter 11 trustee's motion to dismiss the appeal. The cross-motion for a limited stay is denied as moot. The request to withdraw reference is denied - given the appeal has been dismissed, the Court sees no basis for withdrawing the reference. The Court to issue a final ruling to the parties. The matter is submitted.